Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**<br><br>Civil No. 2:21-cv-00668-DAO<br><br>Judge Daphne A. Oberg |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Blendtec Inc. ("Blendtec") hereby provides this Corporate Disclosure Statement and declares that it is owned seventy-eight percent (78%) by Wasatch Blendtec, LLC, a Utah limited liability company; twenty-one percent (21%) by K-Tec Holdings, Ltd., a Utah limited partnership; and one percent (1%) by an employee stock option plan, a Utah trust created and managed in Utah and with all beneficiaries located in Utah. A supplemental disclosure statement will be filed upon any change in the information provided.

DATED this 12th day of November, 2021.    Dorsey & Whitney LLP


By: /s/ *Brett L. Foster*
Brett L. Foster
*Attorneys for Plaintiff Blendtec Inc.*