Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
nthomas@joneswaldo.com
ebutler@joneswaldo.com

*Attorneys for Defendant BlendJet Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, v. BLENDJET INC., a Delaware Corporation, Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> CASE NO. 2:21-cv-00668-DAO |

Plaintiff Blendtec Inc. ("Plaintiff") and defendant BlendJet Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order extending Defendant's time to respond to the Complaint [Dkt. No. 2].

Defendant's response to the Complaint in the above-captioned matter is presently due on or before December 31, 2021.  Because of Defendant's counsel's schedule and the intervening holidays, the parties have agreed, stipulate, and hereby move the Court for an order extending the deadline for Defendant to respond to the Complaint to **Friday, January 28, 2022**. A proposed order is attached hereto.

1777292.1

    Submitted this 24th day of December, 2021.

| | |
|---|---|
| **JONES WALDO HOLBROOK & McDONOUGH PC** | **DORSEY & WHITNEY LLP.** |
| | /s/ *Brett Foster* _____ |
| | (signed by Nathan Thomas with permission via electronic mail dated December 23, 2021) |
| /s/ *Nathan D. Thomas*_____ | Brett Foster |
| Nathan D. Thomas | Grant Foster |
| Elizabeth M. Butler | Tamara Kapaloski |
| 170 South Main Street, Suite 1500 | 111 South Main Street, Suite 2100 |
| Salt Lake City, Utah 84101 | Salt Lake City, Utah 84111 |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of December, 2021, that a true and correct copy of the foregoing has been filed with the Clerk of Court, by using the CM/ECF system to deliver a true and correct copy of the foregoing to the following:

>Brett Foster
>Grant Foster
>Tamara Kapaloski
>**DORSEY & WHITNEY LLP**
>111 S. Main St., Suite 2100
>Salt Lake City, UT 84111
>Tel.: (801) 933-7360
>foster.brett@dorsey.com
>foster.grant@dorsey.com
>kapaloski.tammy@dorsey.com
>*Attorneys for Plaintiff Blendtec*

>>/s/ __Nathan D. Thomas__

1777292.1