Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
nthomas@joneswaldo.com
ebutler@joneswaldo.com

*Attorneys for Defendant BlendJet Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware Corporation,<br>Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:21-cv-00668-DAO |

For the reasons set forth in the Stipulated Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint, it is hereby ordered that the deadline for Defendant to file a response to the Complaint is extended to **Friday, January 28, 2022**.

Entered this ___ day of _____, 202_.

BY THE COURT:

_____
Honorable Daphne A. Oberg
United States Magistrate Judge

1777293.1

Approved as to form:

| | |
|---|---|
| **JONES WALDO HOLBROOK & McDONOUGH PC** | **DORSEY & WHITNEY LLP** |
| | /s/ *Brett Foster* _____ |
| /s/ *Nathan D. Thomas* _____ | (signed by Nathan D. Thomas with permission granted via electronic mail dated December 23, 2021) |
| Nathan D. Thomas | Brett Foster |
| Elizabeth M. Butler | Grant Foster |
| 170 South Main Street, Suite 1500 | Tamara Kapaloski |
| Salt Lake City, Utah 84101 | 111 South Main Street, Suite 2100 |
| | Salt Lake City, Utah 84111 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |