Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
nthomas@joneswaldo.com
ebutler@joneswaldo.com

*Attorneys for Defendant*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>        Plaintiff,<br><br>v.<br><br><br>BLENDJET INC., a Delaware Corporation,<br><br>        Defendant. | **NOTICE OF APPEARANCE**<br><br><br>CASE NO. 2:21-cv-00668-DAO |

Notice is hereby given of the entry of undersigned counsel for Defendant BlendJet Inc. in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should, in addition to any attorneys currently of record for the Defendant, be directed to and served upon:

Elizabeth M. Butler
JONES WALDO HOLBROOK & McDONOUGH PC
lbutler@joneswaldo.com
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
(801) 521-3200

1147020.1

DATED:  December 30, 2021.

JONES WALDO HOLBROOK & McDONOUGH PC

By:    /s/  Elizabeth M. Butler
          Nathan D. Thomas
          Elizabeth M. Butler

          *Attorneys for Defendant*

1147020.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/  Elizabeth M. Butler

1147020.1