

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Nathan D. Thomas (USB #11965) |
| | Elizabeth M. Butler (USB #13658) |
| Firm: | Jones Waldo Holbrook & McDonough, PC |
| Address: | 170 South Main, Suite 1500 |
| | Salt Lake City, Utah 84101 |
| Telephone: | 801-521-3200 |
| Email: | nthomas@joneswaldo.com |
| | lbutler@joneswaldo.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Patrick M. McGill |
| Firm: | Sheppard Mullin Richter & Hampton LLP |
| Address: | 12275 El Camino Real, Suite 100 |
| | San Diego, CA. 92130 |
| Telephone: | (858) 720-7407 |
| Email: | pmcgill@sheppardmullin.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | 284332 | 09/28/2012 |
| New York | 4816732 | 04/01/2010 |
| | | |
| | | |
| | | |

1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|---|
|  |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____
Signature

December 29, 2021
_____
Date