Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
nthomas@joneswaldo.com
ebutler@joneswaldo.com

*Attorneys for Defendant BlendJet Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| BLENDTEC INC., a Utah corporation, Plaintiff, v. BLENDJET INC., a Delaware Corporation, Defendant. | **MOTION FOR PRO HAC VICE ADMISSION** <br><br> CASE NO. 2:21-cv-00668-DAO |
|---|---|

  I move for the pro hac vice admission of <u>Martin R. Bader</u> (Applicant) as counsel for BlendJet Inc., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

  ☑ is not a member of the Utah State Bar.

  ☑ does not maintain a law office in Utah.

  ☑ has not been admitted pro hac vice in any case in this district in the previous 5 years

1774958.1

2

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

N/A

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

N/A

DATED: December 30, 2021

/s/ Elizabeth M. Butler
Signature

2

1774958.1