# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware Corporation,<br>Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF MARTIN R. BADER**<br><br>CASE NO. 2:21-cv-00668-DAO |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Martin R. Bader. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.


DATED this ____ day of _____, 20_____.

BY THE COURT:

_____
Name
Title