Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
nthomas@joneswaldo.com
ebutler@joneswaldo.com

*Attorneys for Defendant BlendJet Inc.*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, | **MOTION FOR PRO HAC VICE ADMISSION** |
| v. | CASE NO. 2:21-cv-00668-DAO |
| BLENDJET INC., a Delaware Corporation, Defendant. | |

  I move for the pro hac vice admission of <u>Lisa M. Martens</u> (Applicant) as counsel for BlendJet Inc., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

  [√] is not a member of the Utah State Bar.

  [√] does not maintain a law office in Utah.

  [√] has not been admitted pro hac vice in any case in this district in the previous 5 years

1774958.1

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

N/A

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

N/A

DATED: December 30, 2021

/s/ Elizabeth M. Butler
Signature

2

1774958.1