FILED
2022 JAN 3 AM 9:47
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF LISA M. MARTENS**<br><br>Case No. 2:21-cv-00668-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Lisa M. Martens, (Doc. No. 12). Based on the motion, and for good cause appearing, the court GRANTS the motion.

DATED this 3rd day of January, 2022.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge