Nathan D. Thomas, (USB #11965)
Elizabeth Butler, (USB #13658)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
NThomas@parsonsbehle.com
LButler@parsonsbehle.com

*Attorneys for Defendant BLENDJET INC., a Delaware corporation,*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> BLENDJET INC., a Delaware corporation, , <br><br> Defendant. | NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION <br><br> Case No. 2:21-cv-00668 <br><br> The Honorable Tena Campbell <br><br> Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE THAT NATHAN D. THOMAS AND ELIZABETH M. BUTLER, formerly affiliated with Jones Waldo Holbrook & McDonough, PC, are no longer with that firm and are now affiliated with the law firm of Parsons Behle & Latimer.  Nathan D. Thomas and Elizabeth M. Butler continue to represent Defendant BLENDJET, INC. as counsel in this matter.  Please address all correspondence and pleadings to the address and emails indicated above.

4882-0643-9974.v1

DATED June 22, 2022.

/s/*Nathan D. Thomas*
Nathan D. Thomas
Elizabeth Butler
PARSONS BEHLE & LATIMER

Attorneys for Defendant BLENDJET INC.,
a Delaware corporation,

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/  Nathan D. Thomas

4882-0643-9974.v1