Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **FIRST STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b)(4) and for good cause, Plaintiff Blendtec Inc. ("Blendtec") and defendant BlendJet, Inc. ("BlendJet"), through counsel, hereby stipulate and jointly move the Court to modify the Court's February 25, 2022 Scheduling Order (ECF No. 25). Contemporaneously herewith, the parties are filing a copy of the proposed First Amended Scheduling Order.

Since entry of the Scheduling Order, the parties have engaged in settlement discussions in an attempt to resolve this dispute. The parties agreed to pause discovery during the settlement discussion. D espite good faith efforts, the parties have not settled the dispute and will proceed with the litigation. Any ongoing settlement discussion will occur simultaneously with the litigation.

The parties stipulate that additional time will be necessary in order to provide time for them to complete discovery and prepare this case for trial. The parties hereby jointly move the Court and stipulate to an order extending the following deadlines in the schedule as follows:

| Date per Scheduling Order (ECF No. 25) | Stipulated New Date | Event |
|---|---|---|
| June 28, 2022 | July 12, 2022 | Cutoff for filing motion to amend the pleadings or join additional parties |
| August 26, 2022 | December 12, 2022 | Last day to serve written discovery |
| October 13, 2022 | January 27, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| October 26, 2022 | February 10, 2023 | Close of fact discovery |
| November 3, 2022 | February 10, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| December 7, 2022 | March 10, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| January 25, 2023 | May 10, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| February 22, 2023 | June 9, 2023 | Last day for expert discovery |
| April 5, 2023 | July 21, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* |

| Date per Scheduling Order (ECF No. 25) | Stipulated New Date | Event |
|---|---|---|
| | | motions to exclude expert testimony |
| April 3, 2023 | July 28, 2023 | Evaluate case for settlement/ADR |
| June 30, 2023 | October 13, 2023 | Plaintiff's Rule 26(a)(3) pretrial |
| July 14, 2023 | October 27, 2023 | Defendant's Rule 26(a)(3) pretrial disclosures |
| July 29, 2023 | November 17, 2023 | Special Attorney Conference |
| July 29, 2023 | November 17, 2023 | Settlement Conference |
| August 21, 2023 | December 5, 2023 | Final Pretrial Conference |
| September 11, 2023 | January 15, 2024 | Trial |

Any provisions of the Scheduling Order not modified above shall remain the same. The parties have submitted herewith a proposed order granting the requested relief.

Respectfully submitted this 29th day of June, 2022.

*Attorneys for Plaintiff Blendtec Inc:*

**DORSEY & WHITNEY LLP**

/s/ *Tamara L. Kapaloski*
Brett Foster (#6089)
Grant Foster (#7202)
Tamara L. Kapaloski (#13471)

*Attorneys for Defendant BlendJet, Inc.:*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

/s/ *Patrick McGill*
Martin R. Bader (*Pro hac vice*)
Lisa M. Martens (*Pro hac vice*)
Patrick McGill (*Pro hac vice*)

**PARSONS BEHLE & LATIMER**

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Patrick M. McGill: pmcgill@sheppardmullin.com
Lisa M. Martens: lmartens@sheppardmullin.com
Martin R. Bader: mbader@sheppardmullin.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: lbutler@parsonsbehle.com

*/s/ Tamara L. Kapaloski*