# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] FIRST AMENDED SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered the First Stipulated Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that the following matters are scheduled and may not be changed without Court approval:

| Date per Scheduling Order (ECF No. 25) | Stipulated New Date | Event |
|---|---|---|
| June 28, 2022 | July 12, 2022 | Cutoff for filing motion to amend the pleadings or join additional parties |
| August 26, 2022 | December 12, 2022 | Last day to serve written discovery |
| October 13, 2022 | January 27, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| October 26, 2022 | February 10, 2023 | Close of fact discovery |
| November 3, 2022 | February 10, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |

| Date per Scheduling Order (ECF No. 25) | Stipulated New Date | Event |
| --- | --- | --- |
| December 7, 2022 | March 10, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| January 25, 2023 | May 10, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| February 22, 2023 | June 9, 2023 | Last day for expert discovery |
| April 5, 2023 | July 21, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| April 3, 2023 | July 28, 2023 | Evaluate case for settlement/ADR |
| June 30, 2023 | October 13, 2023 | Plaintiff's Rule 26(a)(3) pretrial |
| July 14, 2023 | October 27, 2023 | Defendant's Rule 26(a)(3) pretrial disclosures |
| July 29, 2023 | November 17, 2023 | Special Attorney Conference |
| July 29, 2023 | November 17, 2023 | Settlement Conference |
| August 21, 2023 | December 5, 2023 | Final Pretrial Conference |
| September 11, 2023 | January 15, 2024 | Trial |

All others provisions in the Scheduling Order entered as ECF Number 25 shall remain the same.

DATED: June ____, 2022,

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead