LISA M. MARTENS (*Pro hac vice*)
lmartens@sheppardmullin.com
MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
PATRICK McGILL (*Pro hac vice*)
pmcgill@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:   858.509.3691

Nathan D. Thomas (USB #119650)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 536-1234
nthomas@parsonsbehle.com
ebutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>   Defendant. | **DEFENDANT BLENDJET INC.'S RULE 7 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

     This Corporate Disclosure Statement is filed on behalf of Defendant BlendJet Inc. in compliance with the provisions of Fed. R. Civ. P. 7.1. A nongovernmental corporate party to an

action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**BlendJet hereby declares as follows:**

__X__ No corporation owns 10% or more of its stock.

_____ Party is a subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

_____ Party is a subsidiary or other affiliate of a publicly held corporation that owns 10% or more of its stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: September 21, 2022

                                 Respectfully submitted,

                                 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                 By        */s/ Patrick McGill*
                                           LISA M. MARTENS
                                           MARTIN R. BADER
                                           PATRICK M. MCGILL

                               *Attorneys for Defendant BlendJet Inc.*