Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>    Defendant. | **SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b)(4) and for good cause, Plaintiff Blendtec Inc. ("Blendtec") and defendant BlendJet, Inc. ("BlendJet"), through counsel, hereby stipulate and jointly move the Court to modify the Court's February 25, 2022 Scheduling Order (ECF No. 25). Contemporaneously herewith, the parties are filing a copy of the proposed Second Amended Scheduling Order.

After entry of the Scheduling Order, the parties engaged in settlement discussions in an attempt to resolve this dispute. The parties agreed to pause discovery during the settlement discussion. Despite good faith efforts, the parties did not settle the dispute, and determined that any ongoing settlement discussion would occur simultaneously with the litigation. As a result, on June 29, 2022, the parties filed a stipulated motion to amend the scheduling order. *See* ECF No. 27. On June 30, 2022, the Court entered the First Amended Scheduling Order. *See* ECF No. 28.

Due to various issues that have arisen, including that a Stipulated ESI Protocol was not entered until September 8, 2022 (*see* ECF No. 30), the parties stipulate that additional time will be necessary in order to provide time for them to complete discovery and prepare this case for trial. As a result, the parties hereby jointly move the Court and stipulate to an order extending the following deadlines in the schedule as follows:

| Date per First Amended Scheduling Order (ECF No. 28) | Stipulated New Date | Event |
|---|---|---|
| December 12, 2022 | January 23, 2023 | Last day to serve written discovery |
| January 27, 2023 | March 15, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| February 10, 2023 | March 31, 2023 | Close of fact discovery |
| February 10, 2023 | March 31, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| March 10, 2023 | April 28, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| May 10, 2023 | June 30, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| June 9, 2023 | July 31, 2023 | Last day for expert discovery |

| Date per First Amended Scheduling Order (ECF No. 28) | Stipulated New Date | Event |
|---|---|---|
| July 21, 2023 | September 15, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| July 28, 2023 | September 22, 2023 | Evaluate case for settlement/ADR |

Any provisions of the Scheduling Order, entered as ECF No. 25, or the First Amended Scheduling Order, entered as ECF No. 28, not modified above shall remain the same. The parties have submitted herewith a proposed order granting the requested relief.

Respectfully submitted this 28th day of November, 2022.

*Attorneys for Plaintiff Blendtec Inc:*

**DORSEY & WHITNEY LLP**

/s/ *Tamara L. Kapaloski*
Brett Foster (#6089)
Grant Foster (#7202)
Tamara L. Kapaloski (#13471)

*Attorneys for Defendant BlendJet, Inc.:*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

/s/ *Patrick McGill*
Martin R. Bader (*Pro hac vice*)
Lisa M. Martens (*Pro hac vice*)
Patrick McGill (*Pro hac vice*)

**PARSONS BEHLE & LATIMER**

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Patrick M. McGill: pmcgill@sheppardmullin.com
Lisa M. Martens: lmartens@sheppardmullin.com
Martin R. Bader: mbader@sheppardmullin.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: lbutler@parsonsbehle.com

*/s/ Tamara L. Kapaloski*