# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] SECOND AMENDED SCHEDULING ORDER**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered the Second Stipulated Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that the following matters are scheduled and may not be changed without Court approval:

| Date per First Amended Scheduling Order (ECF No. 28) | Stipulated New Date | Event |
|---|---|---|
| December 12, 2022 | January 23, 2023 | Last day to serve written discovery |
| January 27, 2023 | March 15, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| February 10, 2023 | March 31, 2023 | Close of fact discovery |
| February 10, 2023 | March 31, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| March 10, 2023 | April 28, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |

| Date per First Amended Scheduling Order (ECF No. 28) | Stipulated New Date | Event |
|---|---|---|
| May 10, 2023 | June 30, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| June 9, 2023 | July 31, 2023 | Last day for expert discovery |
| July 21, 2023 | September 15, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| July 28, 2023 | September 22, 2023 | Evaluate case for settlement/ADR |

All other provisions in the Scheduling Order, entered as ECF Number 25, and the First Amended Scheduling Order, entered as ECF Number 28, shall remain the same.

DATED: November \_\_\_\_, 2022,

                                                  BY THE COURT:

                                          _____
                                          U.S. Magistrate Judge Dustin B. Pead