# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **SECOND AMENDED SCHEDULING ORDER**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

The Court, having read and considered the Second Stipulated Motion to Amend the Scheduling Order, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that the following matters are scheduled and may not be changed without Court approval:

| Date per First Amended Scheduling Order (ECF No. 28) | Stipulated New Date | Event |
|---|---|---|
| December 12, 2022 | January 23, 2023 | Last day to serve written discovery |
| January 27, 2023 | March 15, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| February 10, 2023 | March 31, 2023 | Close of fact discovery |
| February 10, 2023 | March 31, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| March 10, 2023 | April 28, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |

| Date per First Amended Scheduling Order (ECF No. 28) | Stipulated New Date | Event |
|---|---|---|
| May 10, 2023 | June 30, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| June 9, 2023 | July 31, 2023 | Last day for expert discovery |
| July 21, 2023 | September 15, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| July 28, 2023 | September 22, 2023 | Evaluate case for settlement/ADR |
| November 17, 2023 | December 22, 2023 | Plaintiff's Rule 26(a)(3) pretrial disclosures |
| December 1, 2023 | January 5, 2024 | Defendant's Rule 26(a)(3) pretrial disclosures |
| December 15, 2023 | January 19, 2024 | Special Attorney Conference |
| December 15, 2023 | January 19, 2024 | Settlement Conference |
| January 8, 2024 | February 12, 2024, at 3:00 pm | Final Pretrial Conference |
| January 29, 2024[1] | March 4, 2024, at 8:30 am | Trial |

DATED this 29 November 2022.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] The parties stipulated to move the dispositive motion deadline without moving the trial date. It is the Court's scheduling policy that generally five months must be allowed between the dispositive motion deadline and the trial date to allow the motions to be filed, briefed, set, argued, and decided before trial preparation starts.