**<u>EXHIBIT E</u>**

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 1 | BLENDTEC001024 | 04/03/2019 | Michelle Maynard (Blendtec Head of Customer Service) | Michael Monson (Blendtec Chief Legal Officer); Kathryn Dickson (Blendtec Chief Business Development Officer) | Email from client reflecting and regarding legal advice from counsel related to trademark | Attorney Client Communication |
| 2 | BLENDTEC001026 | 11/30/2020 | Richard Burton (Blendtec HR Director) | Thomas Dickson (CEO of Blendtec); Michael Monson (Blendtec Chief Legal Officer) | Email from client reflecting and regarding legal advice from counsel related to trademark | Attorney Client Communication |
| 3 | BLENDTEC001028 | 12/03/2020 | Charlie Mock (Head of Growth & Analytics at EM Marketing) | Kathryn Dickson (Blendtec Chief Business Development Officer); Michael Monson (Blendtec Chief Legal Officer) | Email from client reflecting and regarding legal advice from counsel related to trademark | Attorney Client Communication |
| 4 | BLENDTEC001582 | 10/05/2021 | Chris Georgeson (Blendtec SVP Sales) | Michael Monson (Blendtec Chief Legal Officer) | Email from client reflecting and regarding legal advice from counsel related to trademark | Attorney Client Communication |
| 5 | | 07/21/1999 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 6 | | 08/18/1999 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | | Notes from telephone call between counsel Grant Foster and client Thomas Dickson reflecting and regardign legal advice with respect to trademark | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 7 |  | 08/18/1999 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 8 |  | 08/27/1999 | Scott Lund (Director of Operations, Blendtec) | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Letter from client to counsel reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 9 |  | 09/16/1999 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 10 |  | 12/15/1999 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 11 |  | 03/21/2000 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 12 |  | 08/16/2000 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 13 | | 11/14/2000 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 14 | | 03/07/2001 | Grant Foster (outside counsel to Blendtec, at Foster & Foster LLC at the time of this communication) | Thomas Dickson (Blendtec President) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 15 | | 02/27/2006 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 16 | | 03/01/2006 | Thomas Dickson (Blendtec CEO) | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Letter from client to counsel reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 17 | | 04/11/2006 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO); R. Galbraith (Blendtec); D. Beck (Blendtec); Kathy Case (legal assistant to Grant Foster) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 18 | | 04/13/2006 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 19 | | 08/01/2006 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 20 | | 09/11/2007 | Matt Horlacher (attorney at Holland & Hart LLP) | Thomas Dickson (Blendtec CEO); Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Email from counsel to client reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 21 | | 11/22/2010 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 22 | | 12/16/2010 | Steve Quist (Blendtec) | Grant Foster (attorney at Holland & Hart at the time of this communication); David Beck (Blendtec) | Email from client to counsel reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 23 | | 12/16/2010 | Grant Foster (attorney at Holland & Hart at the time of this communication) | Steve Quist (Blendtec Sr. VP Business Systems and Strategic Planning); Davd Beck (Blendtec) | Email from counsel to client reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 24 | | 12/23/2010 | Grant Foster (attorney at Holland & Hart at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 25 | | 01/24/2011 | Kathy Case (Legal assistant to Grant Foster) | Thomas Dickson (Blendtec CEO); Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 26 | | 01/24/2011 | Thomas Dickson (Blendtec CEO) | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Letter from client to counsel reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 27 | | 01/28/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 28 | | 02/25/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 29 | | 04/19/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 30 | | 04/28/2011 | Steve Quist (Blendtec Sr. VP Business Systems and Strategic Planning) | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication); Davd Beck (Blendtec); Tom Dickson (Blendtec) | Email from client to counsel reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 31 | | 04/28/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Steve Quist (Blendtec Sr. VP Business Systems and Strategic Planning); Davd Beck (Blendtec); Tom Dickson (Blendtec); Joshua Randall (attorney at Holland & Hart) | Email from counsel to client reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 32 | | 05/09/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 33 | | 06/28/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 34 | | 06/29/2011 | Shawn Elgaaen (Blendtec Electrical Engineering Manager) | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication); Paul Faerber (Blendtec) | Email from client to counsel reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 35 | | 08/04/2011 | Kathy Case (Legal assistant to Grant Foster) | Shawn Elgaaen (Blendtec Electrical Engineering Manager) | Email from counsel to client reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 36 | | 08/25/2011 | Kathy Case (Legal assistant to Grant Foster) | Shawn Elgaaen (Blendtec Electrical Engineering Manager) | Email from counsel to client reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 37 | | 08/26/2011 | Shawn Elgaaen (Blendtec Electrical Engineering Manager) | Kathy Case (Legal assistant to Grant Foster) | Email from client to counsel reflecting and regarding legal advice with respect to trademark | Attorney Client Communication |
| 38 | | 09/02/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 39 | | 09/29/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 40 | | 11/10/2011 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Thomas Dickson (Blendtec CEO) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 41 | | 11/21/2014 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Tom Dickson (Blendtec); Craig Taylor (Blendtec); Christine Beltran (Blendtec); Kenneth Packer (Blendtec); Shawn Elgaaen (Blendtec) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken with Australian trademark office | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 42 | | 11/24/2014 | Shawn Elgaaen (Blendtec Electrical Engineering Manager) | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication); Tom Dickson (Blendtec); Craig Taylor (Blendtec); Christine Beltran (Blendtec); Kenneth Packer (Blendtec) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken with Australian trademark office | Attorney Client Communication |
| 43 | | 12/05/2014 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Shawn Elgaaen (Blendtec Electrical Engineering Manager); Christine Beltran (Blendtec); Kathy Case (Legal assistant to Grant Foster); Kari Anderson (paralegal to Grant Foster) | Email from counsel to client reflecting and regarding legal advice with respect to actions taken with Australian trademark office | Attorney Client Communication |
| 44 | | 12/08/2014 | Shawn Elgaaen (Blendtec Electrical Engineering Manager) | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication); Christine Beltran (Blendtec); Kathy Case (Legal assistant to Grant Foster); Kari Anderson (paralegal to Grant Foster) | Email from client to counsel reflecting and regarding legal advice with respect to actions taken with Australian trademark office | Attorney Client Communication |
| 45 | | 12/23/2014 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Michael Monson (Blendtec Chief Legal Officer) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 46 | | 01/15/2015 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Michael Monson (Blendtec Chief Legal Officer) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 47 | | 02/27/2015 | Grant Foster (outside counsel to Blendtec, at Holland & Hart LLP at the time of this communication) | Michael Monson (Blendtec Chief Legal Officer) | Letter from counsel to client reflecting and regarding legal advice with respect to actions taken at USPTO | Attorney Client Communication |
| 48 | | 05/02/2019 | Michael Monson (Blendtec Chief Legal Officer) | Tiffany Shimada (former Dorsey & Whitney attorney); Grant Foster (Dorsey & Whitney attorney) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 49 | | 05/02/2019 | Tiffany Shimada (former Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark | Attorney Client Communication |
