Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **PLAINTIFF BLENDTEC INC.'S NOTICE OF WITHDRAWAL OF MOTIONS TO QUASH SUBPOENAS**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On December 9, 2022, Plaintiff Blendtec Inc. ("Blendtec") filed four motions to quash pursuant to Rule 45(d)(3). *See* ECF Nos. 36-39. As DUCivR 45-1 was amended effective December 1, 2022, such that the Local Rule no longer follows the short-form procedure set forth in Local Rule 37-1, Blendtec did not follow the short-form procedure.

On December 13, 2022, counsel for Defendant Blendjet, Inc. requested that Blendtec withdraw its motions to quash and re-file using the short-form discovery procedure. To avoid an

1

unnecessary discovery dispute, Blendtec has agreed to do so. Accordingly, Blendtec hereby withdraws its motions to quash filed as ECF Nos. 36, 37, 38 and 39, and will immediately re-file those motions using the short-form discovery procedure.

DATED this 14th day of December, 2022.

DORSEY & WHITNEY LLP

/s/ *Tamara L. Kapaloski*
Brett Foster (#6089)
Grant Foster (#7202)
Tamara L. Kapaloski (#13471)

*Attorneys for Plaintiff Blendtec Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2022, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system:

Patrick M. McGill: pmcgill@sheppardmullin.com
Lisa M. Martens: lmartens@sheppardmullin.com
Martin R. Bader: mbader@sheppardmullin.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: lbutler@parsonsbehle.com

                                             */s/ Tamara L. Kapaloski*