# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO QUASH SUBPOENAS TO OUTSIDE COUNSEL**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Quash Subpoenas to Outside Counsel Dorsey & Whitney LLP and Holland & Hart LLP, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that Blendjet's subpoenas to Dorsey & Whitney LLP and to Holland & Hart LLP are quashed.

DATED: December \_\_\_\_, 2022,

                BY THE COURT:

                _____
                U.S. Magistrate Judge Dustin B. Pead