**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO QUASH SUBPOENAS TO THOMAS DICKSON**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Quash Subpoena to Thomas Dickson, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that Blendjet's subpoenas to Thomas Dickson is quashed.

DATED: December ____, 2022,

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead