Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **PLAINTIFF BLENDTEC INC.'S MOTION TO QUASH SUBPOENAS TO SERVICE PROVIDERS (BYU AND ENLISTED VENTURES)**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Pursuant to FRCP 26, 34, and 45(d)(3), Blendtec moves to quash subpoenas served upon third parties retained by Blendtec to provide limited services (BYU and Enlisted Ventures (**Exhibit A**).[1] Blendtec objected to the service provider subpoenas on December 7, 2022 (**Exhibits B-C**). Blendtec attempted to meet and confer with Blendjet, but Blendjet refused to meet and confer until

---

[1] Blendtec filed this motion on December 9, but, at opposing counsel's request, is re-filing using the short-form procedure.

1

after the deadline to respond to the subpoenas (**Exhibit D**).

As set forth in Blendtec's objections (Exhibit B), Blendtec moves to quash the subpoenas because they request documents to which Blendtec has a personal right or privilege. *See, e.g., Anderson v. Heartland Coca-Cola*, 2022 WL 444092 at *3 (D. Kan. 2022) ("where the party seeking to challenge the subpoena has a personal right or privilege with respect to the subject matter requested in the subpoena" party may move to quash subpoena). Blendtec has a personal and proprietary interest in the documents as it paid for and owns its service providers' work product. *See* Georgeson Declaration (**Exhibit E**) at ¶¶2-3, 6. The subpoenaed documents also reflect and constitute Blendtec's confidential information which Blendtec has an interest in protecting. *Id*. *See Curtis Park Grp. v. Allied World*, 2021 WL 1022703, at *3 (D. Colo. 2021) (objection to subpoena based on "ownership interest" in documents is proper); *Malibu v. Doe*, 2013 WL 24526, at *2 (D. Colo. 2013) (court may quash subpoena based on a party's claim of privilege, personal interest, or proprietary interest); *Nunes v. Rushton*, 2015 WL 3537018, at *3, n.5 (D. Utah 2015) (addressing party's objections to subpoena stemming from "personal interest or a proprietary interest in the documents").

Next, the subpoenaed documents are within Blendtec's possession or control and party discovery is ongoing. Georgeson Decl. at ¶5. Blendjet failed to request the documents from Blendtec.[2] Blendtec will produce documents in response to proper document requests, and there is no need to burden third parties at this point. *See Martley v. City of Basehor*, 2022 U.S. Dist. LEXIS

---

[2] Blendjet's RFPs requested "documents that comprise or refer to surveys, focus groups, or market studies . . . in connection with Blendtec Marks." In response, Blendtec produced Enlisted Ventures and BYU studies and raw data for the BYU study. Instead of inquiring further, Blendjet issued subpoenas.

2

79427, at *8-9 (D. Kan. 2022) ("document requests to a party, rather than subpoenas to the custodial non-party, are the appropriate method to obtain discovery") (granting party's motion to quash subpoena designed to circumvent Rule 34).

Blendtec seeks FRCP 37(a)(5)(A)(ii) attorneys' fees.

DATED this 14th day of December, 2022.

> DORSEY & WHITNEY LLP
>
> /s/ *Tamara L. Kapaloski*
> Brett Foster (#6089)
> Grant Foster (#7202)
> Tamara L. Kapaloski (#13471)
>
> *Attorneys for Plaintiff Blendtec Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2022, a true and correct copy of the foregoing document was served on counsel of record via email at the following email addresses:

Patrick M. McGill: pmcgill@sheppardmullin.com
Lisa M. Martens: lmartens@sheppardmullin.com
Martin R. Bader: mbader@sheppardmullin.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: lbutler@parsonsbehle.com

                                                  /s/ Tamara L. Kapaloski