**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO QUASH SUBPOENAS TO SERVICE PROVIDERS (BYU AND ENLISTED VENTURES)**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Quash Subpoenas to Service Providers BYU and Enlisted Ventures, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that Blendjet's subpoenas to Brigham Young University and to Enlisted Ventures are quashed.

DATED: December \_\_\_\_, 2022,

                                                                    BY THE COURT:

                                                                    _____
                                                                    U.S. Magistrate Judge Dustin B. Pead