**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO QUASH SUBPOENAS TO BUSINESS PARTNERS (BLENDFRESH & BLENDID)**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Quash Subpoenas to Business Partners Blendfresh and Blendid, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that request numbers 7-8 in Blendjet's subpoenas to Blendfresh and to Blendid are quashed.

DATED: December ____, 2022,

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead