## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>          Defendant. | **[PROPOSED] ORDER DENYING BLENDTEC'S MOTION TO QUASH SUBPOENAS TO BUSINESS PARTNERS (BLENDFRESH & BLENDID)**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Quash Subpoenas to Business Partners Blendfresh and Blendid, Defendant BlendJet Inc's Response thereto, and for good cause shown, hereby rules as follows:

The Motion to Quash Subpoenas to Business Partners Blendfresh and Blendid is DENIED. BlendJet is awarded its reasonable attorneys' fees and costs incurred in responding to the Motion as provided for in Fed. R. Civ. P. 37(a)(5)(B).

It is so ordered.

DATED: December _____, 2022.

                                        BY THE COURT:


                                        _____

                                        U.S. Magistrate Judge Dustin B. Pead

4891-7443-5653.v2