**EXHIBIT 2**

**FILED UNDER SEALED**