**EXHIBIT 4**

Table of Blendtec Search Terms With Corresponding RFPs

**EXHIBIT 3**

**(Table Showing Blendtec's Search Terms and Corresponding RFPs)**

| Blendjet ESI Custodian | Blendtec's Search Terms (*See* Exh. 1 at pp. 11-13) | Blendtec's Corresponding Rule 34 RFPs (*See* Exh. 1 at pp. 6-9) |
|---|---|---|
| Blendjet's customer service/Experience personnel | 1. Blendtec or Blend Tec<br>2. Swirl[1]<br>3. Logo<br>4. Countertop or "counter top"<br>5. Competi!<br>6. Confus! | 1. RFPs 2, 6, 9, 10, 18, 21, 22<br>2. RFPs 2-5, 8, 9, 12-16, 20, 25<br>3. RFPs 2-5, 8, 9, 12-16, 20, 25<br>4. RFPs 11, 27, 28<br>5. RFPs 6, 9, 11<br>6. RFP 9 |
| Ryan Pamplin (Blendjet's CEO and co-founder) | 1. Blendtec or Blend Tec<br>2. Swirl<br>3. Dickson[2]<br>4. "intellectual property"<br>5. Competi!<br>6. Trademark!<br>7. Confus! | 1. RFPs 2, 6, 9, 10, 18, 21, 22<br>2. RFPs 2-5, 8, 9, 12-16, 20, 25<br>3. RFPs 2, 6, 9, 10, 18, 21, 22<br>4. RFPs 2-6, 8-9, 20<br>5. RFPs 6, 9, 11<br>6. RFPs 2-6, 8-10, 12-16, 18, 20, 21, 22, 25<br>7. RFP 9 |
| John Zheng (Blendjet's Chief Revenue Officer and co-founder) | 1. Blendtec or Blend Tec<br>2. Swirl<br>3. Competi!<br>4. Trademark!<br>5. Logo | 1. RFPs 2, 6, 9, 10, 18, 21, 22<br>2. RFPs 2-5, 8, 9, 12-16, 20, 25<br>3. RFPs 6, 9, 11<br>4. RFPs 2-6, 8-10, 12-16, 18, 20, 21, 22, 25<br>5. RFPs 2-5, 8, 9, 12-16, 20, 25 |
| Colleen Johnson (Blendjet's Chief Marketing Officer) | 1. Blendtec or Blend Tec<br>2. Swirl<br>3. Confus!<br>4. Competi!<br>5. Countertop or "counter top" | 1. RFPs 2, 6, 9, 10, 18, 21, 22<br>2. RFPs 2-5, 8, 9, 12-16, 20, 25<br>3. RFP 9<br>4. RFPs 6, 9, 11<br>5. RFPs 11, 27, 28 |
| Jordan Carlson (Blendjet's Intellectual Property Specialist) | 1. Blendtec or Blend Tec<br>2. Swirl<br>3. "intellectual property"<br>4. Trademark!<br>5. Logo<br>6. Confus!<br>7. Competi! | 1. RFPs 2, 6, 9, 10, 18, 21, 22<br>2. RFPs 2-5, 8, 9, 12-16, 20, 25<br>3. RFPs 2-6, 8-9, 20<br>4. RFPs 2-6, 8-10, 12-16, 18, 20, 21, 22, 25<br>5. RFPs 2-5, 8, 9, 12-16, 20, 25<br>6. RFP 9<br>7. RFPs 6, 9, 11 |
| Erin Kristovich (Blendjet's VP of Retail Partnerships) | 1. Blendtec or Blend Tec<br>2. Competi! | 1. RFPs 2, 6, 9, 10, 18, 21, 22<br>2. RFPs 6, 9, 11 |

---

[1] Both Blendtec and Blendjet use a similar "swirl" trademark. In both the Complaint (ECF 2 at ¶¶11, 14, 27, 30) and Blendtec's ESI Discovery Responses (Exh. 1 at 2), "Blendtec's Trademarks" are defined as "Blendtec's BLENDTEC Mark and Swirl Design Mark" and "Blendjet's Trademarks" are defined as the "BLENDJET Mark and the Blendjet Swirl Mark."

[2] Thomas Dickson is the former owner and CEO of Blendtec.