MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
PATRICK McGILL (*Pro hac vice*)
pmcgill@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, | **MOTION FOR PRO HAC VICE ADMISSION** |
| v. | CASE NO. 2:21-cv-00668-TC-DBP |
| BLENDJET INC., a Delaware Corporation, Defendant. | |

I move for the pro hac vice admission of <u>Jesse A. Salen</u> (Applicant) as counsel for

BlendJet Inc., and I consent to serve as local counsel. The application and proposed order are

attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

√ is not a member of the Utah State Bar.

√ does not maintain a law office in Utah.

√ has not been admitted pro hac vice in any case in this district in the previous 5 years

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

N/A

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

N/A

DATED: January 10, 2023

/s/ Elizabeth M. Butler
Signature

2

4876-5979-4504.v1