EXHIBIT A

Case 2:21-cv-00668-TC-DBP Document 57-1 Filed 01/10/23 PageID.1076 Page 1 of 3



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Nathan D. Thomas (USB #11965) |
| | Elizabeth M. Butler (USB #13658) |
| Firm: | Parsons Behle & Latimer |
| Address: | 201 South Main, Suite 1800 |
| | Salt Lake City, Utah 84111 |
| Telephone: | 801-532-1234 |
| Email: | nthomas@parsonsbehle.com |
| | lbutler@parsonsbehle.com |
| | |
| Pro Hac Vice Applicant: | Jesse A. Salen |
| Firm: | Sheppard Mullin Richter & Hampton, LLP |
| Address: | 12275 El Camino Real, STE 100 |
| | San Diego, CA  92130 |
| Telephone: | (858) 720-8964 |
| Email: | jsalen@sheppardmullin.com |

| | |
|---|---|
| Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking? | ☐ Admission by Bar Examination<br>☐ Admission by UBE Transfer<br>☐ Motion/Reciprocal |

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | 292043 | 12/2/2013 |
| | | |
| | | |
| | | |

1

4853-5478-4071.v1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Private Label Nutraceuticals, LLC. v. Vox Nutrition, Inc. et. al. | 2:14-cv-00047-DAK | 1/27/2014 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_/s/ Jesse Anh_
Signature

1/6/2023
Date

2

4853-5478-4071.v1