IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | ORDER GRANTING  BLENDTEC INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 2-4 TO BLENDTEC'S DISCOVERY MOTION<br><br>Case No. :21-cv-00668-TC-DBP<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Local Rule 5-3(b)(2), Plaintiff Blendtec Inc. ("Plaintiff" or "Blendtec")

moves the court for leave to file under seal (ECF No. 51.) unredacted versions of the following

exhibits to Blendtec's Motion to Compel Responses to Blendtec's June 22, 2022 Discovery

Responses: Exhibit 2 (Blendjet's Responses to Blendtec's June 22 Discovery Request), Exhibit 3

(Blendtec's Notice of Deficiencies in Blendjet's Discovery Responses), and Exhibit 4 (Blendjet's

Response to Blendtec's Notice). These documents are designated as CONFIDENTIAL –

ATTORNEYS' EYES ONLY INFORMATION" pursuant to the Standard Protective Order

governing this case.

Accordingly, the motion to file under seal is granted.


DATED this 11 January 2023.


Dustin B. Pead
United States Magistrate Judge