IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | ORDER GRANTING BLENDTEC INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 2 TO EMAIL MOTION<br><br>Case No. :21-cv-00668-TC-DBP<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Local Rule 5-3(b)(2), Plaintiff Blendtec Inc. ("Plaintiff" or "Blendtec") moves the court for leave to file under seal (ECF No. 54.) Exhibit 2 to Blendtec's Motion Related to the Scope of Email Discovery (the "Email Motion"). These documents are designated as CONFIDENTIAL  and/or CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION" pursuant to the Standard Protective Order governing this case.

Accordingly, the motion to file under seal is granted.


DATED this 11 January 2023.

_____
Dustin B. Pead
United States Magistrate Judge