### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware Corporation, Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF JESSE A. SALEN**<br><br>CASE NO. 2:21-cv-00668-TC-DBP |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jesse A. Salen. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 11 day of January, 2023.

BY THE COURT:

Dustin B. Pead
United States Magistrate Judge