Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>  Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL ECF 50-3**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered Blendtec Motion for Leave to File Under Seal ECF 50-3, and for good cause shown, hereby GRANTS the Motion.

It is hereby ORDERED that ECF 50-3 shall be sealed.

Dated this _____ day of January, 2023.


BY THE COURT:

_____

1

        Hon. Dustin B. Pead
        U.S. DISTRICT COURT MAGISTRATE JUDGE