## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL ECF 50-3**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

This Court, having read and considered Blendtec Motion for Leave to File Under Seal ECF 50-3, and for good cause shown, hereby GRANTS the Motion.

It is hereby ORDERED that ECF 50-3 shall be sealed.

DATED this 13 January 2023.

Dustin B. Pead
United States Magistrate Judge