# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER DENYING BLENDTEC INC.'S MOTION RELATED TO SCOPE OF EMAIL DISCOVERY [DKT 50]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion Regarding Scope of Email Discovery, Defendant BlendJet Inc's Response thereto, and for good cause shown, hereby rules as follows:

The Motion Regarding Scope of Email Discovery Requests and relief sought therein is DENIED. BlendJet is awarded its reasonable attorneys' fees and costs incurred in responding to the Motion as provided for in Fed. R. Civ. P. 37(a)(5)(B).

It is so ordered.

DATED: January \_\_\_\_, 2023.

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead