PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

*Attorney for Defendant BlendJet Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | **NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**<br><br>Case No. 2:21-cv-00668<br><br>The Honorable Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

   PLEASE TAKE NOTICE THAT PATRICK MCGILL, formerly affiliated with Sheppard, Mullin, Richter & Hampton LLP, is no longer with that firm and is now affiliated with the law firm of McGill & Co., P.C.  Mr. McGill continues to represent Defendant BLENDJET INC. as counsel in this matter.  Please address all correspondence and pleadings to the address and email indicated above.

DATED February 8, 2023.

/s/ *Patrick McGill*
Patrick McGill
MCGILL & CO., P.C.

*Attorney for Defendant BlendJet Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/  Patrick McGill