Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO COMPEL BLENDJET TO PRODUCE DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION NUMBER 32**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered the briefing regarding Blendtec's Motion to Compel Blendjet to Produce Documents Responsive to Request for Production Number 32 ("Motion to Compel"), and for good cause shown, hereby GRANTS the Motion to Compel.

It is hereby ORDERED that:

1.      Blendjet shall produce all documents responsive to RFP 32 within ten (10) days of

the date of this order; and

2. Blendjet shall pay Blendtec its attorneys' fees incurred in connection with the Motion to Compel.

DATED this _____ day of February, 2023.

BY THE COURT

_____
Hon. Dustin B. Pead
U.S. DISTRICT COURT MAGISTRATE JUDGE