**EXHIBIT 5**



BLENDTEC000972