JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,  Plaintiff,  vs.  **BLENDJET, INC.**, a Delaware corporation,  Defendant. | **REQUEST TO SUBMIT FOR DECISION [DKT. NOS. 41-44]**  Civil No. 2:21-cv-00668-TC-DBP  Judge Tena Campbell  Magistrate Judge Dustin B. Pead |

Pursuant to Rule DUCivR 7-3, Defendant BlendJet Inc. ("BlendJet"), respectfully requests that the following Short Form Discovery Motions be submitted for decision. In support of this motion, BlendJet represenst as follows:

1. On December 14, 2023, and pursuant to DUCivR 37-1(b), Blendtec filed its (1) Motion for Short Form Discovery to Quash the Subpoena to Outside Counsel [Dkt. No. 41]; (2) Motion for Short Form Discovery to Quash the Subpoena to Thomas Dickson [Dkt. No. 42]; (3) Motion for Short Form Discovery to Quash the Subpoenas to Service Providers (BYU and Enlisted Ventures) [Dkt. No. 43]; (4) Motion for Short Form Discovery to Quash the Subpoenas to Business Partners (Blendfresh and Blendid) [Dkt. No. 44]. These Short Form Discovery Motions [Dkt. Nos. 41-44] were filed on an expedited basis.

2. On December 21, 2022, BlendJet filed its (1) Response to Motion for Short Form Discovery to Quash the Subpoena to Outside Counsel [Dkt. No. 45]; (2) Response to Motion for Short Form Discovery to Quash the Subpoena to Thomas Dickson [Dkt. No. 46]; (3) Response to Motion for Short Form Discovery to Quash the Subpoenas to Service Providers (BYU and Enlisted Ventures) [Dkt. No. 47]; (4) Response to Motion for Short Form Discovery to Quash the Subpoenas to Business Partners (Blendfresh and Blendid) [Dkt. No. 48].

3. Under DUCivR 37-1, no reply is permitted.

4. No party has specifically requested a hearing on these Short Form Discovery Motions, and the parties defer to the court's preference on handling the above-identified motions pursuant to DUCivR 37-1.

4864-6526-8299.v2

-3-

Accordingly, BlendJet respectfully requests that the Short Form Discovery Motions [Dkt. Nos. 41-44] be submitted for decision.

Respectfully submitted this 10th day of February, 2023.

*Attorneys for Defendant BlendJet, Inc.:*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Martin R. Bader (*Pro hac vice*)
Jesse A. Salen (*Pro hac vice*)

**MCGILL & CO., P.C.**

/s/ Patrick McGill
Patrick McGill (*pro hac vice*)

**PARSONS BEHLE & LATIMER**

/s/ Nathan D. Thomas
Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)

4864-6526-8299.v2

-4-

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*/s/ Nathan D. Thomas*

4864-6526-8299.v2