# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER DENYING BLENDTEC INC.'S MOTION TO COMPEL BLENDJET TO PRODUCE DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION NUMBER 32 [DKT 66]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Compel BlendJet to Produce Documents Responsive to Request for Production Number 32 [Dkt. 66], Defendant BlendJet Inc's Response thereto, and for good cause shown, hereby rules as follows:

The Motion to Compel BlendJet to Produce Documents Responsive to Request for Production Number 32, and the relief sought therein is DENIED. BlendJet is awarded its reasonable attorneys' fees and costs incurred in responding to the Motion as provided for in Fed. R. Civ. P. 37(a)(5)(B).

It is so ordered.

DATED: February____, 2023.

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead

4857-2716-9873.v1