MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **JOINT AND STIPULATED DISMISSAL OF PLAINTIFF'S FOURTH CLAIM FOR RELIEF**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

-2-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Blendtec Inc. ("Blendtec") and defendant BlendJet Inc. ("BlendJet"), stipulate to dismissal of Blendtec's Fourth Claim for Relief for Federal Trademark Dilution Under § 43 of the Lanham Act, 15 U.S.C. 1125(c). Blendtec and BlendJet hereby stipulate that Blendtec's Fourth Claim for Relief is dismissed with prejudice, with each party to bear its own fees and costs as to that claim.

To clarify, for its Seventh Claim for Relief, Blendtec is not pursuing a claim for dilution under Utah Code Ann. § 70-3a-403 ("Injury to business reputation – Dilution"). Thus, Blendtec does not withdraw its Seventh Claim for Relief, but hereby jointly stipulates with BlendJet that its Seventh Claim for Relief does not include a claim for dilution arising under Utah Code Ann. § 70-3a-403.

This stipulation does not apply to any claim or defense other than those identified herein.

-3-

Respectfully submitted this 17th day of February, 2023.

| *Attorneys for Plaintiff Blendtec Inc:* | *Attorneys for Defendant BlendJet Inc.:* |
|---|---|
| **DORSEY & WHITNEY LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| /s/ *Tamara L. Kapaloski* | /s/ *Martin R. Bader* |
| (signed by Patrick McGIll with permission of counsel via Feb. 17, 2023 e-mail)<br>Brett Foster (#6089)<br>Grant Foster (#7202)<br>Tamara L. Kapaloski (#13471) | Martin R. Bader (*Pro hac vice*)<br>Jesse A. Salen (*Pro hac vice*) |
| | **MCGILL & CO., P.C.** |
| | /s/ *Patrick McGill*<br>Patrick McGill (*Pro hac vice*) |
| | **PARSONS BEHLE & LATIMER** |
| | /s/ *Nathan D. Thomas*<br>Nathan D. Thomas (USB #11965)<br>Elizabeth M. Butler (USB #13658) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

                                            */s/ Patrick McGill*