# EXHIBIT D

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 619-1110
Fax: (801) 619-8769
Fin #68-0664844

**INVOICE**

Invoice #AND-2022003803
12/20/2022



Nathan D. Thomas
PARSONS, BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

**Case Number: 2:21-CV-00668-TC-DBP**

Plaintiff:
**BLENDTEC INC., a Utah corporation,**

Defendant:
**BLENDJET INC., a Delaware corporation**

Received: 12/19/2022   Served: 12/19/2022 3:10 pm  CORPORATE - AUTHORIZED
To be served on: MARKETSTAR QOZ BUSINESS, LLC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH | 1.00 | 120.00 | 120.00 |
| TOTAL CHARGED: | | | $120.00 |

**BALANCE DUE:** $120.00

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM
Thank you for your business!

*****PLEASE NOTE, OUR PHYSICAL ADDRESS HAS CHANGED.  CONTINUE TO SEND ALL MAIL TO
P.O. BOX 535
SALT LAKE CITY, UT 84110*****

LISA M. MARTENS (*Pro hac vice*)
lmartens@sheppardmullin.com
MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
PATRICK McGILL (*Pro hac vice*)
pmcgill@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:    858.509.3691

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 536-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

Server Charles Reardon
Date 12-19-22   Time 3:10p
F/S Angela Townes
ANDERSON INVESTIGATIONS, INC   #P101391
P.O. BOX 836, SLC, UT 84110   877-619-1110

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **NOTICE OF ISSUANCE OF SUBPOENA TO THIRD PARTY**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

TO BLENDTEC, INC. AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, Defendant BlendJet Inc. will issue a subpoena to MarketStar QOZ Business, LLC to produce – at the time, date, and place set forth in the subpoena – documents and electronically-stored information responsive to the requests set forth in the subpoena. The subpoena, which is attached hereto as Exhibit 1, commands the recipient to produce documents by January 6, 2023, to the offices of Parsons Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, Utah 84111.

BlendJet reserves all rights to subpoena additional third parties for the production of documents (and/or for deposition) beyond the one listed in this Notice, to the extent BlendJet determines any such third party is likely to possess information and/or documentation relevant to the claims and defenses at issue in this suit.

BlendJet further reserves the right to notice the deposition of any third party that receives a subpoena commanding document production from BlendJet. To the extent that BlendJet notices any such depositions, it is willing to work with counsel for Blendtec and any subpoenaed third parties to schedule any such depositions for a mutually agreeable time and location.

Dated: December 9, 2022

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By         /s/ Patrick McGill
                                           LISA M. MARTENS
                                           MARTIN R. BADER
                                           PATRICK M. MCGILL
                                           Attorneys for Defendant BlendJet Inc.

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 100, San Diego, CA 92130.

On December 9, 2022, I caused to be served a true copy of **NOTICE OF ISSUANCE OF SUBPOENA TO THIRD PARTY** on the interested parties in this matter as follows:

BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> Brett Foster (#6089)
> Grant Foster (#7202)
> Tamara Kapaloski (#13471)
> **DORSEY & WHITNEY LLP**
> 111 S. Main Street, Suite 2100
> Salt Lake City, UT 84111
> Telephone: (801) 933-7360
> Facsimile: (801) 933-7373
> foster.brett@dorsey.com
> foster.grant@dorsey.com
> kapaloski.tammy@dorsey.com
>
> *Attorneys for Plaintiff Blendtec, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2022, at San Diego, California.

By: _/s/ Patrick McGill_
Patrick McGill

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Utah

Case Number: 2:21-CV-00668-TC-DBP

Plaintiff:
**BLENDTEC INC., a Utah corporation,**

vs.

Defendant:
**BLENDJET INC., a Delaware corporation**

Received by Anderson Investigations, Inc. to be served on **MARKETSTAR QOZ BUSINESS, LLC, ATTN: NATE EDWARDS, 595 Riverwoods Parkway, Suite 400, LOGAN, UT 84321.**

I, Charles J. Reardon, do hereby affirm that on the **19th day of December, 2022** at **3:10 pm**, I:

served **MARKETSTAR QOZ BUSINESS, LLC** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; and FEDERAL RULE OF CIVIL PROCEDURE 45 (C), (D), (E), AND (G) (EFFECTIVE 12/01/13); DUCivR 37-1 DISCOVERY: MOTIONS AND DISPUTES; REFERRAL TO MAGISTRATE JUDGE; NOTICE OF ISSUANCE OF SUBPOENA TO THIRD PARTY; ATTACHMENT A; REQUESTS FOR PRODUCTION;** with the date and hour of service endorsed thereon by me, to: **ANGELA TOWNES** as **AUTHORIZED PARTY** for **MARKETSTAR QOZ BUSINESS, LLC**, at the address of: **2475 Washington Avenue Ogden, OGDEN, UT 84401**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 135, Hair: LIGHT BROWN, Glasses: N

I certify that I am over the age of 21 and have no interest in the above action.
UCA 78B-18a-101: I Declare under criminal penalty under the law of Utah that the foregoing is true and correct.

Charles J. Reardon
Process Server

Anderson Investigations, Inc.
P.O. BOX 535
Salt Lake City, UT 84110
(801) 619-1110

Our Job Serial Number: AND-2022003803