# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING BLENDJET'S SHORT FORM MOTION TO COMPEL RESPONSE TO SUBPOENA TO MARKETSTAR**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered the briefing regarding Defendant BlendJet Inc.'s Motion to Compel Response to Subpoena to MarketStar ("Motion to Compel"), and for good cause shown, hereby GRANTS the Motion to Compel.

It is hereby ORDERED that:

1. The objections to the subpoena made by Plaintiff Blendtec Inc. and MarketStar QOZ Business, LLC are hereby overruled;

2. Blendtec and MarketStar are ordered to produce the documentation requested by BlendJet in the subpoena within ten (10) days of this Order;

3. BlendJet is awarded its attorneys' fees incurred in connection with the Motion to Compel under Fed. R. Civ. P. 37(a)(5)(A).

It is so ordered.

DATED: February ____, 2023.

BY THE COURT:

1

4874-9141-2049.v1

_____
U.S. Magistrate Judge Dustin B. Pead

4874-9141-2049.v1