Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>  Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE REPLY TO BLENDJET'S RESPONSE TO MOTION TO COMPEL**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered the briefing regarding Blendtec's Motion for Leave to File Reply to Blendjet's Response to Motion to Compel ("Motion for Leave"), and for good cause shown, hereby GRANTS the Motion for Leave.

It is hereby ORDERED that:

1. Blendtec may file its Reply to Blendjet's Response to Motion to Compel Responsive Documents to RFPs 31, 33, 35, 36, and 37 [ECF 76].

2. Blendjet shall pay Blendtec its attorneys' fees incurred in connection with the Motion for Leave.

DATED this _____ day of February, 2023.

BY THE COURT

_____
Hon. Dustin B. Pead
U.S. DISTRICT COURT MAGISTRATE JUDGE