**EXHIBIT 3**

| | |
|---|---|
| **From:** | Patrick McGill |
| **To:** | Kapaloski, Tammy; MBader@sheppardmullin.com; JSalen@sheppardmullin.com; nthomas@parsonsbehle.com; ebutler@parsonsbehle.com |
| **Cc:** | Foster, Brett |
| **Subject:** | RE: BlendJet"s Responses to RFPs 41 and 42 |
| **Date:** | Thursday, February 23, 2023 5:04:00 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Tammy,

Thank you for sending over these revised versions of RFP Nos. 41 and 42. However, these narrowed requests still do not resolve BlendJet's previous objections in that those requests are still "overly broad, unduly burdensome, and seeks information that is neither relevant to the issues in this action nor reasonably calculated to lead to the discovery of admissible evidence." (*See* BlendJet's Responses to Blendtec's Third Set of Discovery at 9-10.)

Given that Blendtec has not provided us with any authority establishing the relevance of these requested materials to the claims or defenses at issue in this matter – despite our request that Blendtec send us such materials for consideration – our position has not changed and BlendJet continues to stand on its objections.

Sincerely,
Patrick

**From:** kapaloski.tammy@dorsey.com <kapaloski.tammy@dorsey.com>
**Sent:** Wednesday, February 22, 2023 11:32 AM
**To:** Patrick McGill <patrick@mcgillco.com>; MBader@sheppardmullin.com; JSalen@sheppardmullin.com; nthomas@parsonsbehle.com; ebutler@parsonsbehle.com
**Cc:** foster.brett@dorsey.com
**Subject:** FW: BlendJet's Responses to RFPs 41 and 42

Patrick – following up on the below. Please let us know.

Thank you,
Tammy

**From:** Kapaloski, Tammy
**Sent:** Friday, February 17, 2023 4:09 PM
**To:** 'Patrick McGill' <patrick@mcgillco.com>; MBader@sheppardmullin.com; JSalen@sheppardmullin.com; nthomas@parsonsbehle.com; ebutler@parsonsbehle.com
**Cc:** Brett Foster (foster.brett@dorsey.com) <foster.brett@dorsey.com>
**Subject:** FW: BlendJet's Responses to RFPs 41 and 42

Patrick,

Per today's discussion, Blendtec is willing to limit RFPs 41 and 42 as follows:

- RFP 41: Produce all customer service emails or tickets related to quality issues, defects, or complaints in connection with Blendjet blenders since 2017.
- RFP 42: Documents sufficient to identify the number and nature of warranty claims made in relation to Blendjet blenders from 2017 to the present.

Please let us know if you will agree to produce documents responsive to these revised RFPs. We would appreciate hearing back from you by early next week.

Regards,
Tammy

---

**From:** Kapaloski, Tammy
**Sent:** Friday, February 17, 2023 11:04 AM
**To:** 'Patrick McGill' <patrick@mcgillco.com>; MBader@sheppardmullin.com; JSalen@sheppardmullin.com; nthomas@parsonsbehle.com; ebutler@parsonsbehle.com
**Cc:** Brett Foster (foster.brett@dorsey.com) <foster.brett@dorsey.com>
**Subject:** BlendJet's Responses to RFPs 41 and 42

Patrick,

Regarding Blendjet's responses to RFPs 41 and 42, as we've previously discussed including during our February 7 conferral, our position is that documents regarding warranty claims and quality issues with respect to Blendjet blenders are relevant including to the harm to Blendtec's goodwill and reputation. Based on your responses to RFPs 41 and 42, it appears that Blendjet's position has not changed. Please confirm whether or not Blendjet will produce documents in response to RFPs 41 and 42.

Thanks,
Tammy

---

**From:** Patrick McGill <patrick@mcgillco.com>
**Sent:** Wednesday, February 15, 2023 6:36 PM
**To:** Kapaloski, Tammy <kapaloski.tammy@dorsey.com>; Foster, Brett <foster.brett@dorsey.com>
**Cc:** LegalTm-Blendjet-Blendtec <legaltm-blendjet-blendtec@sheppardmullin.com>; Nathan Thomas <nthomas@parsonsbehle.com>; Liz Butler <lbutler@parsonsbehle.com>
**Subject:** Blendtec v. BlendJet - Responses to Third Set of Discovery and Second Set of ESI Requests

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Counsel,

Please find attached BlendJet's Responses and Objections to Blendtec's Third Set of Discovery

Requests, and Second Set of ESI Discovery Requests.

Sincerely,
Patrick


**Patrick McGill** | Attorney
Tel:  (619) 974-8886
pmcgill@mcgillco.com
---------------------------------------------
# MCGILL & CO.

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.