Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Non-Party MarketStar*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER DENYING BLENDJET'S SHORT FORM MOTION TO COMPEL RESPONSE TO SUBPOENA TO MARKETSTAR**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered Blendjet's Motion to Compel Response to Subpoena to MarketStar and MarketStar's Response thereto, and for good cause shown, hereby DENIES the Motion to Compel.

It is hereby ORDERED that:

1. The objections to the subpoena made by MarketStar QOZ Business, LLC and Plaintiff Blendtec, Inc. are sustained;

1

2. MarketStar has no obligations to respond to the subpoena further; and

3. Blendjet shall pay Blendtec its attorneys' fees incurred in connection with opposing the motion to compel.

DATED this _____ day of February, 2023.

BY THE COURT

_____
Hon. Dustin B. Pead
U.S. DISTRICT COURT MAGISTRATE JUDGE