Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **THIRD STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b)(4) and for good cause, Plaintiff Blendtec Inc. ("Blendtec") and defendant BlendJet, Inc. ("BlendJet"), through counsel, hereby stipulate and jointly move the Court to modify the Court's November 29, 2022 Second Amended Scheduling Order (ECF No. 35). Contemporaneously herewith, the parties are filing a copy of the Proposed Third Amended Scheduling Order.

The close of fact discovery is set for March 31, 2023. ECF No. 35 at 1. The parties have engaged in discovery, including written discovery and ESI email production. Although the parties

4866-6101-9989\1

expect to substantially complete the email and document productions that both sides have agreed to produce by or around March 17, 2023, and have been working hard toward that goal, there are several outstanding discovery issues that are unlikely to be complete by the March 31 discovery deadline. The outstanding discovery issues include eight pending motions related to discovery (ECF Nos. 50, 53, 66, 67, 68, 78, 79, and 82), discovery disputes that the parties are attempting to work through and resolve, additional motions to compel that may be forthcoming if the parties' attempts to resolve the outstanding issues are unsuccessful, third party document productions in response to subpoenas, and depositions.

Due to these outstanding discovery issues, and despite the parties' discovery efforts to date, the parties believe that a 90-day extension of all unexpired deadlines in the Scheduling Order is necessary to complete fact discovery in this case. As such, the parties hereby stipulate and jointly move the Court for a ninety (90) day extension of all unexpired deadlines in the Scheduling Order as follows:

| Date per Second Amended Scheduling Order (ECF No. 35) | Stipulated New Date | Event |
| --- | --- | --- |
| March 15, 2023 | June 13, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| March 31, 2023 | June 29, 2023 | Close of fact discovery |
| March 31, 2023 | June 29, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| April 28, 2023 | July 27, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| June 30, 2023 | September 28, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| July 31, 2023 | October 30, 2023 | Last day for expert discovery |

4866-6101-9989\1

| Date per Second Amended Scheduling Order (ECF No. 35) | Stipulated New Date | Event |
|---|---|---|
| September 15, 2023 | December 14, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| September 22, 2023 | December 21, 2023 | Evaluate case for settlement/ADR |
| December 22, 2023 | March 21, 2024 | Plaintiff's Rule 26(a)(3) pretrial disclosures |
| January 5, 2024 | April 4, 2024 | Defendant's Rule 26(a)(3) pretrial disclosures |
| January 19, 2024 | April 18, 2024 | Special Attorney Conference |
| January 19, 2024 | April 18, 2024 | Settlement Conference |
| February 12, 2024, at 3:00 pm | May 13, 2024 | Final Pretrial Conference |
| March 4, 2024, at 8:30 am | June 3, 2024 | Trial |

All other provisions of the Scheduling Order, entered as ECF No. 25, the First Amended Scheduling order, entered as ECF No. 28, or the Second Amended Scheduling Order, entered as ECF No. 35, not modified above shall remain the same. The parties have submitted herewith a proposed order granting the requested relief.

//

//

//

//

//

//

//

//

//

Respectfully submitted this 10th day of March, 2023.

| *Attorneys for Plaintiff Blendtec Inc.:* | *Attorneys for Defendant BlendJet Inc.:* |
|---|---|
| **DORSEY & WHITNEY LLP** | **MCGILL & CO.** |
| /s/ Tamara L. Kapaloski | /s/ Patrick Mcgill |
| Brett Foster (#6089) | Patrick McGill (*Pro hac vice*) |
| Grant Foster (#7202) | |
| Tamara L. Kapaloski (#13471) | |
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | Martin R. Bader (*Pro hac vice)* |
| | Jesse A. Salen (*Pro hac vice*) |
| | **PARSONS BEHLE & LATIMER** |
| | Nathan B. Thomas (USB #11965) |
| | Elizabeth M. Butler (USB #13658) |

4866-6101-9989\1

## CERTIFICATE OF SERVICE

I hereby certify that on March 10th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send an electronic notification to counsel of record for all parties, including the following:

    Patrick M. McGill: patrick@mcgillco.com
    Jesse A. Salen: jsalen@sheppardmullin.com
    Martin R. Bader: mbader@sheppardmullin.com
    Nathan D. Thomas: nthomas@parsonsbehle.com
    Elizabeth M. Butler: lbutler@parsonsbehle.com

                              */s/ Tamara L. Kapaloski*
                              Tamara L. Kapaloski