Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court having read and considered the Third Stipulated Motion to Amend Scheduling Order, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that the following matters are scheduled and may not be changed without Court approval:

| Date per Second Amended Scheduling Order (ECF 35) | Stipulated New Date | Event |
|---|---|---|
| March 15, 2023 | June 13, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| March 31, 2023 | June 29, 2023 | Close of fact discovery |

1

| Date per Second Amended Scheduling Order (ECF 35) | Stipulated New Date | Event |
|---|---|---|
| March 31, 2023 | June 29, 2023 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| April 28, 2023 | July 27, 2023 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| June 30, 2023 | September 28, 2023 | Rule 26(a)(2) Expert Reports – counter reports |
| July 31, 2023 | October 30, 2023 | Last day for expert discovery |
| September 15, 2023 | December 14, 2023 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| September 22, 2023 | December 21, 2023 | Evaluate case for settlement/ADR |
| December 22, 2023 | March 21, 2024 | Plaintiff's Rule 26(a)(3) pretrial disclosures |
| January 5, 2024 | April 4, 2024 | Defendant's Rule 26(a)(3) pretrial disclosures |
| January 19, 2024 | April 18, 2024 | Special Attorney Conference |
| January 19, 2024 | April 18, 2024 | Settlement Conference |
| February 12, 2024, at 3:00 pm | May 13, 2024 | Final Pretrial Conference |
| March 4, 2024, at 8:30 am | June 3, 2024 | Trial |

All other provisions in the Scheduling Order, entered as ECF No. 25, the First Amended Scheduling order, entered as ECF No. 28, and the Second Amended Scheduling Order, entered as ECF No. 35, not modified above shall remain the same.

//

//

//

//

DATED: March _____, 2023,

                                                BY THE COURT:

                                                _____
                                                U.S. Magistrate Judge Dustin B. Pead