EXHIBIT E

| | |
|---|---|
| **From:** | Ben Craven |
| **To:** | Patrick McGill |
| **Cc:** | Martin Bader; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com; Jesse Salen |
| **Subject:** | Re: Enlisted Ventures, LLC"s Objections to BlendJet"s Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP |
| **Date:** | Thursday, March 23, 2023 1:45:34 PM |
| **Attachments:** | image001.png |
| | image002.png |

Patrick -

Thanks for following up. I just got off the call with our discovery vendor who anticipates completion of the production by the end of this week.

Enlisted Design's services to BlendTec are ongoing.

Thanks,
Ben

_____

**Ben Craven**

VP of Legal

www.pattern.com

Office: 385-273-4701

Mobile: 801-597-0637



On Thu, Mar 23, 2023 at 1:42 PM Patrick McGill <patrick@mcgillco.com> wrote:

> Hi Ben,
>
> Checking in on the status of your production.  Please provide us with an update regarding the timing of Enlisted's production, as well as with an answer regarding the status of Enlisted's provision of services to Blendtec.
>
> Sincerely,
>
> Patrick
>
> **From:** Patrick McGill

**Sent:** Wednesday, March 8, 2023 1:15 PM
**To:** Ben Craven <ben.craven@pattern.com>
**Cc:** Martin Bader <MBader@sheppardmullin.com>; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com; Jesse Salen <jsalen@sheppardmullin.com>
**Subject:** RE: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Ben,

Thank you again for your time today, and for confirming that Enlisted will be complying with the subpoena and producing documentation responsive to each request.

Please keep us updated with respect to the timing of Enlisted's productions, and whether we need to discuss any details related to Enlisted's engagement of a discovery vendor to assist with its production. Please also confirm whether Enlisted's provision of services to Blendtec is ongoing, or has concluded.

Sincerely,

Patrick

**From:** Ben Craven <ben.craven@pattern.com>
**Sent:** Wednesday, March 8, 2023 7:10 AM
**To:** Patrick McGill <patrick@mcgillco.com>
**Cc:** Martin Bader <MBader@sheppardmullin.com>; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com; Jesse Salen <jsalen@sheppardmullin.com>
**Subject:** Re: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Thanks - talk to you later today.

———————————

**Ben Craven**

VP of Legal

www.pattern.com

Office: 385-273-4701

Mobile: 801-597-0637

On Tue, Mar 7, 2023 at 9:14 PM Patrick McGill <patrick@mcgillco.com> wrote:

> Ben,
>
> Tomorrow at 12pm PT/1pm MT works for us. I will send an invite and look forward to talking to you then.
>
> Sincerely,
>
> Patrick
>
> **From:** Ben Craven <ben.craven@pattern.com>
> **Sent:** Tuesday, March 7, 2023 2:12 PM
> **To:** Patrick McGill <patrick@mcgillco.com>
> **Cc:** Martin Bader <MBader@sheppardmullin.com>; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com; Jesse Salen <jsalen@sheppardmullin.com>
> **Subject:** Re: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP
>
> Patrick - thanks for sending this. I am available to discuss the subpoena (all times Mountain):
>
> Today (3/7)
>
> - 4 to 5 PM
>
> Tomorrow (3/8)
>
> - 11:30 AM to 3 PM
>
> Let me know what works for you.

Thanks,

Ben

_____

**Ben Craven**

VP of Legal

[www.pattern.com](www.pattern.com)

Office: 385-273-4701

Mobile: 801-597-0637

On Mon, Mar 6, 2023 at 10:18 AM Patrick McGill <[patrick@mcgillco.com](mailto:patrick@mcgillco.com)> wrote:

Ben,

Please see the attached Order by Judge Pead, issued last Friday (March 3), denying Blendtec's motion to quash the subpoena to Enlisted Ventures. To the extent you have time, it will be helpful if you can review this Order prior to our conversation. Please let us know when you are available to discuss Enlisted's compliance with the subpoena, and Judge Pead's Order.

Sincerely,

Patrick

**From:** Patrick McGill
**Sent:** Thursday, March 2, 2023 10:20 AM
**To:** Ben Craven <[ben.craven@pattern.com](mailto:ben.craven@pattern.com)>
**Cc:** Martin Bader <[MBader@sheppardmullin.com](mailto:MBader@sheppardmullin.com)>; [ebutler@parsonsbehle.com](mailto:ebutler@parsonsbehle.com); [nthomas@parsonsbehle.com](mailto:nthomas@parsonsbehle.com); Jesse Salen <[jsalen@sheppardmullin.com](mailto:jsalen@sheppardmullin.com)>
**Subject:** RE: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Ben,

Thanks – please travel safely.  We will look forward to talking with you about this early next week.

Sincerely,

Patrick

**From:** Ben Craven <ben.craven@pattern.com>
**Sent:** Thursday, March 2, 2023 9:29 AM
**To:** Patrick McGill <patrick@mcgillco.com>
**Cc:** Martin Bader <MBader@sheppardmullin.com>; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com; Jesse Salen <jsalen@sheppardmullin.com>
**Subject:** Re: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Hello Patrick -

Confirming receipt. I am traveling today and tomorrow, but I will revert on this early next week.

