**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING BLENDJET'S MOTION TO COMPEL REGARDING RFP NO. 44 AND SUPPLEMENTAL SEARCH TERMS**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Defendant BlendJet Inc.'s Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms filed on March 24, 2023 (the "Motion"), and for good cause shown, hereby rules as follows:

The Motion is GRANTED. Plaintiff Blendtec Inc. is hereby directed to: (1) produce all non-privileged documents within its possession, custody, or control that are responsive to BlendJet's Request for Production No. 44; and (2) produce all non-privileged and responsive documents discovered by custodial searches utilizing BlendJet's Supplemental Search terms as requested in the Motion. BlendJet is awarded its reasonable attorneys' fees and costs incurred in responding to the Motion as provided for in Fed. R. Civ. P. 37(a)(5)(B).

It is so ordered.

DATED: March____, 2023.

                    BY THE COURT:

                    _____

4880-1247-1385.v1

U.S. Magistrate Judge Dustin B. Pead

4880-1247-1385.v1