| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**Tammy Kapaloski, Esq.**<br>Dorsey & Whitney LLP<br>111 S. Main Street #2100<br>Salt Lake City, UT 84111<br>*Telephone No:* 801-933-7360<br>*Attorney For:* Plaintiff | **For Court Use Only** |
| *Ref. No. or File No.:*<br>Blendtec v Blendjet | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-District of Utah | |
| *Plaintiff:* Blendtec Inc.<br>*Defendant:* Blendjet Inc. | |

| **PROOF OF SERVICE** | Hearing Date:<br>4/10/23 | Time:<br>9:00am | Dept/Div: | Case Number:<br>2:21-cv-00668-TC-DBP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served:       Sheppard Mullin
   b. Person served:    "Jane Doe", Receptionist , Caucasian , Female , Age: 35-40 , Height: 5'8" , Weight: 160 ,

   Description: I spoke to the Receptionist and told her who I was and what I had, she made a couple calls and then told me she was unable to accept the documents. I left them in plain sight on her desk and informed her she was being served.

4. Address where the party was served:    12275 El Camino Real Suite 100, San Diego, CA 92130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 24 2023 (2) at: 03:49 PM

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Jacob Gardner (3173, San Diego County)
   b. FIRST LEGAL
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. (619) 231-9111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

03/28/2023
(Date)                                                                                       (Signature)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | 8599617<br>(364410) |
|---|---|---|

FL FIRST LEGAL