Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation<br><br>Plaintiff,<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation<br><br>Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SHORT FORM DISCOVERY**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

By and through their respective counsel, Plaintiff Blendtec Inc. ("Plaintiff") and Defendant BlendJet Inc. ("Defendant") hereby stipulate and agree that Plaintiff may file its Response to Defendant's Motion for Short Form Discovery [Dkt. No. 91] ("Motion") on or before April 14, 2023.

Plaintiff's response to Defendant's Motion is presently due on or before March 31, 2023. Because of Plaintiff's counsel's schedule and related overseas travel, the parties have agreed, stipulated, and hereby move the Court for an order extending the deadline for Plaintiff to respond

4871-1339-5033\1

to the Motion to **Friday, April 14, 2023**. A proposed order is attached hereto and will be emailed to the Court.

DATED this 29th day of March, 2023.

| *Attorneys for Plaintiff Blendtec Inc.:* | *Attorneys for Defendant BlendJet, Inc.* |
|---|---|
| **DORSEY & WHITNEY LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| */s/ Brett Foster* | */s/ Nathan B. Thomas (w/permission)* |
| Brett Foster (#6089) | Martin R. Bader (*Pro hac vice*) |
| Grant Foster (#7202) | Lisa M. Martens (*Pro hac vice*) |
| Tamara L. Kapaloski (#13471) | Patrick McGill (*Pro hac vice*) |
| | **PARSONS BEHLE & LATIMER** |
| | Nathan B. Thomas (USB #11965) |
| | Elizabeth M. Butler (USB #13658) |