Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation<br><br>Plaintiff,<br><br>v.<br><br>**BLENDJET INC.**, a Delaware corporation<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTOIN FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SHORT FORM DISCOVERY**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Based upon the parties' Stipulated Motion For Extension of Time For Plaintiff To File Response To Defendant's Motion For Short Form Discovery [Dkt. No. 91] and good cause appearing, the Court hereby GRANTS the stipulated motion and ORDERS that Plaintiff may file its Response on or before April 14, 2023.

4866-7318-9465\1

IT IS SO ORDERED.

DATED this __day of March, 2023.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge