IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE RESPONSE<br><br>Case No. 2:21-cv-00668-TC-DBP<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Blendtec seeks to file a response to Blendjet's opposition to its motion to compel. (ECF No. 79.) The court GRANTS the motion. Blendtec may file its response.

IT IS SO ORDERED.

DATED this 30 March 2023.

_____
Dustin B. Pead
United States Magistrate Judge