UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation<br><br>Plaintiff,<br>v.<br><br>**BLENDJET INC.**, a Delaware corporation<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTOIN FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SHORT FORM DISCOVERY**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Based upon the parties' Stipulated Motion For Extension of Time For Plaintiff To File Response To Defendant's Motion For Short Form Discovery [Dkt. No. 91] and good cause appearing, the Court hereby GRANTS the stipulated motion and ORDERS that Plaintiff may file its Response on or before April 14, 2023.

IT IS SO ORDERED.

DATED this 30 day of March, 2023.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge