**EXHIBIT A**

**[REDACTED]**

Case 2:21-cv-00668-TC-DBP    Document 96-1    Filed 03/31/23    PageID.1587    Page 1 of 8

| | |
|---|---|
| **From:** | Dan Milliken <dan.milliken@coalitiontechnologies.com> |
| **Sent:** | Thu, 1 Jul 2021 18:33:37 -0700 (PDT) |
| **To:** | Ryan Pamplin <ryan@blendjet.com>; Colleen Johnson <colleen@blendjet.com> |
| **Cc:** | Hunter Merle <hunter.merle@coalitiontechnologies.com>; Marketing Leadership <leadership@coalitiontechnologies.com> |
| **Subject:** | BlendJet | Snapshot Report | May/June 2021 |

Hi Ryan,

Thanks as always for your time and input on the call today!

Below, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

contains a list of the tasks our team has completed throughout this period, as well as those tasks currently in progress.

If you have any questions regarding the information found in this report, or would like to see anything additional, please do not hesitate to ask.

**Campaign Highlights:**

- BlendJet's Google ranking for keyword "portable blender" has climbed back up to #3 after a recent slip to #5.

- BlendJet's total revenue reached **$2,596,460** during this snapshot period (May 15, 2021 - June 15, 2021), a year-over-year increase of **18.71%** compared to the same period's rev

- Organic revenue reached **$483,166** during this snapshot period, an impressive growth of **314%** from last year's showing ($116,582.58).

- Accordingly, organic revenue also represented a much larger share of total revenue this year: **18.71%**, up from **5.33%** last year.

- Organic behavior metrics are also looking strong, demonstrating that BlendJet is attracting and engaging search users better than it was this time a year ago:

  - BlendJet reached **126,547** organic users, compared to 50,038 in 2020 (**152.9%** increase).

  - Organic pages per session grew to **4.47** this year, compared to 2.83 in 2020.

  - Organic bounce rate tightened up to **6.23%**, compared to 15.12% in 2020.



| CAMPAIGN OVERVIEW |
|---|

*Note: As the number of web users relying on private browsing technology increases, some Organic traffic may be misreported as Direct. Please keep this in mind when reviewing your report.*

**eCommerce metrics in Google Analytics may vary from the numbers that you see in your CMS; this can be caused by factors such as returns, discounts, promo codes, etc. that aren't tracked in Google Analytics.*

| YEARLY TRAFFIC ANALYTICS |
|---|
| (May 15, 2021 - Jun 15, 2021 vs May 15, 2020 - Jun 15, 2020) |
| ORGANIC TRAFFIC |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY



| | |
|---|---|
| **Organic Monthly Traffic:** | |
| **ALL TRAFFIC** | |
| | |
| **All Monthly Traffic:** | |

| GOAL OVERVIEW |
|---|
| All Traffic & Organic Traffic |



**Over the course of this period, our team worked on the following:**

| Task | Reason For Implementing |
|---|---|
| • **Reviewed and updated the copywriting guidelines**<br><br>• **Uploaded the following blog posts, as requested:**<br><br>   ○ **Anti-Inflammatory Smoothie Recipes**<br><br>   ○ **Protein-Packed Baby Food Recipes**<br><br>   ○ **Low Sugar Smoothie Recipes**<br><br>   ○ **3 Green Smoothie Recipes Better Than A Salad**<br><br>   ○ **7 Cocktail Recipes To Satiate A Summer Craving**<br><br>   ○ **7 Coffee Drinks For Staying Cool**<br><br>   ○ **7 Milkshake Recipes For The Whole Family**<br><br>• | One of the main goals in our strategy will be the creation of optimized content for the site. While search engine algorithms update frequently, keyword-optimized well-written and informative content is still the bedrock of results-oriented SEO strategies. That is why it is important to populate your site with content that addresses your ideal customer/site visitor/client's needs. |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

JET00019043

Wrote the following optimized copy, sent for review, and added them to the upload queue:

- Site Re-optimizations:

  - Strawberries & Cream Protein Shake

  - Dalgona Fluffy Whipped Coffee

  - Strawberry Watermelon Refresher

  - Pesto Sauce

  - Chocolate Milkshake

  - Shamrock Shake

  - Iced Chai Latte

  - Post Workout Protein Smoothie

  - Unicorn Smoothie

- YouTube Re-optimizations:

  - Homemade Caesar Salad Dressing

  - Baileys Colada Cocktail

  - Carrot Cake Cupcakes

- Assigned the following copy:

  - Site Re-optimizations:

    - Love Potion Valentine's Day Cocktail

    - Frozen Iced Vanilla Latte

    - Cookies & Cream Milkshake

    - Frozen Lemonade

    - Pancake Cereal

    - Watermelon Vodka Slushie

    - Citrus Rum Punch

    - Cucumber Cocktail

    - Jen's Banana Pancakes

  - YouTube Re-optimizations:

