**EXHIBIT B**

**[REDACTED]**

| | |
|---|---|
| **From:** | Dan Milliken <dan.milliken@coalitiontechnologies.com> |
| **Sent:** | Thu, 5 Aug 2021 11:50:15 -0700 (PDT) |
| **To:** | Ryan Pamplin <ryan@blendjet.com>; Colleen Johnson <colleen@blendjet.com> |
| **Cc:** | Hunter Merle <hunter.merle@coalitiontechnologies.com>; Marketing Leadership <leadership@coalitiontechnologies.com> |
| **Subject:** | Coalition Technologies Snapshot Report for BlendJet | June/July 2021 |

Hi Ryan,

Below, █████████████████████████████████████████████████████████

As a reminder, ███████████████████████████████████████████████████████████████████████████████████████████████████████ of your analytics. Additionally, this Snapshot report contains a list of the tasks our team has completed throughout this period, as well as those tasks currently in progress.

If you have any questions regarding the information found in this report, or would like to see anything additional, please don't hesitate to ask Hunter and me!

**Campaign Highlights:**

**Organic Year-Over-Year**
- As we reach the 2-year mark of our partnership, BlendJet continues to show clear growth in organic, significantly outdoing its showing from the same period in Summer 2020:
    - **Organic revenue: Up 284.03%, from $117,429.88 to $450,965.11.**
    - **Organic transactions: Up 212.59%, from 2,517 transactions to 7,868 transactions.**
    - **Organic traffic: Up 203.82%, from 56,515 site visits to 171,706 site visits.**

**Overall Year-Over-Year**
- BlendJet's overall site performance also shows healthy gains compared to this period in Summer 2020, a testament to the brand's strength:
    - Overall revenue: Up **37.27%**, from $2,267,829.42 to **$3,113,101.60**.
    - Overall transactions: Up **5.78%**, from 48,483 transactions to **51,284 transactions**.
    - Overall traffic: Up **30.23%**, from 1,213,027 site visits to **1,579,692 site visits**.

| CAMPAIGN OVERVIEW ||
|---|---|
| [image] | |
| *Note: As the number of web users relying on private | |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

*browsing technology increases, some Organic traffic may be misreported as Direct. Please keep this in mind when reviewing your report.*

*\*\*eCommerce metrics in Google Analytics may vary from the numbers that you see in your CMS; this can be caused by factors such as returns, discounts, promo codes, etc. that aren't tracked in Google Analytics.*

| YEARLY TRAFFIC ANALYTICS |
|---|
| (June 15, 2021 - July 15, 2021 vs June 15, 2020 - July 15, 2020) |
| ORGANIC TRAFFIC |
| |
| Organic Monthly Traffic: |
| ALL TRAFFIC |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY



| | |
|---|---|
| **All Monthly Traffic:** | |

| GOAL OVERVIEW |
|---|
| All Traffic & Organic Traffic |
| |

**Over the course of this period, our team worked on the following:**

| Task | Reason For Implementing |
|---|---|
| • Developed and implemented updated strategy for ranking #1 on central keyword "portable blender" | Achieving the #1 ranking for "portable blender" is BlendJet's primary SEO goal and the r'aison d'etre of our partnership. Therefore, it is vital that we pursue this central objective on all possible fronts, and gear our ongoing campaign activities toward it. |
| • Reviewed and updated our copywriting guidelines for BlendJet<br>• Wrote and reviewed the following optimized copy:<br>    ○ BlendJite Site Re-Optimizations:<br>        ▪ Love Potion Valentine's Day Cocktail<br>        ▪ Frozen Iced Vanilla Latte<br>        ▪ Cookies & Cream Milkshake | One of the main tactics in any good SEO strategy is the creation of optimized content. While search engine algorithms update frequently, keyword-optimized, well-written, and informative content is still the bedrock of results-oriented SEO strategies. That is why it is important to populate BlendJet's site with content that addresses the ideal customer's needs. |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

