Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER DENYING BLENDJET'S MOTION TO COMPEL REGARDING RFP 44 AND SUPPLEMENTAL SEARCH TERMS**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered Blendjet's Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms and Blendtec's Response thereto, and for good cause shown, hereby DENIES the Motion to Compel.

DATED this _____ day of April, 2023.

BY THE COURT

_____

1

2

Hon. Dustin B. Pead
U.S. DISTRICT COURT MAGISTRATE JUDGE