MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **BLENDJET'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL REGARDING RFP NO. 44 AND SUPPLEMENTAL SEARCH TERMS [DKT 91]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Defendant BlendJet Inc. ("BlendJet") respectfully submits this motion for leave to file a two-page reply, in support of the Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms (Dkt. 91).

Here, a reply is warranted because Blendtec's Response to BlendJet's Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms (Dkt. 101) (the "Response") makes certain representations of facts regarding compliance with its discovery obligations that tend to obscure the issues raised. *See, e.g., Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005) (citing *Doebele v. Sprint/United Mgmt. Co.*, 342 F.3d 1117, 1139 at n.13 (10th Cir. 2003)) (permitting surreply where new evidence or argument presented); *see also Breslin v. Dickinson Twp.*, 2012 WL 715258, at *12–13 (M.D. Pa. Mar. 5, 2012) (granting motion to file surreply that addressed "the misrepresentation of factual matters and the alteration of the provenance of exhibits tendered to the court" in plaintiffs' reply).

Defendant BlendJet should have an opportunity to respond to Blendtec's factual assertions.

The proposed Reply in Support of the Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms (Dkt. 91) and a proposed order granting this motion are concurrently filed herewith.

Respectfully submitted this 28th day of April, 2023.

-2-

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Martin R. Bader (*Pro hac vice*)
Jesse A. Salen (*Pro hac vice*)

**MCGILL & CO., P.C.**
Patrick McGill (*pro hac vice*)

**PARSONS BEHLE & LATIMER**
Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)


*/s/ Nathan D. Thomas*

*Attorneys for Defendant BlendJet, Inc.*

4888-9034-9663.v3

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

                                                                         */s/Nathan D. Thomas*

-3-

4888-9034-9663.v3