MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:     858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>     Defendant. | **[PROPOSED] ORDER GRANTING BLENDJET'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL REGARDING RFP NO. 44 AND SUPPLEMENTAL SEARCH TERMS [DKT 91]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Based upon Defendant BlendJet Inc's motion for leave to file reply in support of the Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms and for good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. The Court hereby grants leave to Defendant BlendJet to file a reply in support of the Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms.

DATED this \_\_\_\_ day of _____ 2023.

_____
Honorable Judge Dustin B. Pead
United States Magistrate Judge

-1-