# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | ORDER GRANTING BLENDJET'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL REGARDING RFP NO. 44 AND SUPPLEMENTAL SEARCH TERMS [DKT 91]<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Based upon Defendant BlendJet Inc's motion for leave to file reply in support of the Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms and for good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. The Court hereby grants leave to Defendant BlendJet to file a reply in support of the Motion to Compel Regarding RFP No. 44 and Supplemental Search Terms.

DATED this 28 April 2023.

_____
Dustin B. Pead
United States Magistrate Judge