Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>　　Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION TO COMPEL PATRICK MCGILL AND SHEPPARD MULLIN TO PRODUCE DOCUMENTS RESPONSIVE TO BLENDTEC'S SUBPOENAS**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

　　This Court, having read and considered the briefing regarding Blendtec's Motion to Compel Patrick McGill and Sheppard Mullin to Produce Documents Responsive to Blendtec's Subpoenas ("Motion to Compel"), and for good cause shown, hereby GRANTS the Motion to Compel.

　　It is hereby ORDERED that:

　　1.　　Within ten (10) days of the date of this order, Patrick McGill shall produce all non-

1

privileged documents responsive to the subpoena to him and shall produce a detailed privilege log with respect to all responsive documents withheld on the basis of privilege;

2. Within ten (10) days of the date of this order, Sheppard Mullin shall produce all non-privileged documents responsive to the subpoena to it and shall produce a detailed privilege log with respect to all responsive documents withheld on the basis of privilege; and

3. Blendjet and/or Patrick McGill and Sheppard Mullin shall pay Blendtec its attorneys' fees incurred in connection with the Motion to Compel.

DATED this _____ day of May, 2023.

BY THE COURT

_____
Hon. Dustin B. Pead
U.S. DISTRICT COURT MAGISTRATE JUDGE