**<u>EXHIBIT 1</u>**

Case 2:21-cv-00668-TC-DBP     Document 108-1     Filed 05/02/23     PageID.1730     Page 1 of 2

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
858.720.8900 main
858.509.3691 fax
www.sheppardmullin.com

Lisa M. Martens
858.720.7491 direct
lmartens@sheppardmullin.com

November 22, 2021

File Number: 65XB - 344939

**VIA EMAIL**

Grant Foster
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111
E-Mail: foster.grant@dorsey.com

Re:     *Blendtec, Inc. v. Blendjet, Inc.*, Civil No. 2:21-cv-00668-DAO (D. Utah)

Dear Mr. Foster:

Sheppard Mullin Richter & Hampton LLP has been engaged to represent Blendjet, Inc. in connection with the above-referenced action, and to respond to your November 12, 2021 letter to Mr. Ryan Pamplin – which has been forwarded to us for review. Please direct all future correspondence regarding this matter to this office and to my attention.

Blendjet greatly respects intellectual property rights and is investigating the issues raised in your letter, as well as by the action pending in federal court in Utah. We recognize that, in your letter, you requested that BlendJet provide a response to Blendtec's enumerated demands by December 3, 2021. We will endeavor to provide you with a fulsome response to the issues raised in your letter by that date – however, given the impending Thanksgiving holiday, we may require a reasonable amount of additional time to complete our investigation into those issues, and to then provide you with a proper response. We anticipate communicating with you next week regarding the progress of our investigation and our more concrete expectations for the timing of BlendJet's response to your correspondence.

Please contact me with any questions you may have in the meantime.

Very truly yours,

*/s/ Lisa M. Martens/*

Lisa M. Martens
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4882-2233-0884.2
cc: Ryan Pamplin, Brett Foster, Tammy Kapaloski