**EXHIBIT 6**

| | |
|---|---|
| **From:** | Kapaloski, Tammy |
| **To:** | "Patrick McGill" |
| **Cc:** | Foster, Brett; Martin Bader; Lisa Martens; NThomas@parsonsbehle.com; ebutler@parsonsbehle.com |
| **Subject:** | RE: Job Descriptions / Functions of ESI Custodians |
| **Date:** | Friday, November 4, 2022 11:59:00 AM |
| **Attachments:** | image005.png<br>image006.png<br>image002.png |

Patrick,



Finally, we have an additional role/responsibility that we would like to explore in the context of potential Blendjet ESI Custodians.  Please provide the names and dates of employment for any person(s) employed by Blendjet (since its founding) to provide services and/or functions related to intellectual property or brand protection and strategy.

Thanks,
Tammy

**Tammy Kapaloski**
**Senior Attorney**



DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100 | Salt Lake City, UT 84111-2176
**P:** (801) 933-8955   **F:** (801) 933-7373

CONFIDENTIAL COMMUNICATION

*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*