**EXHIBIT 7**

| From: | Patrick McGill |
|---|---|
| To: | Kapaloski, Tammy |
| Cc: | Foster, Brett; Martin Bader; Lisa Martens; NThomas@parsonsbehle.com; ebutler@parsonsbehle.com |
| Subject: | RE: Job Descriptions / Functions of ESI Custodians |
| Date: | Friday, November 4, 2022 4:41:12 PM |
| Attachments: | image001.png |

**EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.**

Tammy,

[redacted]

Regarding your other question, the person at BlendJet who is responsible for IP protection activities at BlendJet is Jordan Carlson (whose title is "Intellectual Property Specialist"). Jordan mainly manages BlendJet's takedown program. Jordan started work with BlendJet in May 2019 as a customer service agent, and transitioned to her current IP Specialist role in August 2019. Ryan Pamplin is responsible for trademark and other IP issues, in concert with outside legal counsel.

We will look forward to talking next week.

Sincerely,
Patrick

**Patrick M. McGill**
+1 858-720-7407 | direct
PMcGill@sheppardmullin.com | Bio



**Sheppard**Mullin
12275 El Camino Real, Suite 200
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** kapaloski.tammy@dorsey.com <kapaloski.tammy@dorsey.com>
**Sent:** Friday, November 4, 2022 2:23 PM
**To:** Patrick McGill <PMcGill@sheppardmullin.com>
**Cc:** foster.brett@dorsey.com; Martin Bader <MBader@sheppardmullin.com>; Lisa Martens <LMartens@sheppardmullin.com>; NThomas@parsonsbehle.com; ebutler@parsonsbehle.com
**Subject:** RE: Job Descriptions / Functions of ESI Custodians

Hi Patrick,