**EXHIBIT 8**

**DORSEY**™
always ahead

BRETT FOSTER
Partner
(801) 933-4082
foster.brett@dorsey.com

November 17, 2022

Patrick McGill
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
pmcgill@sheppardmullin.com

**Re:   Blendtec's Response to Blendjet's October 26, 2022 Letter Regarding Purported Deficiencies in Blendtec's First Set of Discovery Responses and Document Production Served on August 8, 2022**

Dear Patrick,

We write in response to your October 26 letter ("Letter")



**CONTAINS INFORMATION DESIGNATED AS CONFIDENTIAL INFORMATION AND/OR CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY**



November 17, 2022
Page 20

==Enclosed herewith is an amended privilege log that includes additional entries from 1999 through 2015. We look forward to receiving Blendjet's privilege log.==

Within the next few days, we will send you a letter describing deficiencies in Blendjet's document production. As noted in a few instances herein, Blendjet's discovery responses are deficient in many respects. As Blendtec has done herein, we look forward to receiving bates numbers for the documents that Blendjet produced in response to each of Blendtec's RFPs. ==We also look forward to receiving an immediate production of additional documents that have not been produced to date as well as a privilege log.==

Sincerely,

DORSEY & WHITNEY LLP

Brett Foster
Partner

BF:tlk

**CONTAINS INFORMATION DESIGNATED AS CONFIDENTIAL INFORMATION AND/OR CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY**