**EXHIBIT 9**

Case 2:21-cv-00668-TC-DBP   Document 108-9   Filed 05/02/23   PageID.1771   Page 1 of 3

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
858.720.8900 main
858.509.3691 fax
www.sheppardmullin.com

Patrick McGill
858.720.7407 direct
pmcgill@sheppardmullin.com

File Number: 65XB-344939

December 28, 2022

Tamara L. Kapaloski
Dorsey & Whitney LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT, 84111
kapaloski.tammy@dorsey.com

Re:  Blendtec's November 23 Letter Regarding the Status of BlendJet's Productions.

Dear Ms. Kapaloski:



**CONTAINS REFERENCE TO INFORMATION AND DOCUMENTATION DESIGNATED "CONFIDENTIAL INFORMATION – ATTORNEYS' EYES ONLY"**

**SheppardMullin**

Tammy Kapaloski
December 28, 2022
Page 5



8. **BlendJet's privilege log.**

As BlendJet has previously stated, it is not presently withholding any responsive non-custodial documentation on the basis of the attorney-client or work product privileges. To the extent that BlendJet possesses custodial ESI documentation that contains a search term hit and falls within the scope of the documentation that BlendJet has agreed to produce in response to Blendtec's requests for production, and that contains privileged materials, BlendJet will produce a privilege log referencing that documentation in accordance with Fed. R. Civ. P. 26(b)(5), at the appropriate time.

Very truly yours,

Patrick McGill
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

**CONTAINS REFERENCE TO INFORMATION AND DOCUMENTATION DESIGNATED "CONFIDENTIAL INFORMATION – ATTORNEYS' EYES ONLY**