**EXHIBIT 11**

**Kapaloski, Tammy**

| | |
|---|---|
| **From:** | Kapaloski, Tammy |
| **Sent:** | Friday, February 3, 2023 9:55 AM |
| **To:** | patrick@mcgillco.com |
| **Cc:** | Brett Foster (foster.brett@dorsey.com); Martin Bader; Jesse Salen; Nathan Thomas; Liz Butler |
| **Subject:** | FW: Blendtec v. BlendJet - New Practice Affiliation |
| **Attachments:** | RE: Blendtec's Discovery Requests and ESI Discovery Requests |

Hi Patrick,

Thanks for your message.  Sounds like you have a lot of balls in the air.  Let's plan to meet and confer on Tuesday, Feb. 7 at 1:00 pm MST on the issues in the attached email.  Please let us know if that works for you.

Also, we need to know what matters you wish to confer about so that we will be prepared to discuss during our call.  Otherwise, the call is not likely to be very productive.  Please let us know in advance of the call what you would like to discuss.

Thanks,
Tammy

**From:** Patrick McGill <patrick@mcgillco.com>
**Sent:** Wednesday, February 1, 2023 4:20 PM
**To:** Foster, Brett <foster.brett@dorsey.com>; Kapaloski, Tammy <kapaloski.tammy@dorsey.com>
**Cc:** Martin Bader <MBader@sheppardmullin.com>; Jesse Salen <JSalen@sheppardmullin.com>;
nthomas@parsonsbehle.com; Liz Butler <lbutler@parsonsbehle.com>
**Subject:** Blendtec v. BlendJet - New Practice Affiliation

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Dear Brett and Tammy,

As of today, I have transitioned my practice to a new entity (McGill & Co.).  Otherwise, the counsel representing BlendJet in the Blendtec matter will not be changing.  You can send future email correspondence directed to me related to the Blendtec matter to this email address.

With respect to your request to meet and confer this week:  As you might imagine, there are a few balls in the air this week related to the creation of my new practice.  If you are available on this Friday, please let us know when, and we will check our schedules.  There are a number of matters that we also wish to confer with you about, including MarketStar's present response to the outstanding subpoena and several of Blendtec's positions related to discovery that has been requested from it.

Sincerely,
Patrick

**Patrick McGill** │ Attorney
Tel:  (619) 974-8886
pmcgill@mcgillco.com
-----------------------------------------------

1

# MCGILL & CO.

__Attention:__ This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.