**EXHIBIT 18**

PageVault

| | |
|---|---|
| Document title: | (4) Patrick McGill \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/pamcgill/ |
| Page loaded at (UTC): | Wed, 01 Mar 2023 15:15:33 GMT |
| Capture timestamp (UTC): | Wed, 01 Mar 2023 15:17:23 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.211.202.144 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | rqecV3b9LLHMLBGi2Jafo9 |
| User: | dw-htenaye |

PDF REFERENCE #:        fGiKTERxGGUrDYkwqQW9ab

     





Document title: (4) Patrick McGill | LinkedIn
Capture URL: https://www.linkedin.com/in/pamcgill/
Capture timestamp (UTC): Wed, 01 Mar 2023 15:17:23 GMT
Page 3 of 5

Received  Given

**Ryan Pamplin** ⊕
CEO of the Fastest Growing Blender Brand in the World
January 10, 2021, Ryan was Patrick's client

==Every good business leader needs an exceptional legal advisor to work with throughout their career, and Patrick McGill is mine.== He's the best lawyer I've ever worked with. He drives successful outcomes time and time again, with a high level of efficiency and autonomy.

==I've worked with Patrick at multiple companies as his colleague and his client.== Patrick has a strong business mind and takes time to deeply understand his clients and their objectives. He's thoughtful, thorough, logical, creative, ethical, reliable, and fair. His attention to detail and verbal and written communication skills are top-tier.

His legal and business knowledge is broad, wit==h especially deep expertise in IP.== Patrick has a strong network of accomplished legal practitioners that he often taps for their input, and manages them closely to save his clients significant time and money.

The bottom line is Patrick is highly experienced, accomplished, educated, and actually cares about his clients' long-term success.

==I cannot recommend Patrick more for anyone who is looking to build a relationship with a legal confidant that will never let you down.==

**Saranyan Vigraham**
Engineering @ Meta
February 2, 2018, Saranyan worked with Patrick but on different teams

Patrick is someone any company would be lucky to have. He can maintain a calm head in utter chaos and always has the right perspectives. When times are tough, as with any startup, Patrick's perspectives and insights are valuable to maintain a positive culture. He is very smart too. He can grasp complex concepts and is able to extract useful nuggets that can evolve to having a life of their own.

He is gem of a person and always balances the interests of the company with what is right thing to do. He has been a integral component of building/fixing Meta's culture. I eagerly look forward to working with Patrick again.

## Interests

**Companies**   Schools

| Robot Genius | Irell & Manella LLP |
|---|---|
| 139 followers | 2,622 followers |
| + Follow | + Follow |

Show all 12 companies →

LinkedIn

| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2023

Promoted

$1,989/month extra cash
That's the average earned on a 3-bedroom US Vrbo listing, 11/2020–12/2021.

Hey Attorneys?
When the court requires a surety bond for your clients, get them online.

World's #1 LMS Software
See a free demo with the LMS leader for over 20 years, Cornerstone!

Messaging



Document title: (4) Patrick McGill | LinkedIn
Capture URL: https://www.linkedin.com/in/pamcgill/
Capture timestamp (UTC): Wed, 01 Mar 2023 15:17:23 GMT
Page 5 of 5