**EXHIBIT 19**

| | |
|---|---|
| Document title: | (4) Recommendations \| Patrick McGill \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/pamcgill/details/recommendations/?detailScreenTabIndex=1 |
| Page loaded at (UTC): | Wed, 01 Mar 2023 15:15:33 GMT |
| Capture timestamp (UTC): | Wed, 01 Mar 2023 15:18:53 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.211.202.144 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | c165EnEAiB1A4dNxqeG3NG |
| User: | dw-htenaye |

PDF REFERENCE #:        vS8Nj1Ay3vvuaCdCCRsGZQ

      

 **Patrick McGill**
Attorney at Sheppard Mullin Richter & Hampton LLP

( More )  ( ⏱ Pending )  ( 🔒 Message )

← **Recommendations**

Received    **Given**

 **Ryan Pamplin** ⊘
CEO of the Fastest Growing Blender Brand in the World
August 18, 2020, Patrick worked with Ryan but on different teams

I have worked with Ryan for over five years now - first as a colleague at Meta Company, and then in my role as outside legal counsel for BlendJet Inc. Ryan arrived at Meta like a whirlwind, immediately raising the company's brand and profile as a market innovator and leader. He achieved that success through a diversity of actions and initiatives that ranged from pitching Meta's technologies and vision to the true big shots of Silicon Valley's tech giants and VC firms, to negotiating the purchase of Meta's primary web domain via emoji. When Ryan called me asking advice related to his then-new consumer electronics venture, BlendJet, I eagerly signed on to the ride. It's been a wild one. BlendJet has blasted off, establishing a novel product category and building incredible consumer demand for its product portfolio from ground zero. BlendJet's success is a tribute to Ryan's (and his team's) ingenuity, doggedness, and willingness to intelligently question long-held assumptions and customs. I am grateful to be part of BlendJet's success, and one of Ryan's close advisors and partners.

 **Fatima Alloo**
Senior Legal Counsel at Toyota Research Institute
October 16, 2018, Patrick managed Fatima directly

There are few lawyers with whom I have worked during my career who have impressed me in the manner that Fatima has done. Indeed, through all of the time while she was seconded to Meta Company and through her service as Meta's litigation counsel in a patent enforcement action in Delaware, Fatima proved herself to be a proactive, thoughtful, skilled and empathetic attorney. During our work together, Fatima was keen to take on new challenges and eager to find and implement creative and well-tailored solutions to the legal problems that we had to tackle.

Given this experience, expect Fatima to continue to take her work on with enthusiasm and collegiality, and continue to grow as a professional and contributor to any organization that she represents. I am looking forward to working with her in the future, as a client, colleague, or even opposing counsel (and that's a big recommendation!).

 **Reut Lazo** 🔗
Senior Product Owner at Together Labs (IMVU)
September 11, 2018, Patrick managed Reut directly

I have worked with few individuals as committed to "getting the job done" as Reut. Throughout our time at Meta, Reut successfully served as a critical "utility player" of our team, managing projects that related to product development, investment, and marketing campaigns and various other initiatives, from the mission-critical to the everyday. Not only that, but Reut also brings a sense of happy dedication to her work, and buoys the team around her as a result. I'd be delighted to work with Reut again in the future.

 **Jordan Schwartz**
Attorney
September 11, 2018, Patrick worked with Jordan on the same team

It was my pleasure to work with Jordan while he was the VP & General Counsel at Meta Company - first as a client, while I was at Irell & Manella LLP, and then as a colleague when I joined him at Meta. At Meta, Jordan was both an executive leader and counsel, serving as the "rational person in the room" to temper the visionary culture that presided at Meta during our time there. As such, Jordan was an invaluable member of the Meta team, constantly providing solution-oriented advice and perspective, pushing his colleagues to

**People also viewed**

 **Anna Jane Zarndt** · 3rd+
Special Counsel at Sheppard Mullin Richter & Hampton LLP
( ➕ Connect )

 **Mike Heins** · 3rd+
Associate at Sheppard Mullin Richter & Hampton LLP
( ➕ Connect )

 **Joseph Peacock** · 3rd+
Employment and Business Attorney at Sheppard Mullin...
( ➕ Connect )

 **Dani Glazer Signaigo** · 3rd+
Corporate Attorney for Startups
( ➕ Follow )

 **Alison Adelman** · 3rd+
Associate Attorney at Ogletree Deakins
( ➕ Connect )

Show more ⌄



Jordan Schwartz

Patrick McGill
Attorney at Sheppard Mullin Richter & Hampton LLP

was both an executive leader and counsel, serving as the "rational person in the room" to temper the visionary culture that presided at Meta during our time there. As such, Jordan was an invaluable member of the Meta team, constantly providing solution-oriented advice and perspective, pushing his colleagues to improve their ideas and processes, and doing the tough work of keeping Meta's corporate and product decisions realistic and well-grounded. His presence was especially important when dealing with the complex business and legal challenges that we confronted at Meta, and helped the team focus on the important issues in a forest of potential distractions. Jordan is an asset, and I'm looking forward to working with him again in the future.

**Linked**in

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions?<br>Visit our Help Center. |
| Community Guidelines | Careers | Marketing Solutions | |
| Privacy & Terms ▾ | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | |

Select Language

English (English)

LinkedIn Corporation © 2023

Messaging

