**EXHIBIT 21**

# Kapaloski, Tammy

| | |
|---|---|
| **From:** | Kapaloski, Tammy |
| **Sent:** | Tuesday, March 14, 2023 5:34 PM |
| **To:** | 'Patrick McGill' |
| **Cc:** | Brett Foster (foster.brett@dorsey.com); 'JSalen@sheppardmullin.com'; 'MBader@sheppardmullin.com'; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com |
| **Subject:** | RE: Blendtec's Responses to Blendjet's 3rd Set of Discovery Requests and 2nd Set of ESI Discovery Requests |

Patrick -- Please see our comments in blue below:

---

**From:** Patrick McGill <patrick@mcgillco.com>
**Sent:** Friday, March 10, 2023 1:55 PM
**To:** Kapaloski, Tammy <kapaloski.tammy@dorsey.com>
**Cc:** Foster, Brett <foster.brett@dorsey.com>; nthomas@parsonsbehle.com; ebutler@parsonsbehle.com; LegalTm-Blendjet-Blendtec <legaltm-blendjet-blendtec@sheppardmullin.com>
**Subject:** RE: Blendtec's Responses to Blendjet's 3rd Set of Discovery Requests and 2nd Set of ESI Discovery Requests

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Dear Tammy,

Thanks to you and Brett for your time on Tuesday to discuss these issues. This email memorializes the issues that we discussed. We request that Blendtec provide the requested confirmations by this coming **Monday, March 13, at 5pm MST**.



1



As we've previously advised you, we only very recently became aware that Patrick McGill has had a role at Blendjet since its founding. During last week's meet and confer, Jesse Salen disclosed that Patrick McGill served as a "contractor" for Blendjet for a time. Blendjet's email production, served after the close of written discovery and well after the ESI custodian conferral process, revealed that Patrick McGill has served as Blendjet's lawyer, essentially since its founding, including in an in-house capacity as Patrick used a Blendjet.com email address. We believe that this was intentionally concealed from us until after the deadline to serve written discovery and until after we had designated all Blendjet ESI custodians. In fact, on September 29, Patrick McGill declined to produce a privilege log and represented that Blendjet was not withholding any documents based on privilege (to date, Blendjet still has not produced a privilege log in any form). Patrick's representation led us to believe that Blendjet did not have counsel prior to Sheppard Mullin being retained to represent Blendjet in connection with this matter in November of 2021, yet the primary basis for your objection to the subpoena to Patrick McGill was the attorney-client privilege. We also believe that Patrick McGill likely owns an ownership stake in Blendjet. If Blendjet had been forthcoming about Mr. McGill's role at Blendjet, we would have designated him as an ESI custodian. But, we were kept in the dark.

