**EXHIBIT 23**

## Kapaloski, Tammy

| | |
|---|---|
| **From:** | Davis, Trudi |
| **Sent:** | Tuesday, April 25, 2023 4:18 PM |
| **To:** | Kapaloski, Tammy |
| **Subject:** | FW: 364409 La Jolla CA  364410 San Diego CA |

**From:** National Process <ndprocess@firstlegal.com>
**Sent:** Friday, March 24, 2023 2:57 PM
**To:** Davis, Trudi <davis.trudi@dorsey.com>
**Cc:** SD Process <sdprocess@firstlegal.com>
**Subject:** RE: 364409 La Jolla CA 364410 San Diego CA

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Hello Trudi,
The address you have for Patrick McGill on La Jolla CA is a UPS Store. We cannot serve a subpoena at that address. The firm is not physically there. Do you have another address for him?
Thank you,



**Anthony Martinez** | National Process Supervisor
ndprocess@firstlegal.com

**First Legal | Court & Process**
Office: 888.599.5039 x8116 | Fax: 951.779.0100
https://www.firstlegal.com

**File Thru Trial™**

Private Investigator Licenses: CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452

This email (including any attachments) contains confidential information intended solely for the use of named addressee, and is protected by law. If you are not the intended recipient, you should delete it immediately and are hereby notified that disclosure, copying, distribution, or reuse of this message or any information contained therein by any other person is strictly prohibited.

**From:** davis.trudi@dorsey.com <davis.trudi@dorsey.com>
**Sent:** Friday, March 24, 2023 10:06 AM
**To:** National Process <ndprocess@firstlegal.com>
**Subject:** RE: Service of Subpoena - Irvine, CA [364409 364410]

Hi Anthony,

I apologize in my delay in responding to you.  I did not prepare the subpoenas so I had to look into this.  The last address that Patrick McGill and Sheppard Mullins have on this case are below.  I included the attorneys at SMRH who have appeared in this case.  Please serve at these addresses.

1

Patrick McGill
McGill & Co. P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, California  82037
(619) 974-8886

Martin R. Bader
Jesse A. Salen
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
(858) 720-8900

**From:** National Process <ndprocess@firstlegal.com>
**Sent:** Friday, March 24, 2023 10:08 AM
**To:** Davis, Trudi <davis.trudi@dorsey.com>
**Subject:** RE: Service of Subpoena - Irvine, CA [364409 364410]

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Hello Trudi,
I wanted to verify that we are serving these at the address you have below. That address is also the address the subpoenas as the production location. Sheppard Mullin is located in Costa Mesa not at this address for Ibase Spaces which seems to a shared office space. Please confirm that you want us to attempt service at Ibase Spaces.
Thank you,



**Anthony Martinez** | National Process Supervisor
ndprocess@firstlegal.com

**First Legal | Court & Process**
Office: 888.599.5039 x8116 | Fax: 951.779.0100
https://www.firstlegal.com

**File Thru Trial™**

Private Investigator Licenses: CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452

This email (including any attachments) contains confidential information intended solely for the use of named addressee, and is protected by law. If you are not the intended recipient, you should delete it immediately and are hereby notified that disclosure, copying, distribution, or reuse of this message or any information contained therein by any other person is strictly prohibited.

**From:** davis.trudi@dorsey.com <davis.trudi@dorsey.com>
**Sent:** Friday, March 24, 2023 8:41 AM
**To:** National Process <ndprocess@firstlegal.com>
**Subject:** Service of Subpoena - Irvine, CA

Hello,

I need to have the attached Subpoena's served today in Irvine, California.

1. Patrick McGill, Ibase Spaces, 2400 Barranca Parkway, Irvine, CA  92606
2. Sheppard Mullin, Ibase Spaces, 2400 Barranca Parkway, Irvine, CA  92606

Please advise if you **CANNOT** serve these today.  Thank you!

**Trudi Davis**
**Executive Legal Assistant**

**Assisting Brett Foster, Matthew Durham,**
**Tammy Kapaloski, Michele Myer and Valeria Huamani**



DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100 | Salt Lake City, UT 84111-2176
**P:** 801-933-4080
**F:** 801-933-7373

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

**Please help reduce paper and ink usage. Print only if necessary.**