**EXHIBIT 24**

## Kapaloski, Tammy

---

| | |
|---|---|
| **From:** | Foster, Brett |
| **Sent:** | Wednesday, March 29, 2023 3:18 PM |
| **To:** | Davis, Trudi; Stucki, Sherri |
| **Cc:** | Kapaloski, Tammy |
| **Subject:** | Fwd: Blendtec's Notice of Issuance of Document Subpoenas to Patrick McGill and Sheppard Mullin |
| **Attachments:** | image001.png; 2023-03-28 [092] Proof of Service of Subpoena on SMRH.pdf |

FYI. No need to serve Patrick

Sent from my iPhone

Begin forwarded message:

> **From:** Patrick McGill <patrick@mcgillco.com>
> **Date:** March 29, 2023 at 2:15:03 PM MDT
> **To:** "Kapaloski, Tammy" <kapaloski.tammy@dorsey.com>, "Foster, Brett" <foster.brett@dorsey.com>
> **Cc:** jsalen@sheppardmullin.com, mbader@sheppardmullin.com, ebutler@parsonsbehle.com, NThomas@parsonsbehle.com
> **Subject: RE: Blendtec's Notice of Issuance of Document Subpoenas to Patrick McGill and Sheppard Mullin**
>
>
> EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.
>
> Brett and Tammy,
>
> We understand that SMRH was served with your March 15 subpoena on last Friday, March 24, as stated in the proof of service that you filed yesterday (Dkt. 92).   We we will accept service of the McGill subpoena as of today.
>
> Sincerely,
> Patrick
>
> ---
>
> **From:** kapaloski.tammy@dorsey.com <kapaloski.tammy@dorsey.com>
> **Sent:** Wednesday, March 15, 2023 2:41 PM
> **To:** Patrick McGill <patrick@mcgillco.com>; JSalen@sheppardmullin.com; MBader@sheppardmullin.com; ebutler@parsonsbehle.com; nthomas@parsonsbehle.com
> **Cc:** foster.brett@dorsey.com
> **Subject:** Blendtec's Notice of Issuance of Document Subpoenas to Patrick McGill and Sheppard Mullin
>
> Counsel,
>
> Please see the attached notice.  Please let us know if you will accept service of the subpoenas.
>
> Regards,
> Tammy

1

**Tammy Kapaloski**
**Senior Attorney**

DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
**P:**801.933.7360

2