IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL<br><br>Case No. 2:21-cv-00668-TC-DBP<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Blendtec Inc. moves the court for leave to file under seal unredacted versions of certain documents based on Defendant Blendjet Inc.'s designation of the documents as confidential and/or confidential – attorneys' eyes only information under the standard protective order. (ECF No. 109.) The court GRANTS Blendtec's motion.

Under the Local Rules,

> [i]f the sole basis for proposing that the Document be sealed is that another party designated it as confidential or for attorneys' eyes only, then so state that reason in the motion. If the designating party seeks to have the Document remain under seal, the designating party must file a Motion for Leave to File Under Seal in accordance with DUCivR 5-3(b)(2) within 7 days of service of the motion. If the designating party does not file a motion within 7 days, the original motion may be denied, and the Document may be unsealed without further notice.

DUCivR 5-3(b)(2)(C)(i). Because the sole basis for filing the documents under seal is Blendjet's designation, Blendjet must move to have the documents remain under seal in accordance with the Local Rules.

DATED this 3 May 2023.

_____
Dustin B. Pead
United States Magistrate Judge