IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | ORDER DENYING MOTION TO EXPEDITE BRIEFING ON MOTION TO ENFORCE THE PROTECTIVE ORDER AND TO DISQUALIFY<br><br>Case No. 2:21-cv-00668-TC-DBP<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Blendtec Inc. moves the court for expedited briefing on its Motion to Enforce Protective Order and to Disqualify Patrick McGill and Sheppard Mullin. (ECF No. 106.) The parties in this action are direct competitors and Blendtec expresses concern in its motion about certain individuals having access to sensitive information. These concerns, according to Plaintiff, warrant expedited briefing.

The court is not persuaded that expedited briefing or consideration is necessary. Thus, the motion is DENIED. Briefing will be under the normal time frame as set forth in the Local Rules. The court, however, will stay Blendtec's obligation to produce additional AEO documents until resolution of the Motion as requested. The court FURTHER ORDERS that Mr. McGill not use or access Blendtec's information designated AEO until resolution of the Motion.

IT IS SO ORDERED.

DATED this 3 May 2023.

_____
Dustin B. Pead
United States Magistrate Judge