# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER DENYING BLENDTEC'S MOTION TO COMPEL PATRICK MCGILL AND SHEPPARD MULLIN TO PRODUCE DOCUMENTS RESPONSIVE TO BLENDTEC'S SUBPOENAS [DKT 107]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Compel Patrick McGill and Sheppard Mullin to Produce Documents Responsive to Blendtec's Subpoenas [Dkt. 107], BlendJet's Response thereto, and for good cause shown, hereby rules as follows:

The Motion to Compel Patrick McGill and Sheppard Mullin to Produce Documents Responsive to Blendtec's Subpoenas [Dkt. 107], and the relief sought therein is DENIED.

It is so ordered.

DATED: May____, 2023.

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead

1

4874-1266-0834.v2