# EXHIBIT C

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-05-15 16:32:24 EDT |
| **Mark:** |  |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88480647 | **Application Filing Date:** | Jun. 19, 2019 |
| **US Registration Number:** | 5950040 | **Registration Date:** | Dec. 31, 2019 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Dec. 31, 2019 | | |
| **Publication Date:** | Oct. 15, 2019 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 26.01.26 - Swirls; Coils; Spirals |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1504317A, 1504317 |
| **International Application(s) /Registration(s) Based on this Property:** | A0090789/1504317A, A0090789/1504317 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors |

| | | | |
|---|---|---|---|
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023, 031, 034, 035 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 23, 2019 | **Use in Commerce:** | Jun. 03, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | BLENDJET INC. |
| **Owner Address:** | 535 Getty Court Suite A<br>Benicia, CALIFORNIA UNITED STATES 94510 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | R. Scott Keller |
| **Attorney Primary Email Address:** | trademarks@wnj.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | R. Scott Keller<br>Warner Norcross + Judd LLP<br>150 Ottawa Avenue NW, Suite 1500<br>Grand Rapids, MICHIGAN UNITED STATES 49503 |
| **Phone:** | 6167522479 |
| **Fax:** | 6167522500 |
| **Correspondent e-mail:** | trademarks@wnj.com   skeller@wnj.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 05, 2022 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 19, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Nov. 19, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 19, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 19, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 19, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 11, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 11, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 11, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 11, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 11, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 05, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 31, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 15, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 15, 2019 | PUBLISHED FOR OPPOSITION | |

| | | |
|---|---|---|
| Sep. 25, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 12, 2019 | ASSIGNED TO LIE | 70884 |
| Sep. 10, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 10, 2019 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 10, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 10, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 10, 2019 | EXAMINERS AMENDMENT -WRITTEN | 93056 |
| Sep. 10, 2019 | ASSIGNED TO EXAMINER | 93056 |
| Jul. 02, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jun. 30, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 22, 2019 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Dec. 31, 2019 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 5 | **Registrant:** | Miramore Inc. |

### Assignment 1 of 5

| | |
|---|---|
| **Conveyance:** | CHANGE OF NAME |
| **Reel/Frame:** | 6848/0382        **Pages:** 4 |
| **Date Recorded:** | Jan. 28, 2020 |
| **Supporting Documents:** | assignment-tm-6848-0382.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | MIRAMORE INC. | **Execution Date:** | Dec. 30, 2019 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | BLENDJET INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 5153 COMMERCIAL CIRCLE, SUITE B CONCORD, CALIFORNIA 94520 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | R. SCOTT KELLER WARNER NORCROSS & JUDD |
| **Correspondent Address:** | 1500 WARNER BUILDING 150 GRAND RAPIDS, MI 49503 |

**Domestic Representative - Not Found**

### Assignment 2 of 5

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 7055/0378        **Pages:** 8 |
| **Date Recorded:** | Sep. 17, 2020 |
| **Supporting Documents:** | assignment-tm-7055-0378.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | BLENDJET INC. | **Execution Date:** | Sep. 17, 2020 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

| | | | |
|---|---|---|---|
| | | **Assignee** | |
| **Name:** | EAST WEST BANK | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |
| **Address:** | 2350 MISSION COLLEGE BLVD., SUITE 988<br>SANTA CLARA, CALIFORNIA 95054 | | |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | PATTY CHENG |
| **Correspondent Address:** | 2625 MIDDLEFIELD RD., #215<br>PALO ALTO, CA 94306 |

**Domestic Representative - Not Found**

## Assignment 3 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | TRADEMARK COLLATERAL ASSIGNMENT AND SECURITY AGREEMENT | | |
| **Reel/Frame:** | 7813/0189 | **Pages:** | 18 |
| **Date Recorded:** | Aug. 02, 2022 | | |
| **Supporting Documents:** | assignment-tm-7813-0189.pdf | | |

| | | | |
|---|---|---|---|
| | | **Assignor** | |
| **Name:** | BLENDJET INC. | **Execution Date:** | Aug. 01, 2022 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

| | | | |
|---|---|---|---|
| | | **Assignee** | |
| **Name:** | WELLS FARGO BANK, NATIONAL ASSOCIATION | | |
| **Legal Entity Type:** | ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 333 SOUTH GRAND AVENUE<br>12TH FLOOR<br>LOS ANGELES, CALIFORNIA 90071 | | |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | CT CORPORATION |
| **Correspondent Address:** | 4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH 43219 |

