# EXHIBIT D

**Generated on:** This page was generated by TSDR on 2023-05-15 16:36:11 EDT

**Mark:**



|  |  |
|---|---|
| **US Serial Number:** 97558787 | **Application Filing Date:** Aug. 22, 2022 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** May 02, 2023

**Publication Date:** Mar. 07, 2023 **Notice of Allowance Date:** May 02, 2023

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 26.01.26 - Swirls; Coils; Spirals

## Related Properties Information

**International Registration Number:** 1689433

**International Application(s) /Registration(s) Based on this Property:** A0127270/1689433

**Claimed Ownership of US Registrations:** 5950040

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** beverage preparation machines, electromechanical; apparatus for aerating beverages; machines for adding carbonation and flavoring

to beverages; machines for the production of soda water and sparkling beverages

| | | | |
|---|---|---|---|
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023, 024, 031, 034, 035 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | BlendJet Inc. |
| **Owner Address:** | 535 Getty Court, Suite A<br>Benicia, CALIFORNIA UNITED STATES 94510 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | R. Scott Keller | **Docket Number:** | 184813New |
| **Attorney Primary Email Address:** | trademarks@wnj.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | R. SCOTT KELLER<br>WARNER NORCROSS + JUDD LLP<br>150 OTTAWA AVENUE NW, SUITE 1500<br>GRAND RAPIDS, MICHIGAN UNITED STATES 49503 | | |
| **Phone:** | 616-752-2479 | **Fax:** | 616-752-2500 |
| **Correspondent e-mail:** | trademarks@wnj.com skeller@wnj.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 02, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Feb. 15, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 28, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 27, 2023 | ASSIGNED TO EXAMINER | 93654 |
| Sep. 13, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 11, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 25, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | FITZSIMONS, MICHAEL R | **Law Office Assigned:** | LAW OFFICE 130 |

### File Location

**Current Location:** INTENT TO USE SECTION                    **Date in Location:** May 02, 2023

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Tuesday, September 13, 2022 00:37 AM |
| **To:** | trademarks@wnj.com |
| **Cc:** | skeller@wnj.com |
| **Subject:** | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 97558787: Miscellaneous Design: Docket/Reference No. 184813New |

**Docket/Reference Number:**          184813New

The USPTO has assigned design search codes to your application (U.S. serial number: 97558787).

**Design search codes assigned to your application:**

26.01.26 - Coils
26.01.26 - Spirals
26.01.26 - Swirls

If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97558787**
**Filing Date: 08/22/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97558787 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\975\587\97558787\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 769 x 864 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | BlendJet Inc. |
| ***MAILING ADDRESS** | 535 Getty Court, Suite A |
| ***CITY** | Benicia |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 94510 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 007 |
| ***IDENTIFICATION** | beverage preparation machines, electromechanical; apparatus for aerating beverages; machines for adding carbonation and flavoring to beverages; machines for the production of soda |

| | water and sparkling beverages |
|---|---|
| **FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 5950040. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | R. Scott Keller |
| **ATTORNEY DOCKET NUMBER** | 184813New |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Warner Norcross + Judd LLP |
| **STREET** | 150 Ottawa Avenue NW, Suite 1500 |
| **CITY** | Grand Rapids |
| **STATE** | Michigan |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 49503 |
| **PHONE** | 616-752-2479 |
| **FAX** | 616-752-2500 |
| **EMAIL ADDRESS** | trademarks@wnj.com |
| **OTHER APPOINTED ATTORNEY** | Amber Underhill and all other attorneys at Warner Norcross + Judd LLP |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | R. Scott Keller |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademarks@wnj.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | skeller@wnj.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Ryan Pamplin/ |
| **SIGNATORY'S NAME** | Ryan Pamplin |
| **SIGNATORY'S POSITION** | CEO |
| **SIGNATORY'S PHONE NUMBER** | 616-752-2479 |
| **DATE SIGNED** | 08/22/2022 |
| | |

| SIGNATURE METHOD | Sent to third party for signature |
| --- | --- |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97558787**
**Filing Date: 08/22/2022**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The mark consists of a swirl that originates from the left of the center, that is thinner on both ends of the mark and thicker in the middle, and moves counterclockwise in a circular motion, forming two rings that conclude with a sharp point in the top left.

The applicant, BlendJet Inc., a corporation of Delaware, having an address of
    535 Getty Court, Suite A
    Benicia, California 94510
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 007:  beverage preparation machines, electromechanical; apparatus for aerating beverages; machines for adding carbonation and flavoring to beverages; machines for the production of soda water and sparkling beverages
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5950040.

The owner's/holder's proposed attorney information: R. Scott Keller. Other appointed attorneys are Amber Underhill and all other attorneys at Warner Norcross + Judd LLP. R. Scott Keller of Warner Norcross + Judd LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    150 Ottawa Avenue NW, Suite 1500
    Grand Rapids, Michigan 49503
    United States
    616-752-2479(phone)
    616-752-2500(fax)
    trademarks@wnj.com
The docket/reference number is 184813New.
R. Scott Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    R. Scott Keller
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@wnj.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): skeller@wnj.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Ryan Pamplin/   Date: 08/22/2022
Signatory's Name: Ryan Pamplin
Signatory's Position: CEO
Signatory's Phone Number: 616-752-2479
Signature method: Sent to third party for signature
Payment Sale Number: 97558787
Payment Accounting Date: 08/22/2022

Serial Number: 97558787
Internet Transmission Date: Mon Aug 22 16:09:16 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.X.XX-2022082216091714724
5-97558787-8208c68af37d0d31713c97fcf5872
18e39c555cfd7efdc4bd67fc8f55111e48ea48-E
T-09162744-20220822113005185623



