# EXHIBIT H

Case 2:21-cv-00668-TC-DBP  Document 122-12  Filed 05/16/23  PageID.2464  Page 1 of 2



# Dorsey & Whitney LLP

Law Practice · Minneapolis, MN · 13,735 followers

1 person from your company works here · 1,503 employees

**+ Follow**    **Visit website ↗**    **More**

---

Home    **About**    Posts    Jobs    Life    People

## Overview

Clients have relied on the international law firm of Dorsey & Whitney LLP since 1912 as a trusted legal advisor and valued business partner. With locations across the United States as well as Canada, Europe and Asia, Dorsey provides an integrated, proactive approach to its clients' legal and business needs. Dorsey represents a number of the world's most successful companies from a wide range of industries, including leaders in the health care and life sciences industries. The Firm's largest office is in Minneapolis, Minnesota. Dorsey's diverse client base includes more than one-third of Fortune 100 companies.

Dorsey is a leader in mergers and acquisitions work. Every year since 1994, Dorsey has ranked in the top 10 among all law firms for the number of U.S. M&A deals completed (Thomson Reuters). Dorsey is a leader in Canadian cross-border capital-markets and M&A transactions, as well as securities work on other international transactions including India, China and Hong Kong offerings. Dorsey's Advocacy Group has over 300 lawyers licensed to practice before courts in 35 states and seven countries. Since 2008, Dorsey's London tax litigation practice has been ranked in the top tier of Legal 500 and Chambers U.K.

The Firm was founded over 100 years ago at the request of a company that is still a valued client of the Firm. Among Dorsey's many distinguished alumni are U.S. Supreme Court Justice Harry Blackmun, noted law professor and scholar William Prosser, Minnesota's first woman judge Betty Washburn, former U.S. Vice President and Ambassador to Japan Walter Mondale, U.S. Senator Amy Klobuchar, former Corporation Counsel of the City of New York Zachary Carter, and U.S. Secretary of Agriculture Tom Vilsack. Recognized for our dedication to community, Dorsey has met the ABA Law Firm Pro Bono Challenge every year since the Challenge began in 1993 by devoting more than 3% of billable hours to pro bono work.

**Website**
https://www.dorsey.com

**Industry**
Law Practice

**Company size**
1,001-5,000 employees
1,503 on LinkedIn

**Headquarters**
Minneapolis, MN

**Founded**
1912