# EXHIBIT I

**Generated on:** This page was generated by TSDR on 2023-05-16 15:57:06 EDT

**Mark:** BLENDTEC

# BLENDTEC

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75801328 | **Application Filing Date:** | Sep. 18, 1999 |
| **US Registration Number:** | 2431060 | **Registration Date:** | Feb. 27, 2001 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 26, 2020

**Publication Date:** Dec. 05, 2000

## Mark Information

**Mark Literal Elements:** BLENDTEC

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**International Registration Number:** 1186720

**International Application(s) /Registration(s) Based on this Property:** A0039419/1186720

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION

| | | | |
|---|---|---|---|
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023, 031, 034, 035 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 22, 1999 | **Use in Commerce:** | May 22, 1999 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | BLENDTEC, INC. |
| **Owner Address:** | 1206 SOUTH 1680 WEST<br>OREM, UTAH UNITED STATES 84057 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | UTAH |

# Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | L. Grant Foster |
| **Attorney Primary Email Address:** | ip.docket.slc@dorsey.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | L. Grant Foster<br>Dorsey & Whitney LLP<br>111 South Main Street, Suite 2100<br>IP Department<br>Salt Lake City, UTAH UNITED STATES 84111-2176 |
| **Phone:** | 801-933-7360 |
| **Fax:** | 801-933-7373 |
| **Correspondent e-mail:** | ip.docket.slc@dorsey.com shimada.tiffany@dorsey.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 15, 2021 | NOTICE OF SUIT | |
| Oct. 26, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 26, 2020 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 70997 |
| Oct. 26, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 70997 |
| Oct. 26, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70997 |
| Sep. 09, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 27, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 05, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 05, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 14, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 02, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 70131 |
| Feb. 02, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 28, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 20, 2007 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 20, 2006 | CASE FILE IN TICRS | |
| Jul. 22, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70131 |
| Jul. 05, 2006 | ASSIGNED TO PARALEGAL | 70131 |
| Apr. 13, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Apr. 13, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 28, 2006 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 27, 2001 | REGISTERED-PRINCIPAL REGISTER | |

| | | |
|---|---|---|
| Dec. 05, 2000 | PUBLISHED FOR OPPOSITION | |
| Nov. 03, 2000 | NOTICE OF PUBLICATION | |
| Sep. 25, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 16, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 17, 2000 | NON-FINAL ACTION MAILED | |
| Feb. 03, 2000 | ASSIGNED TO EXAMINER | 60004 |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: GENERIC WEB UPDATE | Date in Location: Oct. 26, 2020 |

## Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 4 | Registrant: K-TEC, INC. |

### Assignment 1 of 4

| | | |
|---|---|---|
| Conveyance: | CHANGE OF NAME | |
| Reel/Frame: | 5436/0914 | Pages: 3 |
| Date Recorded: | Jan. 08, 2015 | |
| Supporting Documents: | assignment-tm-5436-0914.pdf | |

| **Assignor** | |
|---|---|
| Name: K-TEC, INCORPORATED | Execution Date: Dec. 30, 2014 |
| Legal Entity Type: CORPORATION | State or Country Where Organized: UTAH |

| **Assignee** | |
|---|---|
| Name: BLENDTEC, INC. | |
| Legal Entity Type: CORPORATION | State or Country Where Organized: UTAH |
| Address: 1206 SOUTH 1680 WEST OREM, UTAH 84058 | |

| **Correspondent** | |
|---|---|
| Correspondent Name: L. GRANT FOSTER, HOLLAND & HART LLP | |
| Correspondent Address: P.O. BOX 11583 SALT LAKE CITY, UT 84110 | |

| **Domestic Representative - Not Found** |
|---|

### Assignment 2 of 4

| | | |
|---|---|---|
| Conveyance: | SECURITY INTEREST | |
| Reel/Frame: | 5829/0333 | Pages: 13 |
| Date Recorded: | Jul. 05, 2016 | |
| Supporting Documents: | assignment-tm-5829-0333.pdf | |

| **Assignor** | |
|---|---|
| Name: BLENDTEC, INC. | Execution Date: May 31, 2016 |
| Legal Entity Type: CORPORATION | State or Country Where Organized: UTAH |
| DBA, AKA, TA, Formerly: FORMERLY K-TEC, INCORPORATED | |

| **Assignee** | |
|---|---|
| Name: ZB, N.A. | |
| Legal Entity Type: NATIONAL BANKING ASSOCIATION | State or Country Where Organized: UNITED STATES |

| | |
|---|---|
| **Address:** | ONE SOUTH MAIN STREET<br>SUITE 300<br>SALT LAKE CITY, UTAH 84133 |
| **DBA, AKA, TA,<br>Formerly:** | DBA ZIONS FIRST NATIONAL BANK |

