# EXHIBIT J

**Generated on:** This page was generated by TSDR on 2023-05-16 16:00:56 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85203654 | **Application Filing Date:** | Dec. 22, 2010 |
| **US Registration Number:** | 4050765 | **Registration Date:** | Nov. 01, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 29, 2021

**Publication Date:** May 03, 2011 **Notice of Allowance Date:** Jun. 28, 2011

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a swirl design.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 26.01.26 - Swirls; Coils; Spirals

## Related Properties Information

**International Registration Number:** 1080438

**International Application(s) /Registration(s) Based on this Property:** A0024690/1080438

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION

**International Class(es):** 007 - Primary Class     **U.S Class(es):** 013, 019, 021, 023, 031, 034, 035

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Mar. 2000                **Use in Commerce:** Mar. 2000

## Basis Information (Case Level)

**Filed Use:** No                        **Currently Use:** Yes

**Filed ITU:** Yes                       **Currently ITU:** No

**Filed 44D:** No                        **Currently 44E:** No

**Filed 44E:** No                        **Currently 66A:** No

**Filed 66A:** No                        **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLENDTEC, INC.

**Owner Address:** 1206 SOUTH 1680 WEST
OREM, UTAH UNITED STATES 84057

**Legal Entity Type:** CORPORATION       **State or Country** UTAH
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** L. Grant Foster       **Docket Number:** T271293.US.0

**Attorney Primary** ip.docket.slc@dorsey.com    **Attorney Email** Yes
**Email Address:**                               **Authorized:**

### Correspondent

**Correspondent** L. Grant Foster
**Name/Address:** Dorsey & Whitney LLP
111 South Main Street, Suite 2100
IP Department
Salt Lake City, UTAH UNITED STATES 84111-2176

**Phone:** 801-933-7360                  **Fax:** 801-933-7373

**Correspondent e-** ip.docket.slc@dorsey.com shimada.tiffany@dorse    **Correspondent e-** Yes
**mail:** y.com                                                          **mail Authorized:**

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 15, 2021 | NOTICE OF SUIT | |
| Jan. 29, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 29, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76293 |
| Jan. 29, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jan. 28, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Nov. 04, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 01, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 05, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 05, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 19, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 19, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76874 |
| Jul. 19, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| May 26, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 01, 2016 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 14, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 13, 2015 | CORRECTION UNDER SECTION 7 Â– PROCESSED | 74886 |

| | | |
|---|---|---|
| Dec. 23, 2014 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Dec. 13, 2014 | POST REGISTRATION ACTION MAILED - SEC. 7 | 74886 |
| Dec. 13, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Dec. 08, 2014 | TEAS SECTION 7 REQUEST RECEIVED | |
| Nov. 01, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 24, 2011 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Sep. 23, 2011 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 74221 |
| Sep. 21, 2011 | ASSIGNED TO LIE | 74221 |
| Sep. 07, 2011 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 07, 2011 | STATEMENT OF USE PROCESSING COMPLETE | 66530 |
| Sep. 01, 2011 | USE AMENDMENT FILED | 66530 |
| Sep. 07, 2011 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66530 |
| Sep. 01, 2011 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 28, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 03, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 03, 2011 | PUBLISHED FOR OPPOSITION | |
| Mar. 23, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 22, 2011 | ASSIGNED TO EXAMINER | 81092 |
| Jan. 03, 2011 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Jan. 01, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 25, 2010 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: GENERIC WEB UPDATE | Date in Location: Jan. 29, 2021 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 4 | Registrant: K-TEC, Inc. |

### Assignment 1 of 4

| | |
|---|---|
| Conveyance: | CHANGE OF NAME |
| Reel/Frame: | 5436/0914 |
| Date Recorded: | Jan. 08, 2015 |
| Supporting Documents: | assignment-tm-5436-0914.pdf |

**Pages: 3**

| | | | |
|---|---|---|---|
| **Assignor** | | | |
| Name: | K-TEC, INCORPORATED | Execution Date: | Dec. 30, 2014 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | UTAH |

| | | | |
|---|---|---|---|
| **Assignee** | | | |
| Name: | BLENDTEC, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | UTAH |
| Address: | 1206 SOUTH 1680 WEST OREM, UTAH 84058 | | |

| | |
|---|---|
| **Correspondent** | |
| Correspondent Name: | L. GRANT FOSTER, HOLLAND & HART LLP |
| Correspondent Address: | P.O. BOX 11583 SALT LAKE CITY, UT 84110 |

| |
|---|
| **Domestic Representative - Not Found** |

### Assignment 2 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5829/0333 | **Pages:** | 13 |
| **Date Recorded:** | Jul. 05, 2016 | | |
| **Supporting Documents:** | assignment-tm-5829-0333.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | BLENDTEC, INC. | **Execution Date:** | May 31, 2016 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | UTAH |
| **DBA, AKA, TA, Formerly:** | FORMERLY K-TEC, INCORPORATED | | |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ZB, N.A. | **State or Country Where Organized:** | UNITED STATES |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | | |
| **Address:** | ONE SOUTH MAIN STREET SUITE 300 SALT LAKE CITY, UTAH 84133 | | |
| **DBA, AKA, TA, Formerly:** | DBA ZIONS FIRST NATIONAL BANK | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | S. BRANDON OWEN |
| **Correspondent Address:** | 36 SOUTH STATE STREET SUITE 1400 SALT LAKE CITY, UT 84111 |

### Domestic Representative - Not Found

## Assignment 3 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 5846/0864 | **Pages:** | 11 |
| **Date Recorded:** | Aug. 04, 2016 | | |
| **Supporting Documents:** | assignment-tm-5846-0864.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ZB, N.A. | **Execution Date:** | Aug. 03, 2016 |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UTAH |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | BLENDTEC, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | UTAH |
| **Address:** | 1206 S 1680 W OREM, UTAH 84058 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | S. BRANDON OWEN |
| **Correspondent Address:** | 36 SOUTH STATE STREET SUITE 1400 SALT LAKE CITY, UT 84111 |

