# EXHIBIT K

PageVault

| | |
|---|---|
| Document title: | Patrick McGill - Attorney At Law - McGill & Co., P.C. | LinkedIn |
| Capture URL: | https://www.linkedin.com/in/pamcgill |
| Page loaded at (UTC): | Mon, 15 May 2023 18:04:25 GMT |
| Capture timestamp (UTC): | Mon, 15 May 2023 18:05:05 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | cMca7MMWs3YDaosYJivDUw |
| User: | sm-pmcgill |

PDF REFERENCE #:   u4tveazAS1cUdez87PXTcx

 Linked  Discover  People  Learning  Jobs  Join now  Sign in



### Patrick McGill
Attorney at McGill & Co., P.C.
San Diego County, California, United States
1K followers · 500+ connections

McGill & Co., P.C.

Columbia University School of Law

**Join to view profile**

#### Sign in
Stay updated on your professional world

**Sign in**

**Sign in with Google**

New to LinkedIn? Join now

#### People also viewed

 **Dani Glazer Signaigo**
Legal advisor to Startups | Corporate Associate @ Wilson Sonsini
San Diego, CA

 **Shandi Korte**
Student at California Western School of Law
Chula Vista, CA

 **Joseph Peacock**
Employment and Business Attorney at Sheppard Mullin Richter & Hampton LLP
San Diego, CA

**Jim Eischen**
Owner, Eischen Law Office & Lofty Live Learning
San Diego, CA

 **Lucas Hirsty**
Deputy Public Defender III / Members of the Jury Podcast
San Diego, CA

**Ashley Hirano**
Senior Attorney - Employment, at Illumina
San Diego, CA

**Christine Dixon**
Senior Counsel at Pettit Kohn Ingrassia Lutz & Dolin PC
San Diego, CA

 **Tarina Mand**
Complex Litigation Attorney; South Asian Bar Association of San Diego, Past President
San Diego, CA

 **Shandi Korte**
Student at University of South Carolina-Columbia
Lexington County, SC

 **Edith Blackwell**
Associate General Counsel at U.S. Department of Health and Human Services (HHS)
Washington DC-Baltimore Area

**Show more profiles**

## Activity

 I'm excited and honored to be joining Sidley's partnership.
Liked by Patrick McGill

 Congratulations to our very own Fr. James McCormick '74 on the celebration of his 40th jubilee anniversary! Fr. McCormick has been a valued member of…
Liked by Patrick McGill

 Ha, life when you were living in the future… Meta Pro 2014 version. https://lnkd.in/gctmTmMj
Liked by Patrick McGill

**Join now to see all activity**

## Experience

**Attorney At Law**
McGill & Co., P.C.
Feb 2023 - Present · 4 months
San Diego, California, United States

After years of litigating high-profile intellectual property cases in private big law practice, and gaining experience as an in-house general counsel, I founded and transitioned my practice to McGill & Co., P.C. to better provide business-savvy and cost-effective legal

   
San Diego, California, United States

After years of litigating high-profile intellectual property cases in private big law practice, and gaining experience as an in-house general counsel, I founded and transitioned my practice to McGill & Co., P.C. to better provide business-savvy and cost-effective legal services and advice to my client base.

My capabilities range from running bet-the-company patent and trademark cases, to serving as corporate secretary, to supporting M&A deals and closing major partnerships and licensing deals. I support the development of hardware and software products, as well as the manufacturing, go-to-market, and risk/customer management of such products. I work closely with my former colleagues at Sheppard Mullin and with specialized counsel in other law firms to ensure my clients receive best-in-class services and advice.

Overall, I pride myself on the close relationships of professional and personal trust that I develop with my clients, which are built on sensitivity and responsiveness to the goals and demands of my clients' businesses.

