# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| \_\_\_\_BLENDTEC, INC._____, <br><br>Plaintiffs, <br><br>vs. <br><br>\_\_\_\_BLENDJET INC._____, <br><br>Defendant. | DISCLOSURE AGREEMENT <br><br>Honorable <br><br>Magistrate Judge |

I, \_\_Ryan Pamplin\_\_, am employed by \_\_BlendJet Inc.\_\_. In connection with this action, I am:

\_\_X\_\_  a director, officer or employee of \_\_BlendJet Inc.\_\_ who is directly assisting in this action;

\_\_\_\_\_  have been retained to furnish technical or other expert services or to give testimony (a "TECHNICAL ADVISOR");

\_\_\_\_\_  Other Qualified Recipient (as defined in the Protective Order) (Describe:_____).

I have read, understand and agree to comply with and be bound by the terms of the Standard Protective Order in the matter of \_\_Blendtec, Inc. v. BlendJet Inc.\_\_, Civil Action No. \_2:21-cv-00668-TC\_, pending in the United States District Court for the District of Utah. I further state that the Standard Protective Order entered by the Court, a copy of which has been given to me and which I have read, prohibits me from using any PROTECTED INFORMATION, including documents, for any purpose not appropriate or necessary to my participation in this action or disclosing such documents or information to

any person not entitled to receive them under the terms of the Standard Protective Order. To the extent I have been given access to PROTECTED INFORMATION, I will not in any way disclose, discuss, or exhibit such information except to those persons whom I know (a) are authorized under the Standard Protective Order to have access to such information, and (b) have executed a Disclosure Agreement. I will return, on request, all materials containing PROTECTED INFORMATION, copies thereof and notes that I have prepared relating thereto, to counsel for the party with whom I am associated. I agree to be bound by the Standard Protective Order in every aspect and to be subject to the jurisdiction of the United States District Court for the District of Utah for purposes of its enforcement and the enforcement of my obligations under this Disclosure Agreement. I declare under penalty of perjury that the foregoing is true and correct.

_____*Ryan M. Pamplin*_____
Signed by Recipient

____Ryan Pamplin____
Name (printed)

Date: ____9/20/22____