# LALLI EXHIBIT A

# Snell & Wilmer



## Matthew L. Lalli, P.C.

**Partner | Salt Lake City | Phoenix | Los Angeles**

Tel. 801.257.1929

mlalli@swlaw.com

## Main Bio

Matt Lalli has tried dozens of cases in courts and arbitration tribunals throughout the United States. Licensed in Arizona, California, and Utah, Matt has a go-anywhere do-anything attitude so long as he can be in a courtroom advocating for his clients.  He takes cases from inception through trial and appeal, but frequently takes over cases shortly before trial.  (See Publications, below, "A Different Kind of Takeover.") As one interviewee reported to Chambers USA, "Matt is sophisticated and able to handle any courtroom situation with poise and sophistication. He listens well, speaks well, thinks quickly and manages situations impeccably." Another Chambers interviewee said Matt "is incredibly organized and savvy, and he wins cases."  Matt is the practice group leader for the firm's commercial litigation practice group.  He also is a member of the firm's ethics committee and loss prevention counsel.

## Representative Experience

### *Professional Liability*

- Matt represents attorneys, accountants, directors and officers, and other professionals in claims involving malpractice, breach of contract, breach of fiduciary duty, aiding and abetting and negligence. In the area of legal malpractice in particular, Matt has been honored to be among the Best Lawyers in America for legal malpractice defense for a number of years. He has represented lawyers from large firms, small firms, and everything in between.

### *Corporate and Partnership Control Disputes*

- For corporations, limited liability companies, partnerships and intra-family disputes, Matt represents clients involved in struggles for control assets, shares and voting rights. This representation includes advancing or defending claims regarding fiduciary duties, operating and partnership agreements, dissolutions, non-competition and non-solicitation, and corporate waste.

### *Contracts*

- Matt represents clients in all types of contract disputes, including partnership agreements, operating agreements, non-competition and non-solicitation, insurance, real estate and subscription agreements. His clients participate in a wide variety of industries, including energy and natural resources, network marketing and multi-level marketing, real estate development, insurance, manufacturing and distribution, and health and nutrition.

### *Insurance*

- In addition to defending a variety of insureds under insurance policies for professional liability, errors and omissions, comprehensive general liability, property, and title insurance, Matt also has represented insurers in coverage disputes and claims of bad faith liability. From time to time, Matt also represents insureds in coverage disputes with their insurers.

### Securities and Business Fraud Defense

- From his earliest days as a lawyer, Matt has represented companies and individuals in securities fraud class actions involving the issuance of public and private securities under federal and state securities laws. Matt also represents individuals under investigation or subpoena by the Securities and Exchange Commission and state counterparts. He represents defendants against allegations of insider trading, registration and regulatory violations, perpetration of Ponzi schemes, and RICO and racketeering participation.

### Real Estate and Construction

- Matt represents project owners, developers and contractors in real estate and construction disputes. The projects in which he has represented clients range from condominium-hotel developments with thousands of units to small condominium developments with as few as 20 units. Matt has represented real estate agents and brokerage companies, developers of luxury resort properties, residential subdivision properties and owners involved in disputes with contractors.

### Financial Services

- Matt has represented several financial institutions when sued by customers and non-customers for alleged involvement in various types of fraud, including Ponzi schemes, leased funds schemes and employee misconduct.

### Class Actions

- Matt has represented companies and individuals in class action matters involving the federal and state securities laws, various consumer statutes and large scale real estate developments.

## Education

- Brigham Young University (J.D., magna cum laude, 1988)
    - Lead Notes and Comment Editor, BYU Law Review
- University of Utah (B.A., English and Philosophy, cum laude, 1985)

## Representative Presentations & Publications

- "Trial Pros: Snell & Wilmer's Matt Lalli," Q&A, Law360 (May 18, 2016)
- "A Different Kind of Takeover," Author, Today's General Counsel (Winter 2018)
- A DIFFERENT KIND OF TAKEOVER," Author, The Enterprise - Utah Business Journal (July 9, 2018)
- "Snell & Wilmer's Commercial Litigation Group," Practice Group Profile, Attorney At Law Magazine, Volume 2, Issue 4, pp. 12-13 (Summer 2014)
- "Are Recent Stock Sales by Members of Congress the Tip of the Insider Trading Iceberg?" Co-Author, The National Law Journal (April 17, 2020)
- Frequent presenter on ethical and legal malpractice issues for the Utah State Bar and various other organizations

## Professional Recognition & Awards

- Chambers USA: America's Leading Lawyers for Business®, Litigation: General Commercial (2007-2022)
- The Best Lawyers in America®, Commercial Litigation, Legal Malpractice Law - Defendants, Banking & Finance Litigation, Mergers & Acquisitions Litigation, Regulatory Enforcement Litigation (SEC, Telecom, Energy), Securities Litigation (2007-2023); Insurance Litigation (2023)
    - Salt Lake City Lawyer of the Year, Regulatory Enforcement Litigation (SEC, Telecom, Energy) (2022)
    - Salt Lake City Lawyer of the Year, Banking & Finance Litigation (2018)
    - Salt Lake City Lawyer of the Year, Legal Malpractice Law - Defendants (2015)
- The Best Lawyers in America®, Business Edition, Legal Malpractice Law - Defendants (2012)
- Super Lawyers®, Business Litigation - Business Edition (2011)
- Super Lawyers®, Business Litigation - Corporate Counsel Edition (2008-2010)
- Mountain States Super Lawyers®, Business Litigation (2007-2022)
    - Top 100 (2018-2021)
- Utah's Legal Elite: Civil Litigation, Utah Business Magazine (2009-2022)

## Previous Professional Experience

- Latham and Watkins, San Diego and San Francisco, California (1988-1996)

## Bar Admissions

- Arizona
- California
- Utah

## Court Admissions

- Supreme Court of Arizona
- Supreme Court of California
- Supreme Court of Utah
- United States Court of Appeals, Fourth Circuit
- United States Court of Appeals, Ninth Circuit
- United States Court of Appeals, Tenth Circuit
- United States District Court, All Districts of California
- United States District Court, District of Utah
- United States Supreme Court