# LALLI EXHIBIT B

## SHEPPARD MULLIN DISQUALIFICATION MOTION DECLARATION

1. *Newton v. Stoneridge Apartments*, 2018 UT App 64, 424 P.3d 1086

2. *In re Adoption of B.Y*, 2015 UT 67, 356 P.3d 1215.

3. *Packer v. Utah Attorney General's Office*, 2013 UT App 194, 307 P.3d 704

4. *Galarowicz v. Ward*, 230 P.2d 576 (Utah 1951).

5. *Modern Font Applications v. Alaska Airlines*, No. 2:19-cv-00561, 2021 WL 364189 (D. Utah Feb. 3, 2021).

6. *Christensen v. Graco Fishing & Rental Tools, Inc.*, No. 2:20-cv-00888, 2021 WL 824752 (D. Utah Mar. 4, 2021)

7. *Velazquez v. Greyhound Lines, Inc.*, No. 2:19-CV-00493, 2020 WL 13599709 (D. Utah Aug. 18, 2020)

8. *Stocking v. Simonovich*, No. 1:19-CV-00021, 2020 WL 12182168, (D. Utah Sept. 21, 2020)

9. *Definitive Holdings v. Powerteq*, No. 2:18-cv-00844, 2019 WL 6682395 (D. Utah Dec. 6, 2019).

10. *Catheter Connections Inc. v. Ivera Medical Corp.*, No. 2:14-cv-70, 2014 WL 3945880 at *2 (D. Utah Aug. 12, 2014)

11. *Archuleta v. Turley*, 904 F. Supp. 2d 1185 (D. Utah 2012).

12. *Nelson v. Supernova Media, Inc.*, No. 2:09-CV-00827-TC, 2011 WL 223797 (D. Utah Jan. 24, 2011)

13. *Lutron Elecs. Co. v. Crestron Elecs., Inc.*, No. 2:09-CV-707, 2010 WL 4720693 (D. Utah Nov. 12, 2010)

14. *Pedersen v. Hartford Ins. Co. of the Midwest,* No. 201CV00398 PGC, 2003 WL 23354482 (D. Utah Oct. 3. 2003).

15. *Poly Software Int'l, Inc. v. Su*, 880 F. Supp. 1487 (D. Utah 1995).

16. *Moore v. Hernandez*, 128 F. App'x 39 (10th Cir. 2005)

17. *Hutchinson v. Pfeil*, 105 F.3d 562 (10th Cir. 1997)

18. *Cole v. Ruidoso Mun. Sch.*, 43 F.3d 1373 (10th Cir. 1994).

19. *SLC Ltd. V v. Bradford Grp. W., Inc.*, 999 F.2d 464 (10th Cir. 1993).

20. *Brown Bag Software v. Symantec Corp.*, 960 F.2d 1465 (9th Cir. 1992)

21. *Mynette Techs. v. US*, 163 Fed. Cl. 733 (Fed. Cl. 2022).

22. *In re Deutsche Bank Trust Co. Americas*, 605 F.3d 1373 (Fed. Cir. 2010).

23. *Greenfield v. Newman*, No. 18-cv-2655, 2019 WL 6877727 (D. Kan. Dec. 17, 2019)

24. *Field Turf USA v. Sports Constr. Group*, No. 1:06 CV 2624, 2007 WL 4412855 (N.D. Ohio Dec. 12, 2007).

25. *Biocore Med. Techs v. Hamid Khorsrowashahi*, Nos. Civ.A 98-2031, Civ.A 98-2175, 1998 WL 919126 (D. Kan. Nov. 6, 1998).

Utah Rules of Professional Conduct

26. Utah R. Prof. Cond. 1.2.

27. Utah R. Prof. Cond. 1.3.

28. Utah R. Prof. Cond. 1.4.

29. Utah R. Prof. Cond. 1.5.

30. Utah R. Prof. Cond. 1.6.

31. Utah R. Prof. Cond. 1.7.

32. Utah R. Prof. Cond. 1.8.

33. Utah R. Prof. Cond. 1.9.

34. Utah R. Prof. Cond. 1.10.

35. Utah R. Prof. Cond. 1.13.

36. Utah R. Prof. Cond. 1.16.

37. Utah R. Prof. Cond. 1.18.

38. Utah R. Prof. Cond. 3.3.

39. Utah R. Prof. Cond. 3.4.

40. Utah R. Prof. Cond. 3.7.

41. Utah R. Prof. Cond. 4.1.

42. Utah R. Prof. Cond. 4.4.

43. Utah R. Prof. Cond. 5.1.

44. Utah R. Prof. Cond. 5.2.

45. Utah R. Prof. Cond. 5.4.

46. Utah R. Prof. Cond. 5.6.

47. Utah R. Prof. Cond. 5.7.

48. Utah R. Prof. Cond. 8.3.

49. Utah R. Prof. Cond. 8.4.

Ethics Advisory Opinions

50. Utah Ethics Opinion USB EAOC Opinion No. 98-13.

51. Utah Ethics Opinion USB EAOC Opinion No. 97005

52. Utah Ethics Opinion USB EAOC Opinion No. 12-02

53. American Bar Association Formal Opinion 00-418

54. D.C. Bar Ethics Opinion 300

55. NYC Bar Formal Opinion 2000-3

Treatises and Secondary Sources

56. 7A C.J.S. *Attorney and Client* § 175 (2004)

Documents

1. District of Utah Standard Protective Order [ECF 25] *Blendtec Inc. v. Blendjet Inc.*, No. 2:21-cv-00668 (D. Utah).

2. Blendtec's Motion to Enforce the Protective Order, to Disqualify Patrick McGill and Sheppard Mullin, and for Attorneys' Fees [ECF 105], *Blendtec Inc. v. Blendjet Inc.*, No. 2:21-cv-00668 (D. Utah).

3. Engagement Letter Between BlendJet Inc. and Patrick McGill, dated December 1, 2022.

4. Master Services Agreement for Legal Services between Miramore, Inc. d/b/a BlendJet and Patrick McGill, dated February 1, 2019.