# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING BLENDJET INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Cheif Magistrate Judge Dustin B. Pead |

The Court, having reviewed Defendant BlendJet's motion for leave to file under seal BlendJet's Response to Blendtec's Motion to Enforce the Protective Order, to Disqualify Patrick McGill and Sheppard Mullin, and for Attorneys' Fees, Declaration of Martin R. Bader, Declaration of Patrick McGill, Declaration of Ryan Pamplin, Declaration of Matthew L. Lalli, and Exhibits A, E, F, G, L, M, and N, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated:  May 17, 2023

_____
Honorable Judge Dustin B. Pead
United States Magistrate Judge