Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE REPLY TO BLENDJET'S RESPONSE TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS TO PATRICK MCGILL AND SHEPPARD MULLIN**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

   This Court, having read and considered the briefing regarding Blendtec's Motion for Leave to File Reply to Blendjet's Response to Motion to Compel Compliance with Subpoenas to Patrick McGill and Sheppard Mullin ("Motion for Leave"), and for good cause shown, hereby GRANTS the Motion for Leave.

   It is hereby ORDERED that Blendjet may file its Reply to Blendjet's Response to Motion

1

to Compel Compliance with Subpoenas to Patrick McGill and Sheppard Mullin.

DATED this _____ day of May, 2023.

                            BY THE COURT

                            _____
                            Hon. Dustin B. Pead
                            U.S. DISTRICT COURT MAGISTRATE JUDGE