MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:     858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>          Defendant. | **BLENDJET'S NOTICE OF NON-OPPOSITION TO BLENDTEC'S MOTION FOR LEAVE TO FILE REPLY TO BLENDJET'S RESPONSE TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS TO PATRICK MCGILL AND SHEPPARD MULLIN [DKT. 128]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

BlendJet does not oppose Blendtec's Motion for Leave to File a Reply to BlendJet's Response to Blendtec's Motion to Compel Compliance with Subpoenas to Patrick McGill and Sheppard Mullin. (ECF 128, "Motion".)

BlendJet notes, however, that information pertinent to Blendtec's Motion has already been filed on the record in BlendJet's Response to Blendtec's Motion to Enforce the Protective Order, to Disqualify Patrick McGill and Sheppard Mullin, and for Attorneys' Fees (ECF 122, "Response"). For example, Exhibit A to the Bader Declaration recounts the history of the parties' only meet and confer regarding the subpoenas at issue. (*See* ECF 122-5 at pp. 4-6 (recounting the service of objections to the subpoenas on April 21, 2023, Blendtec's April 27, 2023 response requesting a meet and confer, and BlendJet's May 1, 2023 follow up email summarizing the meet and confer that occurred at 11:30 a.m. MST that same day). In addition, BlendJet's Response includes comprehensive factual declarations from Mr. McGill, Ryan Pamplin (BlendJet's CEO), and Martin Bader, together with 15 factual exhibits (A-O) that answer the question Blendtec sought to resolve through its subpoenas and renders those subpoenas moot.

| | |
|---|---|
| Respectfully submitted this 18th day of May, 2023. | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Martin R. Bader (*pro hac vice*)<br>Jesse A. Salen (*pro hac vice*)<br><br>**MCGILL & CO., P.C.**<br>Patrick McGill (*pro hac vice*)<br><br>**PARSONS BEHLE & LATIMER**<br>Nathan D. Thomas (USB #11965)<br>Elizabeth M. Butler (USB #13658)<br><br>*/s/ Martin R. Bader*<br><br>*Attorneys for Defendant BlendJet, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*/s/ Martin R. Bader*