# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE REPLY TO BLENDJET'S RESPONSE TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS TO PATRICK MCGILL AND SHEPPARD MULLIN**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

The Court, having considered the briefing regarding Blendtec's Motion for Leave to File Reply to Blendjet's Response to Motion to Compel Compliance with Subpoenas to Patrick McGill and Sheppard Mullin ("Motion for Leave"), for no opposition by Blendjet (ECF No. 129.) and for good cause shown, hereby GRANTS the Motion for Leave to File.

It is hereby ORDERED that Blendjet may file its Reply to Blendjet's Response to Motion

1

to Compel Compliance with Subpoenas to Patrick McGill and Sheppard Mullin.

DATED this 19 day of May, 2023.

BY THE COURT

_____
Dustin B. Pead
United States Magistrate Judge