**EXHIBIT 4**

**Kapaloski, Tammy**

| | |
|---|---|
| **From:** | Kapaloski, Tammy |
| **Sent:** | Thursday, February 23, 2023 9:42 AM |
| **To:** | 'Patrick McGill'; MBader@sheppardmullin.com; JSalen@sheppardmullin.com; nthomas@parsonsbehle.com; ebutler@parsonsbehle.com |
| **Cc:** | Brett Foster (foster.brett@dorsey.com) |
| **Subject:** | Blendjet's untimely discovery responses |
| **Attachments:** | Blendtec's Discovery Requests and ESI Discovery Requests |

Patrick,

Yesterday was Blendjet's deadline to respond to Blendtec's 4th Set of Discovery Requests and Blendtec's 3rd Set of ESI Discovery requests, both of which were served on January 23 (see attached email). Blendjet failed to provide responses by the deadline. Please provide responses to Blendtec's discovery by the end of today.

Regards,
Tammy

**Tammy Kapaloski**
**Senior Attorney**



DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
**P:** 801.933.7360