# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Local Rule 5-3(b)(2), Plaintiff Blendtec Inc. moves the court for leave to file under seal an unredacted version of Exhibit 2 to Blendtec's Motion to Compel Blendjet to Produce Text Messages. (ECF No. 133.) Blendtec is filing Exhibit 2 under seal because Blendjet designated the entirety of Blendjet's Discovery Response as "CONFIDENTIAL" and/or "CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION" pursuant to the Standard Protective Order governing this case.

Accordingly, pursuant to DUCivR 5-3 the motion is GRANTED.

DATED this 22 May 2023.

_____
Dustin B. Pead
United States Magistrate Judge

1