**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER DENYING BLENDTEC INC.'S MOTION TO COMPEL BLENDJET TO PRODUCE TEXT MESSAGES**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

    The Court, having read and considered Plaintiff Blendtec Inc.'s Motion to Compel BlendJet to Produce Text Messages [Dkt. 132], Blendtec's Notice of Withdrawal [Dkt. 136], and Defendant BlendJet Inc's Response thereto, and for good cause shown, hereby rules as follows:

    The Motion to Compel BlendJet to Produce Text Messages is considered MOOT as WITHDRAWN, and the request for Attorneys' Fees is DENIED.

    It is so ordered.

    DATED: _____

                                                 BY THE COURT:

                                                 _____
                                                 U.S. Magistrate Judge Dustin B. Pead