**EXHIBIT 17**

**FILED UNDER SEAL**

Case 2:21-cv-00668-TC-DBP Document 138-17 Filed 05/30/23 PageID.2823 Page 1 of 1