KAPALOSKI REPLY DECL. EXHIBIT 1

FILED UNDER SEAL