<u>KAPALOSKI REPLY DECL. EXHIBIT 2</u>

<u>FILED UNDER SEAL</u>