KAPALOSKI REPLY DECL. EXHIBIT 3

FILED UNDER SEAL