KAPALOSKI REPLY DECL. EXHIBIT 4

FILED UNDER SEAL