<u>KAPALOSKI REPLY DECL. EXHIBIT 5</u>

<u>FILED UNDER SEAL</u>