KAPALOSKI REPLY DECL. EXHIBIT 6

FILED UNDER SEAL