KAPALOSKI REPLY DECL. EXHIBIT 7

FILED UNDER SEAL