KAPALOSKI REPLY DECL. EXHIBIT 8

FILED UNDER SEAL