| 50 | | 06/24/2019 | Michael Monson (Blendtec Chief Legal Officer) | Tiffany Shimada (former Dorsey & Whitney attorney) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 51 | | 06/24/2019 | Tiffany Shimada (former Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark | Attorney Client Communication |
| 52 | | 07/01/2019 | Michael Monson (Blendtec Chief Legal Officer) | Brett Foster (Dorsey & Whitney attorney) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 53 | | 07/01/2019 | Brett Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark | Attorney Client Communication |
| 54 | | 04/28/2020 | Michael Monson (Blendtec Chief Legal Officer) | Brett Foster (Dorsey & Whitney attorney) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 55 | | 05/08/2020 | Brett Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark | Attorney Client Communication |
| 56 | | 05/08/2020 | Michael Monson (Blendtec Chief Legal Officer) | Chris Georgeson (Blendtec SVP Sales) | Email from counsel to client reflecting and requesting legal advice related to trademark | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 57 | | 05/08/2020 | Chris Georgeson (Blendtec SVP Sales) | Michael Monson (Blendtec Chief Legal Officer) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 58 | | 05/08/2020 | Michael Monson (Blendtec Chief Legal Officer) | Brett Foster (Dorsey & Whitney attorney) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 59 | | 07/15/2020 | Michael Monson (Blendtec Chief Legal Officer) | Brett Foster (Dorsey & Whitney attorney) | Email from client to counsel requesting legal advice related to trademark | Attorney Client Communication |
| 60 | | 07/15/2020 | Brett Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark | Attorney Client Communication |
| 61 | | 02/16/2021 | Kathryn Dickson (Blendtec Chief Business Development Officer) | Michael Monson (Blendtec Chief Legal Officer) | Email from client to counsel reflecting and requesting legal advice related to trademark | Attorney Client Communication |
| 62 | | 08/04/2021 | Michael Monson (Blendtec Chief Legal Officer) | | Notes prepared by Michael Monson regarding meeting between Michael Monson and Blendtec reflecting and regarding legal advice related to trademark dispute and prepared in anticipation of litigation | Attorney Client Communication; Attorney work product |
| 63 | | 08/11/2021 | Michael Monson (Blendtec Chief Legal Officer) | Tiffany Shimada (former attorney at Dorsey & Whitney); Brett Foster (attorney at Dorsey & Whitney); Nicole Reichel (paralegal at Dorsey & Whitney); Samantha Mayo (paralegal at Dorsey & Whitney); Keith Titus (Blendtec CEO) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 64 | | 08/11/2021 | Brett Foster (attorney at Dorsey & Whitney) | Michael Monson (Blendtec Chief Legal Officer); Nicole Reichel (Dorsey & Whitney paralegal); Samantha Mayo (Dorsey & Whitney paralegal); Keith Titus (Blendtec CEO); Tiffany Shimada (former Dorsey & Whitney attorney); Grant Foster (Dorsey & Whitney attorney) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 65 | | 08/16/2021 | Brett Foster (attorney at Dorsey & Whitney) | Michael Monson (Blendtec Chief Legal Officer); Tiffany Shimada (former Dorsey & Whitney attorney); Kith Titus (Blendtec CEO); Grant Foster (Dorsey & Whitney attorney) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 66 | | 08/18/2021 | Michael Monson (Blendtec Chief Legal Officer) | Ryan Peterson (Blendtec Director) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 67 | | 08/18/2021 | Ryan Peterson (Blendtec Director) | Michael Monson (Blendtec Chief Legal Officer) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 68 | | 08/18/2021 | Michael Monson (Blendtec Chief Legal Officer) | Ryan Peterson (Blendtec Director) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 69 | | 08/31/2021 | Keith Titus (Blendtec CEO) | Michael Monson (Blendtec Chief Legal Officer) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 70 | | 08/31/2021 | Michael Monson (Blendtec Chief Legal Officer) | Keith Titus (Blendtec CEO) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 71 | | 09/01/2021 | Brett Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 72 | | 09/01/2021 | Michael Monson (Blendtec Chief Legal Officer) | Brett Foster (Dorsey & Whitney attorney) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 73 | | 09/07/2021 | Michael Monson (Blendtec Chief Legal Officer) | | Notes prepared by Michael Monson regarding meeting between Michael Monson and Keith Titus reflecting and regarding legal advice related to trademark dispute and prepared in anticipation of litigation | Attorney Client Communication; Attorney work product |