Best regards,

Ben

—————————————

**Ben Craven**

VP of Legal

www.pattern.com

Office: 385-273-4701

Mobile: 801-597-0637

On Wed, Mar 1, 2023 at 8:00 AM Patrick McGill <patrick@mcgillco.com> wrote:

Dear Ben,

I hope all is well since we last spoke (since which time I have transitioned my practice to a new entity, McGill & Co., P.C.).

Blendtec recently took the position that its pending motion to quash the subpoena served on Enlisted Ventures is "not ripe for adjudication," in light of Enlisted Ventures' objections to the subpoena. (*See* Dkt. 73, *Blendtec, Inc. v. BlendJet Inc.*, Case No. 2:21-cv-00668-TC-DBP (D. Utah), at 1-2, attached for reference). As we had discussed on our call, Enlisted Ventures's objections to the subpoena were untimely under Fed. R. Civ. P. 45(d)(2)(B). To the extent you believe the untimely service of Enlisted Ventures' objections can or should be excused, please provide us with the basis for that contention.

Please let us know if you are available this week, or early next week, to meet and confer regarding Enlisted Ventures' objections to the subpoena. If Enlisted Ventures is unwilling to produce responsive documents in response to the subpoena and/or unwilling to meet and confer this or early next week, BlendJet will seek an order from the Court compelling its compliance.

Finally, pursuant to Fed. R. Civ. P. 26(e), we request that Enlisted Ventures produce any additional materials in its possession, custody, or control that are responsive to Request No. 10 (to which Enlisted Ventures has not objected). I have attached the operative protective order in the underlying matter.

We look forward to hearing from you.

Sincerely,

Patrick

**From:** Ben Craven <ben.craven@pattern.com>
**Sent:** Wednesday, December 14, 2022 11:47 AM
**To:** Patrick McGill <PMcGill@sheppardmullin.com>
**Cc:** Lisa Martens <LMartens@sheppardmullin.com>; Martin Bader <MBader@sheppardmullin.com>; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com
**Subject:** Re: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Hi Patrick -

Thanks again for the time today. After discussion with the Enlisted team, the only responsive document to Request 10 is the attached email thread.

Best regards,

Ben

_____

**Ben Craven**

VP of Legal

www.pattern.com

Office: 385-273-4701

Mobile: 801-597-0637

On Fri, Dec 9, 2022 at 10:06 AM Patrick McGill <PMcGill@sheppardmullin.com> wrote:

> Thanks, Ben – let's talk at 12pm MST on this coming Wednesday. I will send you a Zoom invite. Looking forward to working together to move this process forward.
>
> Sincerely,
>
> Patrick

**Patrick M. McGill**
+1 858-720-7407 | direct
PMcGill@sheppardmullin.com | Bio

**Sheppard**Mullin
12275 El Camino Real, Suite 200
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Ben Craven <ben.craven@pattern.com>
**Sent:** Thursday, December 8, 2022 9:34 PM
**To:** Patrick McGill <PMcGill@sheppardmullin.com>
**Cc:** Lisa Martens <LMartens@sheppardmullin.com>; Martin Bader <MBader@sheppardmullin.com>; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com
**Subject:** Re: Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Hi Patrick -

We have not engaged outside counsel at this time. You can direct future correspondence to my attention. I'm happy to meet with you Wednesday the 15th between 12 and 4 PM MST.

Thanks,

Ben

On Thu, Dec 8, 2022 at 10:20 PM Patrick McGill <PMcGill@sheppardmullin.com> wrote:

Dear Mr. Craven,

Thank you for providing us with Enlisted Venture's initial response to our subpoena. To the extent that Enlisted Venture is represented by outside legal counsel in connection with this matter, please let us know so that we may include that counsel on our correspondence (or direct future correspondence

related to the subpoena to Enlisted Venture's counsel).

We would like to schedule a time next week to meet and confer regarding
Enlisted Venture's present response to our subpoena and the scope of our
requests (including regarding the relevance of our requests to the Blendtec
litigation).   Would you be available this coming Monday, Dec. 12, sometime
between 9am-2pm PT?  We can likewise be available this coming Wednesday
(Dec. 14) or Thursday (Dec. 15) during the same time windows.

We look forward to speaking, and appreciate Enlisted Venture's ongoing
cooperation with this process.

Sincerely,
Patrick

**Patrick M. McGill**
+1 858-720-7407 | direct
PMcGill@sheppardmullin.com | Bio

**Sheppard**Mullin

12275 El Camino Real, Suite 200
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Ben Craven <ben.craven@pattern.com>
**Sent:** Thursday, December 8, 2022 7:09 PM
**To:** Lisa Martens <LMartens@sheppardmullin.com>; Martin Bader
<MBader@sheppardmullin.com>; Patrick McGill
<PMcGill@sheppardmullin.com>; nthomas@parsonsbehle.com;
ebutler@parsonsbehle.com; foster.brett@dorsey.com;
kapaloski.tammy@dorsey.com; foster.grant@dorsey.com
**Subject:** Enlisted Ventures, LLC's Objections to BlendJet's Subpoena to
Enlisted Ventures, LLC | Civil No. 2:21-cv-00668-TC-DBP

Counsel -

Please see attached Enlisted Design's objections to the subpoena issued by

BlendJet in the above referenced matter.


Best regards,

Ben

_____

**Ben Craven**

VP of Legal

www.pattern.com

Office: 385-273-4701

Mobile: 801-597-0637



<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

--

_____

**Ben Craven**

VP of Legal

www.pattern.com

Office: 385-273-4701

Mobile: 801-597-0637