    -

JET00019044

- Iced Chai Latte

    - St. Patrick's Day Shamrock Shake

    - Strawberries & Cream Protein Shake

    - Frozen Margarita

    - Easy Homemade Guacamole

    - Blueberry Chia Breakfast Smoothie

| | |
|---|---|
| - **Made requested edits to the HTML sitemap** | The HTML sitemap is a general overview of your website, including the pages and information a user needs to be concerned with. While an HTML sitemap is intended for the user, it can also help search engines understand which pages are the most important and index them accordingly. |
| - **Worked on Recipe Page issues**<br><br>- **Made requested Blog Design fixes**<br><br>- **Made necessary design fixes for the Protein-Packed Baby Food Recipes blog** | A key principle of web accessibility is flexible design that meets different user needs, preferences, and browsing conditions. A clean layout is ideal for engaging users and reducing the chance that a user will bounce from your site back to the search results. Using design and well-written content, your users are guided to where you want them to go. |
| - **Implemented interlinking for keywords with relevant target pages** | Internal links connect pages within your site. They assist in the following ways:<br><br>- Allow visitors to navigate the site easily<br><br>- Help establish site hierarchy<br><br>- Spread ranking power around the site<br><br>It is important for SEO that the main pages on your site contain links to other key product pages or landing pages on the site.<br><br>In order to increase internal linking and search engine visibility, we will implement internal linking strategies based on the keyword sitemap that we have created. |
| - **Reviewed the spam referral filters in Google Analytics and added new filters as needed** | To ensure that data collected by Google Analytics is accurate, it is important to create filters that filter out spam traffic and Coalition employees' IP addresses. |
| - **Updated keyword ranking report, tracking keyword performance in driving traffic to your site**<br><br>- **Created a new, overarching strategy to increase keyword rankings for "portable blender"** | Keyword tracking, or keyword rank tracking, involves monitoring the position of your website and webpages for specific keywords. Knowing how your organic rankings have changed over time can provide significant insight into your website's SEO performance. By tracking keyword rankings, you can better understand SEO impact on search visibility and project where to focus future search optimization strategies. |
| - **Ensured the following PR article copy was published by the Webmaster:**<br><br>  ○ **Parent Tips: 7 Fun Ways to Encourage Your Child to Eat Healthily**<br><br>- **Created and sent the following PR article copy:**<br><br>  ○ **Best Homemade Baby Food**<br><br>- **Assigned and created the following PR article copy:**<br><br>  ○ **Fun Recipes for Kids to Make over Summer Vacation**<br><br>- | Backlinks are especially valuable for SEO because they represent a "vote of confidence" from one site to another.<br><br>In essence, backlinks to your website are a signal to search engines that others vouch for your content. If many sites link to the same webpage or website, search engines can infer that content is worth linking to, and therefore also worth displaying on a SERP. It is important to have a natural, diverse link profile to achieve organic visibility. |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

- **Continued to analyze and pursue competitors' links to further develop your link profile**

- **Updated the PR outreach list for our team to pursue PR opportunities**

- **Continued efforts at building high authority links through a number of outlets**

- **Submitted a renewed claim for  BlendJet's BestCompany.com profile**

- **Implemented Coalition's proprietary techniques for improved traffic and rankings**

**Our team has already begun to work on the following tasks for the current period:**

- Plan and implement the specific fixes outlined in our new strategy for ranking #1 for "portable blender"

- Write the following optimized copy and send for review:

  - YouTube Re-Optimizations:

    - Iced Chai Latte

    - St. Patrick's Day Shamrock Shake

    - Strawberries & Cream Protein Shake

    - Frozen Margarita

    - Easy Homemade Guacamole

    - Blueberry Chia Breakfast Smoothie

    - 3 Healthy Low Sugar Smoothie BlendJet Recipes

    - Blended Iced Caramel Macchiato BlendJet Recipe

    - 7 Scrumptious Iced Coffee Recipes For BlendJet 2

    - Chocolate Peanut Butter Cup Protein Shake BlendJet Recipe

    - Five Protein-Packed Baby Food Options in a BlendJet

    - Three Anti-Inflammatory Smoothie Recipes With a BlendJet

  - Site Re-Optimizations:

    - Blended Iced Caramel Macchiato

    - Blueberry Chia Smoothie

    - Frozen Strawberry Margarita

    - Sunset Slushy

    - Vegan Queso Dip

    - Cranberry Martini

    - Jen Selter's Orange Smoothie

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

- Healthy Ranch Dressing

- Easy Blended Frozen Margarita

- Love Potion Valentine's Day Cocktail

- Frozen Iced Vanilla Latte

- Cookies & Cream Milkshake

- Frozen Lemonade

- Pancake Cereal

- Watermelon Vodka Slushie

- Citrus Rum Punch

- Cucumber Cocktail

- Jen's Banana Pancakes

- Add written recipes to the BlendJet recipe compilation blog posts

- Work on making requested Blog Page layout changes

- Look into Core Web Vitals improvement suggestions

- Continue to create and implement optimized meta descriptions and title tags

- Work to resolve additional site issues to improve page loading speeds

- Continue to find and resolve unlinked brand mentions

- Create the following PR article copy, send it, and ensure it is published:

  - Fun Recipes for Kids to Make over Summer Vacation

- Ensure the following PR article is published by the Webmaster:

  - Best Homemade Baby Food

- Continue to review the spam referral filters in Google Analytics and add new filters as needed

- Keep reaching out to webmasters looking for PR article opportunities

- Develop company business profiles across various websites

- Continue analyzing competitors' backlinks to look for linking opportunities to your site

- Continue efforts at building high authority links through a number of outlets

- Continue implementing Coalition's proprietary techniques for improved traffic and rankings

Warm Regards,

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY



**Dan Milliken**
dan.milliken@coalitiontechnologies.com
Digital Producer
www.coalitiontechnologies.com
p: 301.787.1601





Tour our office
Share your feedback directly with our President

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

JET00019048