|  |  |
|---|---|
| <ul><li></li></ul><ul><li>Frozen Lemonade</li><li>Pancake Cereal</li><li>Watermelon Vodka Slushie</li><li>Citrus Rum Punch</li><li>Cucumber Cocktail</li><li>Jen's Banana Pancakes</li></ul><ul><li>YouTube Re-Optimizations:<ul><li>Iced Chai Latte</li><li>St. Patrick's Day Shamrock Shake</li><li>Strawberries & Cream Protein Shake</li><li>Frozen Margarita</li><li>Easy Homemade Guacamole</li><li>Blueberry Chia Breakfast Smoothie</li></ul></li></ul> |  |
| <ul><li>**Added written recipes to the following recipe compilation blog posts:**<ul><li>7 Milkshake Recipes For The Whole Family</li><li>7 Cocktail Recipes To Satiate A Summer Craving</li></ul></li></ul> | This update was a request from BlendJet's team informed by customer feedback. |
| <ul><li>**Suggested and implemented internal linking on the central keyword "portable blender"**</li></ul> | Internal links connect pages within BlendJet's site. They assist in the following ways:<ul><li>Allow visitors to navigate the site easily</li><li>Help establish site hierarchy</li><li>Spread ranking power around the site</li></ul>It is important for our SEO performance with "portable blender" that the main pages on BlendJet's site contain keyword-relevant links to key product pages or landing pages on the site. |
| <ul><li>**Performed monthly review of spam referral filters in Google Analytics and added new filters as needed**</li></ul> | To ensure that data collected by Google Analytics is accurate, it is important to create and maintain filters that filter out spam traffic and Coalition employees' IP addresses. |
| <ul><li>**Updated keyword ranking report, tracking keyword performance in driving traffic to BlendJet's site**</li></ul> | Knowing how BlendJet's organic rankings have changed over time can provide significant insight into the site's SEO performance. By tracking keyword rankings, we can better understand SEO impact on search visibility and project where to focus future search optimization strategies. |
| <ul><li>**Wrote the following PR article and sent it to the Webmaster:**<ul><li>Fun Recipes for Kids to Make over Summer Vacation</li></ul></li></ul> | Backlinks are valuable for SEO because they represent a "vote of confidence" from one site to another.<br><br>In essence, backlinks to your website are a signal to search engines that others vouch for your content. If many sites |

CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY

|  |  |
|---|---|
| <ul><li>**Confirmed that the following PR article was published by the Webmaster:**<ul><li>**Best Homemade Baby Food**</li></ul></li><li>**Continued to analyze and pursue competitors' links to further develop BlendJet's link profile**</li><li>**Updated the PR outreach list for our team to pursue PR opportunities for BlendJet**</li><li>**Continued efforts at building high authority links through a number of outlets**</li></ul> | link to the same webpage or website, search engines can infer that that content is worth linking to, and therefore also worth displaying on a SERP. It is important to have a natural, diverse link profile to achieve organic visibility. |
| <ul><li>**Implemented Coalition's proprietary techniques for improved traffic and rankings**</li></ul> ||

**Our has also been working on the following tasks during the current period (July 15 - August 15):**

- Update and continue implementing our strategy for ranking #1 for "portable blender"
- Upload the following copy:
    - BlendJet Site Re-Optimizations:
        - Love Potion Valentine's Day Cocktail
        - Frozen Iced Vanilla Latte
        - Cookies & Cream Milkshake
        - Frozen Lemonade
        - Pancake Cereal
        - Watermelon Vodka Slushie
        - Citrus Rum Punch
        - Cucumber Cocktail
        - Jen's Banana Pancakes
    - YouTube Re-Optimizations:
        - Iced Chai Latte
        - St. Patrick's Day Shamrock Shake
        - Strawberries & Cream Protein Shake
        - Frozen Margarita
        - Easy Homemade Guacamole
        - Blueberry Chia Breakfast Smoothie
- Write and review the following optimized copy:
    - BlendJet Site Re-Optimizations:
        - Low Sugar Smoothie Recipes
        - Protein Packed Baby Food recipes
        - Three Anti-Inflammatory Smoothie Recipes
        - Blended Iced Caramel Macchiato
        - Blueberry Chia Smoothie
        - Frozen Strawberry Margarita
        - Sunset Slushy
        - Vegan Queso Dip
        - Cranberry Martini
        - Jen Selter's Orange Smoothie
        - Healthy Ranch Dressing
        - Easy Blended Frozen Margarita
    - YouTube Re-Optimizations:

- 3 Healthy Low Sugar Smoothie BlendJet Recipes
- Blended Iced Caramel Macchiato BlendJet Recipe
- 7 Scrumptious Iced Coffee Recipes For BlendJet 2
- Chocolate Peanut Butter Cup Protein Shake BlendJet Recipe
- Five Protein-Packed Baby Food Options in a BlendJet
- Three Anti-Inflammatory Smoothie Recipes With a BlendJet

- Upload the following blog posts, as requested:
  - BlendJet 2 Can Even Make a Smoothie in Space
  - 10 Simple Smoothie Recipes
  - 8 Easy Homemade Salad Dressing and Dip Recipes
  - 10 Powerful Plant-Based Protein Shake Recipes
- Add the following missing fields to the product schema:
  - AggregateRating
  - Brand
  - Description
  - Review
- Confirm that the following PR article is published by the Webmaster:
  - Fun Recipes for Kids to Make over Summer Vacation
- Resolve Page Experience and Core Web Vitals issues
- Continue to find and resolve unlinked brand mentions
- Review and update our copywriting guidelines for BlendJet
- Continue to review the spam referral filters in Google Analytics and add new filters as needed
- Keep reaching out to webmasters looking for PR article opportunities
- Develop company business profiles across various websites
- Continue analyzing competitors' backlinks to look for linking opportunities to BlendJet's site
- Continue efforts at building high authority links through a number of outlets
- Continue implementing Coalition's proprietary techniques for improved traffic and rankings

Warm Regards,



**Dan Milliken**
dan.milliken@coalitiontechnologies.com
Digital Producer
www.coalitiontechnologies.com
p: 301.787.1601





Tour our office