**Domestic Representative - Not Found**

## Assignment 4 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 7829/0209 | **Pages:** | 5 |
| **Date Recorded:** | Aug. 22, 2022 | | |
| **Supporting Documents:** | assignment-tm-7829-0209.pdf | | |

| | | | |
|---|---|---|---|
| | | **Assignor** | |
| **Name:** | EAST WEST BANK | **Execution Date:** | Aug. 18, 2022 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

| | | | |
|---|---|---|---|
| | | **Assignee** | |
| **Name:** | BLENDJET INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 5159 COMMERCIAL CIRCLE, SUITE B<br>CONCORD, CALIFORNIA 94520 | | |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | PATTY CHENG |

| | |
|---|---|
| **Correspondent Address:** | 2625 MIDDLEFIELD RD., #215<br>PALO ALTO, CA 94306 |

**Domestic Representative - Not Found**

## Assignment 5 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 7826/0973 | **Pages:** | 3 |
| **Date Recorded:** | Aug. 19, 2022 | | |
| **Supporting Documents:** | assignment-tm-7826-0973.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | EAST WEST BANK | **Execution Date:** | Aug. 19, 2022 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | BLENDJET INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 5159 COMMERCIAL CIR SUITE B<br>CONCORD, CALIFORNIA 94520 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | FRANK MAO |
| **Correspondent Address:** | 9300 FLAIR DRIVE, 6TH FLOOR<br>EL MONTE, CA 91730 |

**Domestic Representative - Not Found**





Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88480647
Filing Date: 06/19/2019

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT17\884\806\88480647\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 900 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Miramore Inc. |
| DBA/AKA/TA/FORMERLY | DBA BlendJet |
| INTERNAL ADDRESS | 5153 Commercial Circle |
| *STREET | Suite B |
| *CITY | Concord |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94520 |
| PHONE | 844-588-1555 |

| | |
|---|---|
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **WEBSITE ADDRESS** | http://blendjet.com |
| **LEGAL ENTITY INFORMATION** | |
| *****TYPE** | CORPORATION |
| ***** **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *****INTERNATIONAL CLASS** | 007 |
| *****IDENTIFICATION** | Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors |
| *****FILING BASIS** | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/23/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/03/2019 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\884\806\88480647\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | The package for the BlendJet portable blender. |
| **ADDITIONAL STATEMENTS SECTION** | |
| *****TRANSLATION** (if applicable) | |
| *****TRANSLITERATION** (if applicable) | |
| *****CLAIMED PRIOR REGISTRATION** (if applicable) | |
| *****CONSENT (NAME/LIKENESS)** (if applicable) | |
| *****CONCURRENT USE CLAIM** (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *****NAME** | Miramore Inc. |
| **FIRM NAME** | Miramore Inc. |
| **INTERNAL ADDRESS** | 5153 Commercial Circle |
| *****STREET** | Suite B |
| *****CITY** | Concord |
| *****STATE** (Required for U.S. addresses) | California |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** | 94520 |
| **PHONE** | 844-588-1555 |
| *****EMAIL ADDRESS** | legal@blendjet.com |
| *****AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /Ryan Pamplin/ |
| * SIGNATORY'S NAME | Ryan Pamplin |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 646-221-6685 |
| * DATE SIGNED | 06/19/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88480647**
**Filing Date: 06/19/2019**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.
The applicant, Miramore Inc., DBA BlendJet, a corporation of Delaware, having an address of
   5153 Commercial Circle
   Suite B
   Concord, California 94520
   United States
   844-588-1555(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 007:  Electric food processors; Electric mixers; Electric mixers for household purposes; Electric hand-held mixers for household purposes; Food processors, electric; Hand-held electric-powered food processors

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 007, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 05/23/2019, and first used in commerce at least as early as 06/03/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The package for the BlendJet portable blender..
Specimen File1


For informational purposes only, applicant's website address is: http://blendjet.com
The applicant's current Correspondence Information:
   Miramore Inc.
   Miramore Inc.
   5153 Commercial Circle
   Suite B
   Concord, California 94520
   844-588-1555(phone)
   legal@blendjet.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Ryan Pamplin/   Date: 06/19/2019
Signatory's Name: Ryan Pamplin
Signatory's Position: CEO
Signatory's Phone Number: 646-221-6685
Payment Sale Number: 88480647
Payment Accounting Date: 06/20/2019

Serial Number: 88480647
Internet Transmission Date: Wed Jun 19 19:41:16 EDT 2019
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XXX-2019061919411636
8328-88480647-620fa49ffd92baa50a46defbe9
df39089ac5241e5f7d739dbcb7ab5cdf8a24dab0
-CC-5684-20190619190129417769