### Correspondent

| | |
|---|---|
| **Correspondent<br>Name:** | S. BRANDON OWEN |
| **Correspondent<br>Address:** | 36 SOUTH STATE STREET<br>SUITE 1400<br>SALT LAKE CITY, UT 84111 |

### Domestic Representative - Not Found

### Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 5846/0864 | **Pages:** | 11 |
| **Date Recorded:** | Aug. 04, 2016 | | |
| **Supporting<br>Documents:** | assignment-tm-5846-0864.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ZB, N.A. | **Execution Date:** | Aug. 03, 2016 |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country<br>Where Organized:** | UTAH |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | BLENDTEC, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country<br>Where Organized:** | UTAH |
| **Address:** | 1206 S 1680 W<br>OREM, UTAH 84058 | | |

### Correspondent

| | |
|---|---|
| **Correspondent<br>Name:** | S. BRANDON OWEN |
| **Correspondent<br>Address:** | 36 SOUTH STATE STREET<br>SUITE 1400<br>SALT LAKE CITY, UT 84111 |

### Domestic Representative - Not Found

### Assignment 4 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5989/0272 | **Pages:** | 20 |
| **Date Recorded:** | Feb. 15, 2017 | | |
| **Supporting<br>Documents:** | assignment-tm-5989-0272.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | BLENDTEC, INC. | **Execution Date:** | Feb. 07, 2017 |
| **Legal Entity Type:** | CORPORATION | **State or Country<br>Where Organized:** | UTAH |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | WASATCH BT LOAN FUND, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country<br>Where Organized:** | UTAH |
| **Address:** | 299 S MAIN ST, STE 2400<br>SALT LAKE CITY, UTAH 84111 | | |

### Correspondent

| | |
|---|---|
| **Correspondent<br>Name:** | BRETT J. DAVIS |
| **Correspondent<br>Address:** | 136 E SOUTH TEMPLE, SUITE 1900<br>SALT LAKE CITY, UT 84111 |

Domestic Representative - Not Found

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB. No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2431060 |
| **REGISTRATION DATE** | 02/27/2001 |
| **SERIAL NUMBER** | 75801328 |
| **MARK SECTION** | |
| **MARK** | BLENDTEC (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | L. Grant Foster |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | Dorsey & Whitney LLP |
| **INTERNAL ADDRESS** | IP Department |
| **STREET** | 111 South Main Street, Suite 2100 |
| **CITY** | Salt Lake City |
| **STATE** | Utah |
| **POSTAL CODE** | 84111-2176 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 801-933-7360 |
| **EMAIL** | ip.docket.slc@dorsey.com |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | L. Grant Foster |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Dorsey & Whitney LLP |
| **INTERNAL ADDRESS** | IP Department |
| **STREET** | 111 South Main Street, Suite 2100 |
| **CITY** | Salt Lake City |
| **STATE** | Utah |
| **POSTAL CODE** | 84111-2176 |

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
|---|---|
| PHONE | 801-933-7360 |
| FAX | 801-933-7373 |
| EMAIL | ip.docket.slc@dorsey.com |
| OTHER APPOINTED ATTORNEY | Lisa A. Osman, Charlene M. Krogh, Tiffany D.W. Shimada, Lindsey M. Sadler, and Andrea L. Hintz |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | L. Grant Foster |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip.docket.slc@dorsey.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | L. Grant Foster |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip.docket.slc@dorsey.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | shimada.tiffany@dorsey.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 007 |
| GOODS OR SERVICES | BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-170112245-2020090416 0155767979_._Specimen.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\758\013\75801328\xml2\S890002.JPG |
| SPECIMEN DESCRIPTION | an electronic display which displays the product, provides a means of ordering the product and bears the mark in connection with the product |
| **OWNER SECTION (current)** | |
| NAME | BLENDTEC, INC. |
| MAILING ADDRESS | 1206 SOUTH 1680 WEST |
| CITY | OREM |
| STATE | Utah |
| ZIP/POSTAL CODE | 84058 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | BLENDTEC, INC. |
| MAILING ADDRESS | 1206 SOUTH 1680 WEST |
| CITY | OREM |
| STATE | Utah |
| ZIP/POSTAL CODE | 84057 |