### Domestic Representative - Not Found

## Assignment 4 of 4

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5989/0272 | **Pages:** | 20 |
| **Date Recorded:** | Feb. 15, 2017 | | |
| **Supporting** | assignment-tm-5989-0272.pdf | | |

**Documents:** _____

| Assignor | |
|---|---|
| **Name:** BLENDTEC, INC. | **Execution Date:** Feb. 07, 2017 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** UTAH |

| Assignee | |
|---|---|
| **Name:** WASATCH BT LOAN FUND, LLC | **State or Country Where Organized:** UTAH |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | |
| **Address:** 299 S MAIN ST, STE 2400 SALT LAKE CITY, UTAH 84111 | |

| Correspondent |
|---|
| **Correspondent Name:** BRETT J. DAVIS |
| **Correspondent Address:** 136 E SOUTH TEMPLE, SUITE 1900 SALT LAKE CITY, UT 84111 |

| Domestic Representative - Not Found |
|---|

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1963 (Rev 05/2006)
OMB. No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4050765 |
| **REGISTRATION DATE** | 11/01/2011 |
| **SERIAL NUMBER** | 85203654 |
| **MARK SECTION** | |
| **MARK** | Miscellaneous Mark (stylized and/or with design, see mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | L. Grant Foster |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | Dorsey & Whitney LLP |
| **INTERNAL ADDRESS** | IP Department |
| **STREET** | 111 South Main Street, Suite 2100 |
| **CITY** | Salt Lake City |
| **STATE** | Utah |
| **POSTAL CODE** | 84111-2176 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 801-933-7360 |
| **EMAIL** | ip.docket.slc@dorsey.com |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | L. Grant Foster |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Dorsey & Whitney LLP |
| **INTERNAL ADDRESS** | IP Department |
| **STREET** | 111 South Main Street, Suite 2100 |
| **CITY** | Salt Lake City |
| **STATE** | Utah |
| **POSTAL CODE** | 84111-2176 |

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
|---|---|
| PHONE | 801-933-7360 |
| FAX | 801-933-7373 |
| EMAIL | ip.docket.slc@dorsey.com |
| DOCKET/REFERENCE NUMBER | T271293.US.0 |
| OTHER APPOINTED ATTORNEY | Lisa A. Osman and Tiffany D.W. Shimada |

**CORRESPONDENCE INFORMATION (current)**

| NAME | L. Grant Foster |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip.docket.slc@dorsey.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

**CORRESPONDENCE INFORMATION (proposed)**

| NAME | L. Grant Foster |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip.docket.slc@dorsey.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | shimada.tiffany@dorsey.com |
| DOCKET/REFERENCE NUMBER | T271293.US.0 |

**GOODS AND/OR SERVICES SECTION**

| INTERNATIONAL CLASS | 007 |
|---|---|
| GOODS OR SERVICES | ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | SPN0-170112245-2020110210 4139819510_._Renewal_specimen_1_twisted_jar_for_fo od_prep.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\S890002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\S890003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\S890004.JPG |
| ORIGINAL PDF FILE | SPN0-170112245-2020110210 4139819510_._Renewal_specimen_2_lid_for_blender.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\S890005.JPG |
| ORIGINAL PDF FILE | SPN0-170112245-2020110210 4139819510_._Renewal_specimen_3_blender.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\S890006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\S890007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\852\036\85203654\xml2\ |

| | [S890008.JPG](S890008.JPG) |
|---|---|
| **SPECIMEN DESCRIPTION** | two electronic displays which displays the product, provides a means of ordering the product and bears the mark in connection with the product and a photo of the lid for the product bearing the mark |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | BLENDTEC, INC. |
| **MAILING ADDRESS** | 1206 SOUTH 1680 WEST |
| **CITY** | OREM |
| **STATE** | Utah |
| **ZIP/POSTAL CODE** | 84058 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | BLENDTEC, INC. |
| **MAILING ADDRESS** | 1206 SOUTH 1680 WEST |
| **CITY** | OREM |
| **STATE** | Utah |
| **ZIP/POSTAL CODE** | 84057 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Utah |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE** | 425 |
| **TOTAL FEE PAID** | 425 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Michael Monson/ |
| **SIGNATORY'S NAME** | Michael Monson |
| **SIGNATORY'S POSITION** | General Counsel |
| **DATE SIGNED** | 11/02/2020 |
| **SIGNATORY'S PHONE NUMBER** | xxx-xxx-xxxx |
| **PAYMENT METHOD** | CC |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Wed Nov 04 14:25:16 ET 2020 |
| | USPTO/S08N09-XXX.XXX.XX.X |

| **TEAS STAMP** | -20201104142516693605-405<br>0765-7503d9da1c4e238ddbd2<br>4a679d228b5b13da4f259893c<br>a8b2b531e31a7b77e617-CC-2<br>5159792-20201102104139819<br>510 |
|---|---|

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4050765
**REGISTRATION DATE:** 11/01/2011

**MARK:** (Stylized and/or with Design, Miscellaneous Mark (see, mark))

**Current:** The owner, BLENDTEC, INC., a corporation of Utah, having an address of
   1206 SOUTH 1680 WEST
   OREM, Utah 84058
   United States

**Proposed:** The owner, BLENDTEC, INC., a corporation of Utah, having an address of
   1206 SOUTH 1680 WEST
   OREM, Utah 84057
   United States
   XXXX

is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 007, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) two electronic displays which displays the product, provides a means of ordering the product and bears the mark in connection with the product and a photo of the lid for the product bearing the mark.

**Original PDF file:**
SPN0-170112245-2020110210 4139819510_._Renewal_spec imen_1_twisted_jar_for_fo od_prep.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPN0-170112245-2020110210 4139819510_._Renewal_spec imen_2_lid_for_blender.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-170112245-2020110210 4139819510_._Renewal_spec imen_3_blender.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

The owner's/holder's current attorney information: L. Grant Foster. L. Grant Foster of Dorsey & Whitney LLP, is located at

   IP Department
   111 South Main Street, Suite 2100
   Salt Lake City, Utah 84111-2176
   United States

The phone number is 801-933-7360.