Through McGill & Co., I have continued my rewarding focus on providing pro bono services to my community: I continue to lead the development of the key case compendium on a police bystander's duty to intervene in the violation of constitutional rights, in collaboration with the Active Bystandership for Law Enforcement (ABLE) Project, run by Georgetown University School of Law and Sheppard Mullin. I also take great pride in my pro bono work with the San Diego Zoo's Frozen Zoo.

Show less ⌃

 **Attorney**
Sheppard Mullin Richter & Hampton LLP
Apr 2019 - Jan 2023 · 3 years 10 months
Greater San Diego Area

Associate attorney in Sheppard Mullin's intellectual property group, where I litigated patent and trademark disputes in federal district and appellate courts - including several major cases involving Standard Essential Patents (SEPs) subject to FRAND commitments (most notably in the area of wireless communication standards (i.e., 2G, 3G, 4G, and 5G)). I continued working closely with companies with technology and products in the augmented reality hardware and software space, as well as the breakout blockchain/NFT community.

While at Sheppard Mullin, I prioritized broadening and deepening my client base. These efforts resulted in the development of several significant clients with which I worked on a variety of general matters, including negotiation of many commercial agreements (such as licenses, partnerships, manufacturing and other services agreements), patent and trademark portfolio development and defense, corporate governance, M&A activities, and dispute and workforce management.

I was a member of the firm's Pro Bono Committee, and in the wake of the murder of George Floyd, led Sheppard Mullin's development of a first-of-its-kind case law compendium digesting the federal law on a bystanding officer's duty to intervene in the violation of a victim's constitutional rights.
The compendium was developed in partnership with Georgetown University Law Center's Active Bystandership for Law Enforcement (ABLE) Project. I also successfully represented a number of clients seeking permanent immigration status in the United States for themselves and their families.

Show less ⌃

 **Acting General Counsel**
Meta Co.
Oct 2015 - Sep 2018 · 3 years
San Mateo, CA

---

Services (HHS)
Washington DC-Baltimore Area

Show more profiles ⌄

**Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

Others named **Patrick McGill**

 **Patrick McGill**
Crab Meat & Frozen Seafood Sales Manager at Beacon Fisheries, Inc.
Florahome, FL

 **patrick mcgill**
SAE at Sanmina-SCI
San Jose, CA

 **Patrick McGill**
Enterprise Account Executive at SalesLoft
Indianapolis, IN

 **Patrick McGill**
Lecturer of Podiatry University of Ulster / Derry City FC Podiatrist
Londonderry

 **Patrick McGill**
Certified Travel Agent, Customized Travel Planning, Ocean Cruises, River Cruises, Helping people create meaningful travel experiences
Greensboro--Winston-Salem--High Point Area

149 others named Patrick McGill are on LinkedIn

See others named **Patrick McGill**

**Add new skills with these courses**

 Avoiding Legal Hot Spots: Five Legal Tips for Social Media Managers

 Creating and Giving Business Presentations

 Podcasting: Business and Law

See all courses

**Patrick's public profile badge**







### Acting General Counsel
Meta Co.
Oct 2015 - Sep 2018 · 3 years

San Mateo, CA

Direct legal strategy for Meta Company - a cutting-edge technology company building an augmented reality platform based on innovative thinking about how individuals interact with computers in a 3D world.

My daily work at Meta included:

-Proactive anticipation and resolution of legal and regulatory issues related to hardware and software product development (including privacy, content, certification and product liability concerns);
-Directing and managing Meta's intellectual property program (patents, trademarks, software copyright and open source issues);
-Management of litigation and emerging disputes;
-Directing licensing negotiations and closing deals. including related to core technology components (e.g., sensors, processors, SLAM software and software content);
-Developing and managing strategic partnerships;
-Drafting and execution of critical contracts (including licenses, product manufacturing and distribution agreements, content development agreements, partnerships and service agreements);
-Drafting and negotiation of investment documentation, management of investor due diligence operations; and
-Engaging with media and the press.