| 74 | | 09/13/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer); Tiffany Shimada (former Dorsey & Whitney attorney); Samantha Mayo (Dorsey & Whitney paralegal); Kathy Case (Dorsey & Whitney legal assistant) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 75 | | 09/13/2021 | Michael Monson (Blendtec Chief Legal Officer) | Grant Foster (Dorsey & Whitney attorney); Tiffany Shimada (former Dorsey & Whitney attorney); Samantha Mayo (Dorsey & Whitney paralegal); Kathy Case (Dorsey & Whitney legal assistant) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 76 | | 09/13/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 77 | | 09/14/2021 | Michael Monson (Blendtec Chief Legal Officer) | Troy Graham (Blendtec Financial Controller) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 78 | | 09/24/2021 | Michael Monson (Blendtec Chief Legal Officer) | Keith Titus (Blendtec CEO); Ben Kaufman (Blendtec CFO) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 79 | | 09/24/2021 | Keith Titus (Blendtec CEO) | Michael Monson (Blendtec Chief Legal Officer); Ben Kaufman (Blendtec CFO) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 80 | | 09/24/2021 | Michael Monson (Blendtec Chief Legal Officer) | Keith Titus (Blendtec CEO); Ben Kaufman (Blendtec CFO) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 81 | | 09/27/2021 | Michael Monson (Blendtec Chief Legal Officer) | | Board Meeting Materials reflecting and regarding legal advice from Blendtec Chief Legal Officer to Blendtec regarding trademark dispute and prepared in anticipation of litigation | Attorney Client Communication; Attorney work product |
| 82 | | 09/30/2021 | Michael Monson (Blendtec Chief Legal Officer) | | Board meeting minutes reflecting and regarding legal advice from Blendtec Chief Legal Officer to Blendtec regarding trademark dispute and prepared in anticipation of litigation | Attorney Client Communication; Attorney work product |
| 83 | | 10/01/2021 | Michael Monson (Blendtec Chief Legal Officer) | Grant Foster (Dorsey & Whitney attorney) | Email from client to counsel regarding and reflecting legal advice related to trademark dispute | Attorney Client Communication |
| 84 | | 10/01/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 85 | | 10/05/2021 | Michael Monson (Blendtec Chief Legal Officer) | Grant Foster (Dorsey & Whitney attorney); Brett Foster (Dorsey & Whitney attorney) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 86 | | 10/28/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer); Brett Foster (Dorsey & Whitney attorney); Tammy Kapaloski (Dorsey & Whitney attorney) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 87 | | 10/29/2021 | Michael Monson (Blendtec Chief Legal Officer) | Grant Foster (Dorsey & Whitney attorney); Brett Foster (Dorsey & Whitney attorney); Tammy Kapaloski (Dorsey & Whitney attorney) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 88 | | 10/29/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer); Brett Foster (Dorsey & Whitney attorney); Tammy Kapaloski (Dorsey & Whitney attorney) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 89 | | 11/08/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer); Brett Foster (Dorsey & Whitney attorney); Tammy Kapaloski (Dorsey & Whitney attorney) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 90 | | 11/08/2021 | Michael Monson (Blendtec Chief Legal Officer) | Grant Foster (Dorsey & Whitney attorney); Brett Foster (Dorsey & Whitney attorney); Tammy Kapaloski (Dorsey & Whitney attorney) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 91 | | 11/08/2021 | Grant Foster (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer); Brett Foster (Dorsey & Whitney attorney); Tammy Kapaloski (Dorsey & Whitney attorney) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |
| 92 | | 11/11/2021 | Tammy Kapaloski (Dorsey & Whitney attorney) | Michael Monson (Blendtec Chief Legal Officer) | Email from counsel to client reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |

**BLENDTEC PRIVILEGE LOG**

| # | BATES NO. | DATE | AUTHOR | RECIPIENT(S) | DESCRIPTION | PRIVILEGE TYPE |
|---|---|---|---|---|---|---|
| 93 | | 11/11/2021 | Michael Monson (Blendtec Chief Legal Officer) | Tammy Kapaloski (Dorsey & Whitney attorney) | Email from client to counsel reflecting and requesting legal advice related to trademark dispute | Attorney Client Communication |

*Pursuant to the ESI Protocol, no privileged communications that took place after November 12, 2021 are on this log. See ECF 30 at ¶67.*