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Utah |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE** | 425 |
| **TOTAL FEE PAID** | 425 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Michael Monson/ |
| **SIGNATORY'S NAME** | Michael Monson |
| **SIGNATORY'S POSITION** | General Counsel |
| **DATE SIGNED** | 09/09/2020 |
| **SIGNATORY'S PHONE NUMBER** | xxx-xxx-xxxx |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Sep 09 15:52:46 ET 2020 |
| **TEAS STAMP** | USPTO/S08N09-XXX.XXX.XX.X -20200909155246430886-243 1060-7503db822814c3f7a131 9da4ff4fabfee72e671b87ffe 7e2618922f71bc6356270-CC- 52455013-2020090416015576 7979 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

### Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2431060
**REGISTRATION DATE:** 02/27/2001

**MARK:** BLENDTEC

**Current:** The owner, BLENDTEC, INC., a corporation of Utah, having an address of
    1206 SOUTH 1680 WEST
    OREM, Utah 84058
    United States

**Proposed:** The owner, BLENDTEC, INC., a corporation of Utah, having an address of
    1206 SOUTH 1680 WEST
    OREM, Utah 84057
    United States
    XXXX
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 007, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) an electronic display which displays the product, provides a means of ordering the product and bears the mark in connection with the product.

**Original PDF file:**
SPN0-170112245-2020090416 0155767979_._Specimen.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The owner's/holder's current attorney information: L. Grant Foster. L. Grant Foster of Dorsey & Whitney LLP, is located at

    IP Department
    111 South Main Street, Suite 2100
    Salt Lake City, Utah 84111-2176
    United States

The phone number is 801-933-7360.

The email address is ip.docket.slc@dorsey.com

The owner's/holder's proposed attorney information: L. Grant Foster. Other appointed attorneys are Lisa A. Osman, Charlene M. Krogh, Tiffany D.W. Shimada, Lindsey M. Sadler, and Andrea L. Hintz. L. Grant Foster of Dorsey & Whitney LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    IP Department
    111 South Main Street, Suite 2100
    Salt Lake City, Utah 84111-2176
    United States

The phone number is 801-933-7360.

The fax number is 801-933-7373.

The email address is ip.docket.slc@dorsey.com

L. Grant Foster submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    L. Grant Foster
    PRIMARY EMAIL FOR CORRESPONDENCE: ip.docket.slc@dorsey.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
    L. Grant Foster
    PRIMARY EMAIL FOR CORRESPONDENCE: ip.docket.slc@dorsey.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): shimada.tiffany@dorsey.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $425 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Michael Monson/    Date: 09/09/2020
Signatory's Name: Michael Monson
Signatory's Position: General Counsel
Signatory's Phone: xxx-xxx-xxxx

Mailing Address **(current):**
    Dorsey & Whitney LLP
    111 South Main Street, Suite 2100
    Salt Lake City, Utah 84111-2176

Mailing Address **(proposed):**
    Dorsey & Whitney LLP
    111 South Main Street, Suite 2100
    Salt Lake City, Utah 84111-2176

Serial Number: 75801328
Internet Transmission Date: Wed Sep 09 15:52:46 ET 2020
TEAS Stamp: USPTO/S08N09-XXX.XXX.XX.X-20200909155246
430886-2431060-7503db822814c3f7a1319da4f
f4fabfee72e671b87ffe7e2618922f71bc635627
0-CC-52455013-20200904160155767979

screenshot-www.blendtec.com-2020.09.04-13_57_55
https://www.blendtec.com/collections/blenders/products/total-blender-classic?variant=46693427988
04.09.2020



**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   2431060



**Serial Number:**   75801328



**RAM Sale Number:  2431060**

**RAM Accounting Date:  20200909**

**Total Fees:**       $425

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200909 | $125 | 1 | 1 | $125 |
| Application for Renewal (§9) | 7201 | 20200909 | $300 | 1 | 1 | $300 |

Physical Location: 900  - NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**       20200909



PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2431060 |
| **REGISTRATION DATE** | 02/27/2001 |
| **SERIAL NUMBER** | 75801328 |
| **MARK SECTION** | |
| **MARK** | BLENDTEC |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | L. GRANT FOSTER |
| **FIRM NAME** | HOLLAND & HART LLP |
| **STREET** | P.O. BOX 11583 |
| **CITY** | SALT LAKE CITY |
| **STATE** | Utah |
| **POSTAL CODE** | 84110 |
| **COUNTRY** | United States |
| **PHONE** | (801) 799-5830 |
| **FAX** | (801) 799-5700 |
| **EMAIL** | SLCIPDOCKET@HOLLANDHART.COM |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | L. GRANT FOSTER |
| **FIRM NAME** | HOLLAND & HART LLP |
| **INTERNAL ADDRESS** | P.O. Box 11583 |
| **STREET** | 222 South Main Street, Suite 2200 |
| **CITY** | SALT LAKE CITY |
| **STATE** | Utah |
| **POSTAL CODE** | 84110 |
| **COUNTRY** | United States |
| **PHONE** | 801-799-5830 |
| **FAX** | 801-799-5700 |
| **EMAIL** | SLCIPDOCKET@HOLLANDHART.COM |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

| DOCKET/REFERENCE NUMBER | 46264.0005 |
|---|---|

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 007 |
|---|---|
| GOODS OR SERVICES | BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-2162058535-185114820_._BLENDTEC.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT11\IMAGEOUT11\758\013\75801328\xml1\S890002.JPG |
| SPECIMEN DESCRIPTION | advertisement showing product bearing the mark |

## OWNER SECTION (current)

| NAME | K-TEC, INC. |
|---|---|
| STREET | 1206 SOUTH 1680 WEST |
| CITY | OREM |
| STATE | Utah |
| ZIP/POSTAL CODE | 84058 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Utah |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /Tom Dickson/ |
|---|---|
| SIGNATORY'S NAME | Thomas D. Dickson, Jr. |
| SIGNATORY'S POSITION | CEO |
| DATE SIGNED | 01/28/2011 |
| PAYMENT METHOD | DA |

| | FILING INFORMATION |
|---|---|
| SUBMIT DATE | Fri Jan 28 10:14:00 EST 2011 |
| TEAS STAMP | USPTO/S08N09-XXX.XXX.XX.X X-20110128101400919261-24 31060-480a6efed28b64dd7ec 40df8deba229f-DA-6908-201 10127185114820878 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2431060
**REGISTRATION DATE:** 02/27/2001

**MARK:** BLENDTEC

The owner, K-TEC, INC., a corporation of Utah, having an address of
   1206 SOUTH 1680 WEST
   OREM, Utah 84058
   United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 007, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one specimen showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) advertisement showing product bearing the mark.

**Original PDF file:**
SPN0-2162058535-185114820_._BLENDTEC.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
The registrant's current Correspondence Information: L. GRANT FOSTER of HOLLAND & HART LLP
   P.O. BOX 11583
   SALT LAKE CITY, Utah (UT) 84110
   United States (USX)

The registrant's proposed Correspondence Information: L. GRANT FOSTER of HOLLAND & HART LLP
   P.O. Box 11583
   222 South Main Street, Suite 2200
   SALT LAKE CITY, Utah (UT) 84110
   United States (USX)
The docket/reference number is 46264.0005.

The phone number is 801-799-5830.

The fax number is 801-799-5700.

The email address is SLCIPDOCKET@HOLLANDHART.COM.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Tom Dickson/      Date: 01/28/2011
Signatory's Name: Thomas D. Dickson, Jr.
Signatory's Position: CEO

Serial Number: 75801328
Internet Transmission Date: Fri Jan 28 10:14:00 EST 2011
TEAS Stamp: USPTO/S08N09-XXX.XXX.XX.XX-2011012810140
0919261-2431060-480a6efed28b64dd7ec40df8
deba229f-DA-6908-20110127185114820878



# Blendtec
## The Art of Blending

# Simplify

# (800) 748-5400
# www.blendtec.com

**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:** 2431060



**Serial Number:** 75801328

**RAM Sale Number: 6908**

**RAM Accounting Date: 20110128**     **Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20110128 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20110128 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20110128



PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2431060 |
| **REGISTRATION DATE** | 02/27/2001 |
| **SERIAL NUMBER** | 75801328 |
| **MARK SECTION** | |
| MARK | BLENDTEC |
| **OWNER SECTION (current)** | |
| NAME | K-TEC, INC. |
| STREET | 420 North Geneva Road |
| CITY | Lindon |
| STATE | UT |
| ZIP/POSTAL CODE | 84042 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | K-TEC, INC. |
| STREET | 1206 South 1680 West |
| CITY | Orem |
| STATE | Utah |
| ZIP/POSTAL CODE | 84058 |
| COUNTRY | United States |
| EMAIL | XXXX |
| **ATTORNEY SECTION** | |
| NAME | L. Grant Foster |
| FIRM NAME | Holland & Hart, LLP |
| STREET | P.O. Box 11583 |
| CITY | Salt Lake City |
| STATE | Utah |
| ZIP/POSTAL CODE | 84147-0583 |
| COUNTRY | United States |
| PHONE | (801) 595-7800 |
| FAX | (801) 364-9124 |
| EMAIL | gfoster@hollandhart.com |

| | |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 46264.0005 |
| OTHER APPOINTED ATTORNEY(S) | Brett L. Foster, D. Delos Larson, Christopher L. Wight, Mark A. Miller, Ryan L. Marshall, Trent N. Butcher, Cecilia M. Romero, H. Matthew Horlacher, Brian P. Kinnear, Scott S. Havlick, Timothy P. Getzoff, Donald A. Degnan, Kristine M. Miller, F. A. Sirr, Christopher J. Kulish, Matthew D. Abell, and Wendy J. Pifher |

**GOODS AND/OR SERVICES SECTION**

| | |
|---|---|
| INTERNATIONAL CLASS | 007 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT6\IMAGEOUT6 \758\013\75801328\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | Advertisement |

**PAYMENT SECTION**

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL AMOUNT | 300 |

**SIGNATURE SECTION**

| | |
|---|---|
| SIGNATURE | /T Dickson/ |
| SIGNATORY NAME | Thomas D. Dickson, Jr. |
| SIGNATORY DATE | 04/12/2006 |
| SIGNATORY POSITION | CEO |
| PAYMENT METHOD | DA |

**FILING INFORMATION**

| | |
|---|---|
| SUBMIT DATE | Thu Apr 13 10:57:09 EDT 2006 |
| TEAS STAMP | USPTO/S08N15-XXXXXXXXXXX-20060413105709900374-2431 060-2005b7668877a47cedd28 af2aa9482fe67-DA-1224-200 60411153339734707 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2431060
**REGISTRATION DATE:** 02/27/2001

**MARK:** BLENDTEC

The owner, K-TEC, INC., residing at 1206 South 1680 West, Orem, Utah United States 84058, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 007, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) Advertisement.
Specimen-1

The registrant hereby appoints L. Grant Foster and Brett L. Foster, D. Delos Larson, Christopher L. Wight, Mark A. Miller, Ryan L. Marshall, Trent N. Butcher, Cecilia M. Romero, H. Matthew Horlacher, Brian P. Kinnear, Scott S. Havlick, Timothy P. Getzoff, Donald A. Degnan, Kristine M. Miller, F. A. Sirr, Christopher J. Kulish, Matthew D. Abell, and Wendy J. Pifher of  Holland & Hart, LLP, P.O. Box 11583, Salt Lake City, Utah United States 84147-0583 to submit this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 46264.0005.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with all goods and/or services as identified above. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /T Dickson/     Date: 04/12/2006
Signatory's Name: Thomas D. Dickson, Jr.
Signatory's Position: CEO

Mailing Address:
  Holland & Hart, LLP
  P.O. Box 11583
  Salt Lake City, Utah 84147-0583

RAM Sale Number: 1224
RAM Accounting Date: 04/13/2006

Serial Number: 75801328
Internet Transmission Date: Thu Apr 13 10:57:09 EDT 2006

TEAS Stamp: USPTO/S08N15-XXXXXXXXXXX-200604131057099
00374-2431060-2005b7668877a47cedd28af2aa
9482fe67-DA-1224-20060411153339734707



# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 2431060

**Serial Number:** 75801328

**RAM Sale Number: 1224**

**RAM Accounting Date: 20060413**

**Total Fees:** $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| **Transaction** | **Fee Code** | **Transaction Date** | **Fee per Class** | **Number of Classes** | **Total Fee** |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20060413 | $100 | 1 | $100 |
| §15 affidavit | 7208 | 20060413 | $200 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:** 20060413



09-16-1999

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #64

| | |
|---|---|
| Applicant: | K-TEC, Inc. |
| Address: | 420 North Geneva Road<br>Lindon, Utah 84042 |
| First Use: | At least as early as 22 May 1999 |
| Goods: | Blending Units |