The email address is ip.docket.slc@dorsey.com

The owner's/holder's proposed attorney information: L. Grant Foster. Other appointed attorneys are Lisa A. Osman and Tiffany D.W. Shimada. L. Grant Foster of Dorsey & Whitney LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

>  IP Department
>  111 South Main Street, Suite 2100
>  Salt Lake City, Utah 84111-2176
>  United States

The docket/reference number is T271293.US.0.

The phone number is 801-933-7360.

The fax number is 801-933-7373.

The email address is ip.docket.slc@dorsey.com

L. Grant Foster submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
>  L. Grant Foster
>  PRIMARY EMAIL FOR CORRESPONDENCE: ip.docket.slc@dorsey.com
>  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
>  L. Grant Foster
>  PRIMARY EMAIL FOR CORRESPONDENCE: ip.docket.slc@dorsey.com
>  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): shimada.tiffany@dorsey.com

The docket/reference number is T271293.US.0.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $425 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Michael Monson/   Date: 11/02/2020
Signatory's Name: Michael Monson
Signatory's Position: General Counsel
Signatory's Phone: xxx-xxx-xxxx

Mailing Address **(current):**

Dorsey & Whitney LLP
 111 South Main Street, Suite 2100
 Salt Lake City, Utah 84111-2176

Mailing Address **(proposed):**
 Dorsey & Whitney LLP
 111 South Main Street, Suite 2100
 Salt Lake City, Utah 84111-2176

Serial Number: 85203654
Internet Transmission Date: Wed Nov 04 14:25:16 ET 2020
TEAS Stamp: USPTO/S08N09-XXX.XXX.XX.X-20201104142516
693605-4050765-7503d9da1c4e238ddbd24a679
d228b5b13da4f259893ca8b2b531e31a7b77e617
-CC-25159792-20201102104139819510



Helpful?

★★★★★ Mandy · 2 years ago
### Perfect replacement
Ordered another lid because my roommates lost the original... got here quick and I was able to get my blend on again!

Quality of Product

Value of Product

Ease of Use

Helpful?

★★★★★ Nhung · a year ago
### Good product
I bought it last month to replace for my old one. It fits well to the jar and works perfectly. Thank you.

Quality of Product

Value of Product

Ease of Use

Helpful?

★★★★★ V_Duke13 · 3 years ago
Our dog ate our original Blendtec Lid so ordered this replacement. Product arrived quickly and was exactly as advertised. Happy with my purchase.

Quality of Product

Value of Product

Ease of Use

Helpful?

★★★★★ US#1 · a year ago
### Way better than their first lids
I have been waiting a few years for Blentec to improve on the legacy lid which leaked and would seal only if it was wet. The new lid holds firmly on the inside and outer sides of the lid perfectly sealing all sides of the jar lip. I recommend these lids to anyone and would buy again.

Quality of Product

Value of Product

Ease of Use

Helpful?

★★★★★ Wendy 70665 · 6 months ago
### I love the bigger opening!
Even more than having a bigger opening, I lost the little clear thing for my first top in moving, and it would be quite a bit harder to lose this top! Also, the pieces to this top fit well in the bottom part of the dishwasher, making everything so much easier!

Quality of Product

Value of Product

Ease of Use

Helpful?

★★★★★ Lid lover · 3 months ago
### Love my new lid
The old lid which got lost was not as snug fitting. I temporarily used Tupperware lids in the meantime to make do and it always leaked. This new lid fit snugly and I have no more leaks or splatters. No more having to clean up after every blender use.

Quality of Product

Value of Product

Ease of Use

Helpful?

1–8 of 20 Reviews    ◄  ►

You may also like












Total Blender + Red and Orange Blendfresh Bundle
$999.95 $299.95

Total Blender + Green and Purple Blendfresh Bundle
$999.95 $299.95

WildSide+ Jar
$129.95

FourSide Jar
$109.95

F-Filter
$2.50



## Blendtec.

**COMPANY**

About Blendtec

Commercial

Affiliates

Media

International Dealers

Careers

Become a Dealer

Ambassador Program

**SUPPORT**

Contact Blendtec

Warranty

Commercial Warranty

Return Policy

FAQs

**RESOURCES**

Blending 101

Product Registration

Product Guides

Use & Care

Blog

Blendtec's Will It Blend

© 2020 Blendtec "PEAK HORSEPOWER" (PHP) DOES NOT DENOTE THE OPERATIONAL HORSEPOWER OF A BLENDER BUT RATHER THE HORSEPOWER OUTPUT OF A MOTOR, INCLUDING THE MOTOR'S INERTIAL CONTRIBUTION, ACHIEVED IN LABORATORY TESTING. IN ACTUAL USE, BLENDTEC MOTORS DO NOT OPERATE AT THE PEAK HORSEPOWER SHOWN.



screenshot-www.blendtec.com-2020.10.30-10_28_21
https://www.blendtec.com/collections/professional-blenders/products/professional-801
30.10.2020

DUE TO THE IMPACTS OF THE COVID 19 PANDEMIC ON OUR SUPPLY CHAIN, THERE MIGHT BE DELAY IN RECEIVING YOUR ONLINE ORDER. WE APOLOGIZE FOR ANY INCONVENIENCE    ✕

**Ⓑblendtec.**    RESIDENTIAL ⌄    COMMERCIAL ⌄    RECIPES    🔍    🛒






## Professional 800

~~$1,099.95~~ $799.95

COLOR

| Black |

| Add to cart |



Buy with amazon pay

More payment options

Starting at $73/mo with affirm. Prequalify Now

### The World's Quietest Blender

If you are looking for the best quiet blender, the Professional 800 boasts the most advanced blending technology ever seen.

Features include:

- Ultra powerful 1800 watt motor
- Illuminated, capacitive touch interface
- Pre-programmed cycles: Batters, Mixed Drinks, Smoothie, Frozen Treats, Whole Juice, and Hot Soup
- 11-speed manual touch slider + Pulse
- Illuminated display provides feedback, information, and time remaining
- Exclusive sound enclosure—a truly silent blender

### Stealth Technology™.

The Professional 800 is the quietest blender that operates at a sound level that won't interrupt. Housed in a sleek, sealed sound enclosure, it features the most advanced proprietary sound dampening and airflow innovations anywhere—proving that industrial-strength power doesn't require industrial-strength noise.