Representative speaking engagements:
-Panelist, American Bar Association 2018 Forum on Communications Law, Keynote Panel ("Virtual Reality, Augmented Reality and Diminished Reality: Do You Really Know What They Are? Can You Spot the Legal Issues?"
-Instructor, Practicing Law Institute, "Technotainment 2016: The Legal Realities of Virtual and Augmented Reality".
-Speaker, United States Patent and Trademark Office TC 3600/3700 Tech Fair 2016 ("Greetings from the Cradle of Innovation: Augmented Reality").
-Background Info, United States Senate Committee on Commerce, Science and Transportation, in advance of November 16, 2016 hearing, "Exploring Augmented Reality".

Show less ∧


### Associate
Irell & Manella LLP
Sep 2012 - Aug 2015 · 3 years

Newport Beach, CA

Representation of clients in high-stakes federal litigation (including patent infringement matters). Experience with corporate counseling (notably, with intellectual property issues and licensing negotiations), and with white collar criminal investigations. Extensive exposure to brief-writing, taking and defending depositions, expert discovery, and all other aspects of the civil discovery process (e.g., crafting and executing discovery plans; drafting and responding to written discovery; document collection, review and production; meet-and-confer efforts, etc.). Experience with oral argument on disputed legal issues in federal district court.

Pro Bono: Obtained an adjudication of refugee status and resettlement in the U.S. for a Somali refugee fleeing her home country due to political and religious persecution by al-Shabaab; represented numerous juvenile foreign nationals in connection with their applications for U.S. permanent residency (Special Immigrant Juvenile (SIJ) Status); and have represented a PTSD-afflicted veteran of the Iraq War in connection to his attempt to obtain an upgrade to his military discharge status.

See all courses

### Patrick's public profile badge
Include this LinkedIn profile on other websites



Patrick McGill
Attorney at McGill & Co., P.C.

Attorney At Law at McGill & Co., P.C.

Columbia University School of Law

View profile                    LinkedIn

View profile badges

Document title: Patrick McGill - Attorney At Law - McGill &amp; Co., P.C. | LinkedIn
Capture URL: https://www.linkedin.com/in/pamcgill
Capture timestamp (UTC): Mon, 15 May 2023 18:05:05 GMT                                      Page 3 of 6

  
Shabaab; represented numerous juvenile foreign nationals in connection with their applications for U.S. permanent residency (Special Immigrant Juvenile (SIJ) Status); and have represented a PTSD-afflicted veteran of the Iraq War in connection to his attempt to obtain an upgrade to his military discharge status.

Show less ∧


**Associate**
Winston & Strawn LLP
Feb 2010 - Jul 2012 · 2 years 6 months

Worked with other members of department to litigate a variety of civil cases, including securities fraud actions relating to municipal derivatives in federal and state court in Jefferson County, Alabama, and a suit in Delaware Chancery Court petitioning for dissolution of a LLC that engages in proprietary short-term equity trading.

Pro Bono: Represented Tennessee death row inmate in post-conviction challenge to his felony murder conviction and death sentence, which was eventually vacated by the 6th Circuit in February 2017 based on arguments made during my representation (Thomas v. Westbrook, No. 2:12-cv-02333 (6th Cir. Feb. 24, 2017), decision available here: http://www.opn.ca6.uscourts.gov/opinions.pdf/17a0045p-06.pdf). In connection with that representation, drafted numerous state court appellate briefs, a petition for certiorari to the Supreme Court of the United States, and the inmate's 28 U.S.C. § 2254 habeas corpus petition.

Show less ∧


**Judicial Intern**
Judge Alvin Hellerstein
Oct 2009 - Feb 2010 · 5 months

Prepared a history of one track of the September 11 Litigation (suits brought by Ground Zero clean-up workers).