# BLENDTEC

TRADEMARK



75801328

TRADEMARK APPLICATION SERIAL NO. **75801328**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/22/1999 THINTON  00000045 061620   75801328
01 FC:361       245.00 CH

PTO-1555
(5/87)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

TRADEMARK APPLICATION SERIAL NO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Unknown
FILING DATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Filed Herewith
APPLICANT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . K-TEC, Inc.
LAW OFFICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Unknown
TRADEMARK ATTORNEY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Unknown
ATTORNEY'S DOCKET NO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7775
MARK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BLENDTEC

### TRANSMITTAL LETTER AND CERTIFICATE OF MAILING

To:     Assistant Commissioner          From:          L. Grant Foster
           for Trademarks                                    FOSTER & FOSTER L.L.C.
        2900 Crystal Drive                                  602 East 300 South
        Arlington, Virginia  22202-3513             Salt Lake City, Utah  84102
                                                               Telephone:  (801) 364-5633
                                                               Facsimile: (801) 355-8938

Enclosed are the items listed below submitted regarding the matter identified above:

1.      Transmittal Letter with Certificate of Mailing included
2.      PTO Return Postcard Receipt
3.      U.S. Trademark Application
4.      Drawing Sheet
5.      Three (3) Specimens Showing Mark

**Deposit Account Authorization** - The Commissioner is hereby authorized to charge payment of any applicable fees to Deposit Account No. 06-1620.

Date: 16 SEPT. 1999                      By: _____
                                                        L. Grant Foster
                                                        Registration No. 33,236

### CERTIFICATE OF MAILING

       I hereby certify the items listed above as enclosed are being deposited with the U.S. Postal Service as either first class mail or Express Mail, if the blank for Express Mail No. is completed below, in an envelope addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia  22202-3513, on the below indicated date.

**Express Mail No.** EL252626507US

Date: 16 September 1999          Signature: Kathy Case
                                            Name:  Kathy Case

KTEC\7775\9-16-99.TL

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:    BLENDTEC

International Class No.:    9

To the Assistant Commissioner for Trademarks:

**APPLICANT:**

K-TEC, INC.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Applicant is a corporation organized and existing under the laws of the State of Utah,
having a business address at 420 North Geneva Road, Lindon, Utah 84042.

**GOODS:**

Applicant requests registration of the above-identified trademark shown in the
accompanying drawing in the United States Patent and Trademark Office on the Principal Register
established by the Act of 5 July 1946 (15 U.S.C. § 1051 et seq., as amended) for the following
goods:

BLENDING UNITS

**BASIS FOR APPLICATION:**

Applicant is using the mark in commerce on or in connection with the above-identified
goods.  (15 U.S.C. § 1051(a), as amended.)  Three specimens showing the mark as used in
commerce are submitted with this application.

Date of first use of the mark anywhere:   at least as early as 22 May 1999.

KTEC7775\8-18-99-TM-APP

Date of first use of the mark in commerce which the U.S. Congress may regulate:  at least as early as 22 May 1999.

Type of commerce:  Interstate.

Manner or mode of use of mark on or in connection with the goods:   on labels affixed to the goods.

## APPOINTMENT OF ATTORNEYS:

Applicant appoints the law firm of FOSTER & FOSTER L.L.C., 602 East 300 South, Salt Lake City, Utah 84102, telephone number (801) 364-5633 and facsimile number (801) 355-8938, comprising attorneys Lynn G. Foster, Brett L. Foster, L. Grant Foster, and Ronald F. Price, to prosecute this application and transact all business in the Patent and Trademark Office in connection with this application, and to receive the Certificate of Registration.

All correspondence relating to this application and business in connection therewith is to be directed to L. Grant Foster, FOSTER & FOSTER L.L.C., 602 East 300 South, Salt Lake City, Utah 84102.  Direct telephone calls to:  L. Grant Foster, (801) 364-5633.

## DECLARATION:

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the trademark sought to be registered; to the best of his knowledge

KTEC7775\8-18-99.TM-APP

2

identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

K-TEC, INC.

Date: _8/19/99_    By: _____

Thomas D. Dickson
President

09-16-1999

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #64

Applicant:    K-TEC, Inc.

Address:    420 North Geneva Road
            Lindon, Utah 84042

First Use:    At least as early as 22 May 1999

Goods:    Blending Units

# BLENDTEC

TRADEMARK



75801328

75801328