### 11-Speed Touch Slider + Pulse

For the ultimate precision speed control, the Professional 800 features an 11-speed capacitive touch slider. Users can blend to the perfect consistency simply by sliding a finger up and down the control panel. The pulse button adds a burst of high-speed blending power all while keeping the noise level at a minimum.

### 6 Preprogrammed Blend Cycles

Six pre-programmed blend cycles are customized to blend just about any recipe—from green smoothies to margaritas to hot soups—with the touch of an icon.

f Share    🐦 Tweet    📌 Pin It

### Reviews

★★★★★



★★★★★ MaryLou · 3 years ago

**amazing power**

I've only had this blender a wk. Its amazing! I've made "whole food" smoothies each morning. I don't need to cut anything up, remove seeds, or peel anything except in rare cases when unhealthy. This means I get the health benefits that actually grow in these fruits & veggies, their pits, & peels. I can't wait to try making ice cream blends & hot soups. I'd heard these blenders were too noisy, but that's not my experience at all. I love it.

| Quality of Product | ──────── |
| Value of Product | ──────── |
| Ease of Use | ──────── |



Helpful?

★★★★★ Angw11 · 5 years ago
**Best Kitchen Appliance Purchase Ever**

We LOVE this blender. It puts every previous blender purchase to shame. We purchased it through Costco at a pretty reasonable price which included the wild side jar. Pretty reasonable by pricey blender standards anyway. We debated a lot between Blendtec and a Vitamix, but the features/cost of the Blendtec won out and we haven't had a shred of regret. The blending is thoroughly awesome and the ability to heat things up (like making steamed milk) is easy and efficient. Our smoothies are lighter and better blended without stopping repeatedly to try to scrape the sides down and hand-stir to keep things moving, even those that include solidly frozen items. This was a great investment and after a year we are still very happy.

Quality of Product
Value of Product
Ease of Use

Helpful?

★★★★★ Rachel Owlglass · 5 years ago
**Life changing ... really!**

Got this model about 2 years & it's FAN-TASTIC! In addition to soups & green smoothies I make tons of pesto & romesco, small amounts of almond meal all the time, some doughs, tons of fruit &/or vegetable-based condiments ... plus plus plus. So many more vegetable-based dishes now because it's so much easier to precisely & easily process the veg. Inspired by a friend's post on Facebook from 2 years ago that came up as old memory ... read my question to him about high-powered blender, now passing this on to YOU>

Quality of Product
Value of Product
Ease of Use

Helpful?

★★★★★ Shop4Value · 5 years ago
**Love it! Using it every day!**

I bought this from Costco.com in May 2015 for a fabulous wholesale price. The package from Costco included also a Twister Jar. I was skeptical at first because the package still cost significantly more than most blenders out there, but it has turned out to be an excellent purchase! My daughter and I have enjoyed making fruit smoothies, frozen drink, whole juice, etc. DAILY since I bought it! Everything comes out smooth and evenly blended. Very powerful machine but simple to use and easy to clean up. Its blades are truly blunt so you don't accidentally cut your fingers when you clean it up. But I rarely need to even put my hands into the jar; just a drop of soap, some water, and 20 seconds of pulsing are enough to clean it up completely. One inherent issue often found with machines with powerful motor: It's VERY LOUD! I usually must cover my ears while it operates. I wanted to give it a 5-star, but taking back 1 star due to its loudness. Hopefully, Blendtec can sound-proof the motor better in future production!

Quality of Product
Value of Product
Ease of Use

Helpful?

★★★★★ oceanme · 4 years ago
**Powerful! Easy to use!**

Very Happy with the 750 Pro. A breeze to clean...but don't use a sponge with a scrub pad. It did scratch up the plastic. I wish I knew that first. And also my friend said do not put it in the dishwasher, it will fog the plastic forever. I have had the blender for about 3 weeks now. And I do use it everyday. Con: Still very loud!

Thanks for reading this...;)

Quality of Product
Value of Product
Ease of Use

Helpful?

★★★★★ NellC · 4 years ago
**No Buyer's Remorse**

I've had this Blendtec Professional 750 about a month now, and I have no buyer's remorse. Before I made this purchase, I did a bunch of research comparing the offerings from Vitamix and Blendtec, and now I see up-close how well-made and heavy-duty/solid this Blendtec model is. I discovered some of Blendtec's original technologies were ripped off by Vitamix, so that also factored into my choice of brand. I like the different cycles, preprogrammed for different results. I'm impressed and am looking forward to trying new some recipes with it.

Quality of Product
Value of Product
Ease of Use

Helpful?

★★★★★ JV DesignWorks · 4 years ago
**Top Quality Blender**

Appropriately priced for the quality and performance of this model. This is a heavy commercial-style blender that will break down root vegetables, seeds and frozen fruits into a velvety smoothie and turn itself off in 60 seconds. My only regret is the lineup of inferior blenders that I tried previously.

Quality of Product
Value of Product
Ease of Use

Helpful?

★★★★★ DJ Gemini · 4 years ago
**Best Blender ever**

I bought this blended AFTER buying a Vitamix The Vitamix did it's job too but this was a better looking and better built blender in side by side comparison. Love the preset modes and the pulverizing blade. Works flawlessly.

Quality of Product
Value of Product
Ease of Use

Helpful?

1-8 of 16 Reviews    ◄  ►

## You may also like





Total Blender + Red and Orange Blendfresh Bundle
$399.95  $299.95

Total Blender + Green and Purple Blendfresh Bundle
$399.95  $299.95

Professional 750
$749.95



← Back to Professional Blenders

**Ⓑlendtec.**

f  t  p  ⊙  ▶

**COMPANY**
About Blendtec
Commercial
Affiliates
Media
International Dealers
Careers
Become a Dealer
Ambassador Program

**SUPPORT**
Contact Blendtec
Warranty
Commercial Warranty
Return Policy
FAQs

**RESOURCES**
Blending 101
Product Registration
Product Guides
Use & Care
Blog
Blendtec's Will It Blend

© 2020 Blendtec "PEAK HORSEPOWER" (PHP) DOES NOT DENOTE THE OPERATIONAL HORSEPOWER OF A BLENDER BUT RATHER THE HORSEPOWER OUTPUT OF A MOTOR, INCLUDING THE MOTOR'S INERTIAL CONTRIBUTION, ACHIEVED IN LABORATORY TESTING. IN ACTUAL USE, BLENDTEC MOTORS DO NOT OPERATE AT THE PEAK HORSEPOWER SHOWN.