## Education


**Columbia University School of Law**
Doctor of Law (J.D.) · Harlan Fiske Stone Scholar
2006 - 2009


**Yale University**
Bachelor's Degree · History · cum laude
2002 - 2006


**Cathedral Preparatory School**
-

## Recommendations received


**Ryan Pamplin** ✪
"Every good business leader needs an exceptional legal advisor to work with throughout their career, and Patrick McGill is mine. He's the best lawyer I've ever worked with. He drives successful outcomes time and time again, with a high level of efficiency and autonomy. I've worked with Patrick at multiple companies as his colleague and his client. Patrick has a strong business mind and takes time to deeply understand his clients and their objectives. He's thoughtful, thorough, logical, creative, ethical, reliable, and fair. His attention to detail and

career, and Patrick McGill is mine. He's the best lawyer I've ever worked with. He drives successful outcomes time and time again, with a high level of efficiency and autonomy. I've worked with Patrick at multiple companies as his colleague and his client. Patrick has a strong business mind and takes time to deeply understand his clients and their objectives. He's thoughtful, thorough, logical, creative, ethical, reliable, and fair. His attention to detail and verbal and written communication skills are top-tier. His legal and business knowledge is broad, with especially deep expertise in IP. Patrick has a strong network of accomplished legal practitioners that he often taps for their input, and manages them closely to save his clients significant time and money. The bottom line is Patrick is highly experienced, accomplished, educated, and actually cares about his clients' long-term success. I cannot recommend Patrick more for anyone who is looking to build a relationship with a legal confidant that will never let you down."



**Saranyan Vigraham**

"Patrick is someone any company would be lucky to have. He can maintain a calm head in utter chaos and always has the right perspectives. When times are tough, as with any startup, Patrick's perspectives and insights are valuable to maintain a positive culture. He is very smart too. He can grasp complex concepts and is able to extract useful nuggets that can evolve to having a life of their own. He is gem of a person and always balances the interests of the company with what is right thing to do. He has been a integral component of building/fixing Meta's culture. I eagerly look forward to working with Patrick again."

2 people have recommended Patrick

Join now to view

## More activity by Patrick



I'm happy to officially share that I have started a new position as VP for Programming at Oregon Symphony. I look forward to working with a team...

Liked by Patrick McGill

New York Law Journal Announces Its 2022 Distinguished Leaders | New York Law Journal

Liked by Patrick McGill

I just completed two of the most amazing days my professional career: participating and presenting at the 2022 IP Scholars Conference at Stanford. I...

Liked by Patrick McGill

As the Beastie Boys said: "I don't mean to brag, I don't mean to boast, but I'm intercontinental when I eat French Toast." On a serious note, I am...

Liked by Patrick McGill

So proud of my wife Mabelle Hueston, who, after raising 4 amazing children, returns to work full-time to pursue





Liked by Patrick McGill

So proud of my wife Mabelle Hueston, who, after raising 4 amazing children, returns to work full-time to pursue her passion to help mostly…

Liked by Patrick McGill



The Thurgood Marshall Bar Association (TMBA) has selected associate Isaiah Weedn and Sheppard Mullin as co-recipients of its 2022 Community…

Liked by Patrick McGill

New shop, new career, new state, same ole hobbies! Specter Tools back to makin the things. Fully handmade. https://lnkd.in/eu_qrjn7

Liked by Patrick McGill



I'm thrilled to share that I'm starting a new position as In-House Counsel at A.P. Moller - Maersk!

Liked by Patrick McGill

Happy International Women's Day! Today is a global day celebrating the social, economic, cultural, and political achievements of women. The day also…

Liked by Patrick McGill

Got my first defensive publication award! The best part about this was that our lawyers told me it would be published as I was driving, phone in…

Liked by Patrick McGill

### View Patrick's full profile

- See who you know in common
- Get introduced
- Contact Patrick directly

**Join to view full profile**

LinkedIn © 2023   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language

Document title: Patrick McGill - Attorney At Law - McGill &amp; Co., P.C. | LinkedIn
Capture URL: https://www.linkedin.com/in/pamcgill
Capture timestamp (UTC): Mon, 15 May 2023 18:05:05 GMT
Page 6 of 6