/

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    4050765



**Serial Number:**    85203654

**RAM Sale Number:  4050765**



**RAM Accounting Date:  20201104**

**Total Fees:**    $425

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20201104 | $125 | 1 | 1 | $125 |
| Application for Renewal (§9) | 7201 | 20201104 | $300 | 1 | 1 | $300 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20201104



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4050765 |
| **REGISTRATION DATE** | 11/01/2011 |
| **SERIAL NUMBER** | 85203654 |
| **MARK SECTION** | |
| **MARK** | Miscellaneous Mark (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/85203654/large) |
| **ATTORNEY SECTION (current)** | |
| NAME | L. Grant Foster |
| FIRM NAME | HOLLAND & HART LLP |
| STREET | 222 S MAIN ST STE 2200 |
| CITY | SALT LAKE CITY |
| STATE | Utah |
| POSTAL CODE | 84101-2194 |
| COUNTRY | United States |
| PHONE | 801-799-5830 |
| FAX | 801-799-5700 |
| EMAIL | slcipdocket@hollandhart.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 46264.0074 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | L. Grant Foster |
| FIRM NAME | HOLLAND & HART LLP |
| STREET | P.O. Box 11583 |
| CITY | SALT LAKE CITY |
| STATE | Utah |
| POSTAL CODE | 84110 |
| COUNTRY | United States |
| PHONE | 8017995802 |
| EMAIL | docket@hollandhart.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 46264.0074 |

| OTHER APPOINTED ATTORNEY | H. Matthew Horlacher, Tiffany D. Shimada, Bradley B. Jensen, Scott S. Havlick, Ester Mailaro, Andrew Roppel, Larry Tronco and all other attorneys at Holland & Hart |
|---|---|

## CORRESPONDENCE SECTION (current)

| NAME | L. GRANT FOSTER |
|---|---|
| FIRM NAME | HOLLAND & HART LLP |
| STREET | 222 S MAIN ST STE 2200 |
| CITY | SALT LAKE CITY |
| STATE | Utah |
| POSTAL CODE | 84101-2194 |
| COUNTRY | United States |
| PHONE | 801-799-5830 |
| FAX | 801-799-5700 |
| EMAIL | slcipdocket@hollandhart.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 46264.0074 |

## CORRESPONDENCE SECTION (proposed)

| NAME | L. GRANT FOSTER |
|---|---|
| FIRM NAME | HOLLAND & HART LLP |
| STREET | P.O. Box 11583 |
| CITY | SALT LAKE CITY |
| STATE | Utah |
| POSTAL CODE | 84110 |
| COUNTRY | United States |
| PHONE | 8017995802 |
| EMAIL | docket@hollandhart.com; tdshimada@hollandhart.com; klanderson@hollandhart.com; cathomas@hollandhart.com; kcase@hollandhart.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 46264.0074 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 007 |
|---|---|
| GOODS OR SERVICES | ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\852\036\85203654\xml2\8150002.JPG |
| SPECIMEN DESCRIPTION | webpage showing use of the mark in the sale of the goods |

## OWNER SECTION (current)

| NAME | BLENDTEC, INC. |
|---|---|
| STREET | 1206 SOUTH 1680 WEST |

| CITY | OREM |
|---|---|
| STATE | Utah |
| ZIP/POSTAL CODE | 84058 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Utah |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Tiffany Shimada/ |
| SIGNATORY'S NAME | Tiffany Shimada |
| SIGNATORY'S POSITION | Attorney of Record, Utah Bar Member |
| DATE SIGNED | 05/26/2017 |
| SIGNATORY'S PHONE NUMBER | 801.799.5892 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri May 26 20:21:11 EDT 2017 |
| TEAS STAMP | USPTO/S08N15-XX.XXX.XXX.X X-20170526202111605290-40 50765-590be4bc70dc81f094b 12aec13ff57adda5c7d36797d 965ff15dde54ab76dd92ab-CC -6190-2017052614430332374 5 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4050765
**REGISTRATION DATE:** 11/01/2011

**MARK:** (Stylized and/or with Design, Miscellaneous Mark (see, mark))

The owner, BLENDTEC, INC., a corporation of Utah, having an address of
    1206 SOUTH 1680 WEST
    OREM, Utah 84058
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 007, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) webpage showing use of the mark in the sale of the goods.
Specimen File1
The registrant's current Attorney Information: L. Grant Foster of  HOLLAND & HART LLP
    222 S MAIN ST STE 2200
    SALT LAKE CITY, Utah 84101-2194
    United States
The phone number is 801-799-5830.
The fax number is 801-799-5700.
The email address is slcipdocket@hollandhart.com. (authorized)
The docket/reference number is 46264.0074.

The registrant's proposed Attorney Information: L. Grant Foster of  HOLLAND & HART LLP
    P.O. Box 11583
    SALT LAKE CITY, Utah 84110
    United States The docket/reference number is 46264.0074.
The Other Appointed Attorney(s): H. Matthew Horlacher, Tiffany D. Shimada, Bradley B. Jensen, Scott S. Havlick, Ester Mailaro, Andrew Roppel, Larry Tronco and all other attorneys at Holland & Hart.

The phone number is 8017995802.
The email address is docket@hollandhart.com. (authorized)
The registrant's current Correspondence Information: L. GRANT FOSTER of  HOLLAND & HART LLP
    222 S MAIN ST STE 2200
    SALT LAKE CITY, Utah 84101-2194
    United States
The phone number is 801-799-5830.
The fax number is 801-799-5700.
The email address is slcipdocket@hollandhart.com. (authorized)
The docket/reference number is 46264.0074.

The registrant's proposed Correspondence Information: L. GRANT FOSTER of  HOLLAND & HART LLP
    P.O. Box 11583
    SALT LAKE CITY, Utah 84110

United States The docket/reference number is 46264.0074.

The phone number is 8017995802.
The email address is docket@hollandhart.com; tdshimada@hollandhart.com; klanderson@hollandhart.com; cathomas@hollandhart.com; kcase@hollandhart.com. (authorized)

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Tiffany Shimada/   Date: 05/26/2017
Signatory's Name: Tiffany Shimada
Signatory's Position: Attorney of Record, Utah Bar Member
Signatory's Phone: 801.799.5892

Mailing Address **(current)**:
  HOLLAND & HART LLP
  222 S MAIN ST STE 2200
  SALT LAKE CITY, Utah 84101-2194

Mailing Address **(proposed)**:
  HOLLAND & HART LLP
  P.O. Box 11583
  SALT LAKE CITY, Utah 84110

Serial Number: 85203654
Internet Transmission Date: Fri May 26 20:21:11 EDT 2017
TEAS Stamp: USPTO/S08N15-XX.XXX.XXX.XX-2017052620211
1605290-4050765-590be4bc70dc81f094b12aec
13ff57adda5c7d36797d965ff15dde54ab76dd92
ab-CC-6190-20170526144303323745

Live Chat     Questions? Call **1-800-748-5400**     Sign In



SHOP | RECIPES | BLOG | FIND A STORE



ZOOM

  

## Designer 725

SmartBlend technology, multi-speed pulse, a 100-speed touch slider, and a sleek, show-stopping design make the Designer 725 the star of any kitchen.

**Package Includes:**

- Designer 725 motor base
- BPA-free jar with vented Gripper™ lid
- Blending 101 quick-start guide and recipes

★★★★★ 4.8 (97)     Write a review     Ask a question



$679.95 USD

**AS LOW AS $60 /MONTH**

Color:
Stainless ▼

**ADD TO CART** ›

---

Features | Specs | Reviews | Q&A

### The World's Smartest Blender

The Blendtec Designer 725 boasts the most advanced blending technology ever seen

Features include:

- 3.8 peak horsepower motor
- Illuminated, capacitive touch interface
- Preprogrammed cycles: Smoothie, Salsa, Ice Cream, Whole Juice, Hot Soup, Clean
- 100-speed capacitive touch slider
- Illuminated display indicates remaining blend time

### SmartBlend Technology

The Blendtec Designer 725 is truly the blender with a brain. Our exclusive SmartBlend technology senses and identifies potential problems that could interfere with the perfect blend-including loading errors, overheating, or air pockets - and then tells users how to fix them.

### 100-Speed Capacitive Touch Slider + Multi-Speed Pulse

Get seamless precision speed control for 100 speeds with the slide of a finger. It even tells you which speed to use for stirring, chopping, mixing, blending, or pureeing. Use Multi-Speed Pulse for an added burst of power at any speed.

### Preprogrammed Blend Cycles

Six preprogrammed custom cycles enable one-touch blending perfection: Smoothie, Salsa, Ice Cream, Whole Juice, Hot Soup, and Clean. The Designer 725 even suggests additional uses for each cycle so you know how to get the most from your blender.



### Tap For More

During any blend cycle, easily add 10 seconds with a single tap to the blend cycle icon you are currently using. So you can achieve just the consistency you're looking for.

---

**COMPANY**

About Us
Careers
Media
Affiliates
Commercial
Become a Dealer
International Dealers

**CUSTOMER SUPPORT**

1-800-748-5400
Contact Us
Warranty
Commercial Warranty
Return Policy
FAQs

**RESOURCES**

Register a Product
Product Guides
Use & Care

   

* 'PEAK HORSEPOWER' (PHP) DOES NOT DENOTE THE OPERATIONAL HORSEPOWER OF A BLENDER BUT RATHER THE HORSEPOWER OUTPUT OF A MOTOR, INCLUDING THE MOTOR'S INERTIAL CONTRIBUTION, ACHIEVED IN LABORATORY TESTING. IN ACTUAL USE, BLENDTEC MOTORS DO NOT OPERATE AT THE PEAK HORSEPOWER SHOWN.

COPYRIGHT © 2017 BLENDTEC INC. ALL RIGHTS RESERVED. 🔗
PRIVACY POLICY | TERMS & CONDITIONS



## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    4050765



**Serial Number:**    85203654



**RAM Sale Number:  4050765**

**RAM Accounting Date:  20170530**

**Total Fees:**    $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20170526 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20170526 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20170526



PTO Form 1597 (Rev 11/2007)
OMB No. 0651-0055 (Exp. 07/31/2018)

# Section 7 Request Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4050765 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **SERIAL NUMBER** | 85203654 |
| **MARK SECTION** | |
| MARK FILE NAME | http://tsdr.uspto.gov/img/85203654/large |
| LITERAL ELEMENT | Miscellaneous Mark |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **OWNER SECTION (current)** | |
| NAME | K-TEC, Inc. |
| STREET | 1206 South 1680 West |
| CITY | Orem |
| STATE | Utah |
| ZIP/POSTAL CODE | 84058 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Utah |
| **EXPLANATION OF FILING** | |
| Applicant respectfully requests that the date of first use anywhere and the date of first use in commerce be amended from 10/07/2010 to 03/00/2000 and a new certificate be issued. | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| U.S. CLASS | 007 |
| IDENTIFICATION | |
| ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/07/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/07/2010 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| U.S. CLASS | 007 |
| IDENTIFICATION | |
| ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION | |

| **FILING BASIS** | Section 1(a) |
| --- | --- |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/00/2000 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/00/2000 |

## ATTORNEY SECTION

| **ORIGINAL ADDRESS** | L. GRANT FOSTER<br>HOLLAND & HART LLP<br>222 S MAIN ST STE 2200<br>SALT LAKE CITY<br>Utah (UT)<br>United States (USX)<br>84101-2194 |
| --- | --- |

### NEW ATTORNEY SECTION

| **NAME** | L. Grant Foster |
| --- | --- |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | 46264.0074 |
| **STREET** | 222 S MAIN ST STE 2200 |
| **CITY** | SALT LAKE CITY |
| **STATE** | Utah |
| **ZIP/POSTAL CODE** | 84101-2194 |
| **COUNTRY** | United States |
| **PHONE** | 801-799-5830 |
| **FAX** | 801-799-5700 |
| **EMAIL** | slcipdocket@hollandhart.com |
| **AUTHORIZED EMAIL COMMUNICATION** | Yes |

## CORRESPONDENCE SECTION

| **ORIGINAL ADDRESS** | L. GRANT FOSTER<br>HOLLAND & HART LLP<br>222 S MAIN ST STE 2200<br>SALT LAKE CITY<br>Utah (UT)<br>United States (USX)<br>84101-2194 |
| --- | --- |

### NEW CORRESPONDENCE SECTION

| **NAME** | L. Grant Foster |
| --- | --- |
| **FIRM NAME** | Holland & Hart LLP |
| **DOCKET/REFERENCE NUMBER** | 46264.0074 |
| **STREET** | 222 S MAIN ST STE 2200 |
| **CITY** | SALT LAKE CITY |
| **STATE** | Utah |
| **ZIP/POSTAL CODE** | 84101-2194 |
| **COUNTRY** | United States |
| **PHONE** | 801-799-5830 |
| **FAX** | 801-799-5700 |

| EMAIL | slcipdocket@hollandhart.com;gfoster@hollandhart.com; klanderson@hollandhart.com; kcase@hollandhart.com |
|---|---|
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **PAYMENT SECTION** | |
| TOTAL AMOUNT | 100 |
| TOTAL FEES DUE | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /tdickson/ |
| SIGNATORY'S NAME | Thomas D. Dickson, Jr. |
| SIGNATORY'S POSITION | Founder |
| DATE SIGNED | 12/08/2014 |
| REQUEST SIGNATURE | /L. Grant Foster/ |
| SIGNATORY'S NAME | L. Grant Foster |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 12/08/2014 |
| AUTHORIZED SIGNATORY | YES |
| CONCURRENT § 8, 8 &15, OR 8 &9 FILED | NO |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Dec 08 18:53:34 EST 2014 |
| TEAS STAMP | USPTO/S7R-XX.XXX.XXX.XX-2 0141208185334655625-40507 65-50036293c85c4d7358f1d3 8c3f1529bae3bcb470414c9c9 6e0e9a94c967a268534-DA-57 44-20141208142215852800 |

PTO Form 1597 (Rev 11/2007)
OMB No. 0651-0055 (Exp. 07/31/2018)

## Section 7 Request Form

## To the Commissioner for Trademarks:

The registrant requests the following amendment(s) to registration no. **4050765** Miscellaneous Mark (Stylized and/or with Design, see http://tsdr.uspto.gov/img/85203654/large) has been amended as follows:

**EXPLANATION OF FILING**

Applicant respectfully requests that the date of first use anywhere and the date of first use in commerce be amended from 10/07/2010 to 03/00/2000 and a new certificate be issued.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Registrant proposes to amend the following class of goods/services in the application:**
Current: Class 007 for ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The registrant is using the mark in commerce, or the registrant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 10/07/2010 and first used in commerce at least as early as 10/07/2010, and is now in use in such commerce.

**Proposed:** Class 007 for ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION
**Filing Basis: Section 1(a), Use in Commerce:** The registrant is using the mark in commerce, or the registrant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/00/2000 and first used in commerce at least as early as 03/00/2000, and is now in use in such commerce.
**OWNER AND/OR ENTITY INFORMATION**
**Registrant proposes to amend the following:**
**Current:** K-TEC, Inc., a corporation of Utah, having an address of
    1206 South 1680 West
    Orem, Utah 84058
    United States
**Proposed:** K-TEC, Inc., a corporation of Utah, having an address of

    1206 South 1680 West
    Orem, Utah 84058
    United States


**ATTORNEY INFORMATION**
Registrant proposes to amend the following:
**Current:** L. GRANT FOSTER HOLLAND & HART LLP 222 S MAIN ST STE 2200 SALT LAKE CITY Utah (UT) United States (USX) 84101-2194
**Proposed:** L. Grant Foster, having an address of 222 S MAIN ST STE 2200 SALT LAKE CITY, Utah United States 84101-2194, whose e-mail address is slcipdocket@hollandhart.com, whose phone number is 801-799-5830 and whose fax number is 801-799-5700.
The attorney docket/reference number is 46264.0074.


**CORRESPONDENCE ADDRESS CHANGE**
Registrant proposes to amend the following:
**Current:** L. GRANT FOSTER HOLLAND & HART LLP 222 S MAIN ST STE 2200 SALT LAKE CITY Utah (UT) United States (USX) 84101-2194
**Proposed:** L. Grant Foster of Holland & Hart LLP, having an address of 222 S MAIN ST STE 2200 SALT LAKE CITY, Utah United States 84101-2194, whose e-mail address is slcipdocket@hollandhart.com;gfoster@hollandhart.com; klanderson@hollandhart.com; kcase@hollandhart.com, whose phone number is 801-799-5830 and whose fax number is 801-799-5700.
The docket/reference number is 46264.0074.


**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /tdickson/    Date: 12/08/2014
Signatory's Name: Thomas D. Dickson, Jr.
Signatory's Position: Founder
Signatory's Phone: 8012220888

**Request Signature**
Signature: /L. Grant Foster/    Date: 12/08/2014
Signatory's Name: L. Grant Foster
Signatory's Position: Attorney of Record

Signatory's Phone: 801-799-5830

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the registrant's attorney or an

associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the registrant in this matter: (1) the registrant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the registrant has filed a power of attorney appointing him/her in this matter; or (4) the registrant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

The applicant is NOT filing a Declaration of Use of Mark under Section 8; a Combined Declaration of Use of Mark under Sections 8 & 15; or a Combined Declaration of Use of Mark/Application for Renewal of Registration of Mark under Sections 8 & 9 in conjunction with this Section 7 Request.

Mailing Address:   L. Grant Foster
  Holland & Hart LLP
  222 S MAIN ST STE 2200
  SALT LAKE CITY, Utah 84101-2194

RAM Sale Number: 4050765
RAM Accounting Date: 12/09/2014

Serial Number: 85203654
Internet Transmission Date: Mon Dec 08 18:53:34 EST 2014
TEAS Stamp: USPTO/S7R-XX.XXX.XXX.XX-2014120818533465
5625-4050765-50036293c85c4d7358f1d38c3f1
529bae3bcb470414c9c96e0e9a94c967a268534-
DA-5744-20141208142215852800

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   4050765

**Serial Number:**  85203654

**RAM Sale Number:  4050765**

**RAM Accounting Date:  20141209**

**Total Fees:**    $100

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee | |
|---|---|---|---|---|---|---|
| §7 request | | 20141208 | $0 | 0 | 0 | $100 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20141208



PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85203654 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **OWNER SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 007 |
| **CURRENT IDENTIFICATION** | ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 10/07/2010 |
| **FIRST USE IN COMMERCE DATE** | 10/07/2010 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\852\036\85203654\xml7\ SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | a photograph of the product |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Thomas D Dickson Jr/ |
| **SIGNATORY'S NAME** | Thomas D. Dickson, Jr. |
| **SIGNATORY'S POSITION** | CEO |
| **DATE SIGNED** | 08/31/2011 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Thu Sep 01 10:27:17 EDT 2011 |
| **TEAS STAMP** | USPTO/SOU-XX.XXX.XXX.XX-2 0110901102717320432-85203 654-4805dc1c6e2fef9790447 c5838ab528271-DA-21503-20 110829164940898130 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** Miscellaneous Mark (stylized and/or with design)
**SERIAL NUMBER:** 85203654

The applicant, K-TEC, Inc., having an address of
   1206 South 1680 West
   Orem, Utah 84058
   United States
is submitting the following allegation of use information:

For International Class 007:
Current identification: ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/07/2010, and first used in commerce at least as early as 10/07/2010, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a photograph of the product.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Thomas D Dickson Jr/    Date Signed: 08/31/2011
Signatory's Name: Thomas D. Dickson, Jr.
Signatory's Position: CEO

RAM Sale Number: 21503
RAM Accounting Date: 09/01/2011

Serial Number: 85203654
Internet Transmission Date: Thu Sep 01 10:27:17 EDT 2011
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XX-2011090110271732

0432-85203654-4805dc1c6e2fef9790447c5838
ab528271-DA-21503-20110829164940898130



**FEE RECORD SHEET**

**Serial Number:**   85203654

**RAM Sale Number:  21503**

**Total Fees:**     $100

**RAM Accounting Date:  20110901**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20110901 | $100 | 1 | $100 |

**Transaction Date:**   20110901







PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85203654**
**Filing Date: 12/22/2010**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85203654 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT11\IMAGEOUT 11\852\036\85203654\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a swirl design. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 694 x 898 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | K-TEC, Inc. |
| *STREET | 1206 South 1680 West |
| *CITY | Orem |
| *STATE (Required for U.S. applicants) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 84058 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Utah |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 007 |
| *IDENTIFICATION | ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | L. Grant Foster |
| **ATTORNEY DOCKET NUMBER** | 46264.0074 |

| FIRM NAME | Holland & Hart LLP |
|---|---|
| INTERNAL ADDRESS | P.O. Box 11583 |
| STREET | 222 South Main Street, Suite 2200 |
| CITY | Salt Lake City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84101 |
| PHONE | 801-799-5830 |
| FAX | 801-799-5700 |
| EMAIL ADDRESS | slcipdocket@hollandhart.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Brett L. Foster, Mark A. Miller, H. Matthew Horlacher, Scott C. Nielson, J. Scott Karren, Joshua N. Randall, Bradley B. Jensen, and Bryan G. Pratt |
| **CORRESPONDENCE INFORMATION** | |
| NAME | L. Grant Foster |
| FIRM NAME | Holland & Hart LLP |
| INTERNAL ADDRESS | P.O. Box 11583 |
| STREET | 222 South Main Street, Suite 2200 |
| CITY | Salt Lake City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84101 |
| PHONE | 801-799-5830 |
| FAX | 801-799-5700 |
| EMAIL ADDRESS | slcipdocket@hollandhart.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Tom Dickson/ |
| SIGNATORY'S NAME | Thomas D. Dickson, Jr. |
| SIGNATORY'S POSITION | CEO |
| DATE SIGNED | 12/22/2010 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85203654**
**Filing Date: 12/22/2010**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of a swirl design.
The applicant, K-TEC, Inc., a corporation of Utah, having an address of
   1206 South 1680 West
   Orem, Utah 84058
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 007:  ELECTRIC FOOD BLENDERS FOR USE IN THE FIELD OF FOOD AND DRINK PREPARATION
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
L. Grant Foster and Brett L. Foster, Mark A. Miller, H. Matthew Horlacher, Scott C. Nielson, J. Scott Karren, Joshua N. Randall, Bradley B. Jensen, and Bryan G. Pratt of Holland & Hart LLP

   P.O. Box 11583
   222 South Main Street, Suite 2200
   Salt Lake City, Utah 84101
   United States
The attorney docket/reference number is 46264.0074.

The applicant's current Correspondence Information:
   L. Grant Foster
   Holland & Hart LLP
   P.O. Box 11583
   222 South Main Street, Suite 2200
   Salt Lake City, Utah 84101
   801-799-5830(phone)
   801-799-5700(fax)
   slcipdocket@hollandhart.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Tom Dickson/    Date Signed: 12/22/2010
Signatory's Name: Thomas D. Dickson, Jr.
Signatory's Position: CEO


RAM Sale Number: 11376
RAM Accounting Date: 12/22/2010

Serial Number: 85203654
Internet Transmission Date: Wed Dec 22 11:18:06 EST 2010
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XX-2010122211180663
6467-85203654-470169b3f433af5bca1b445e8d
622c2d962-DA-11376-20101221171203400410



