Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SUSPEND CASE DEADLINES PENDING RESOLUTION OF MOTION TO ENFORCE THE PROTECTIVE ORDER AND TO DISQUALIFY]**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

This Court, having read and considered the Stipulated Motion to Suspend Case Deadlines Pending Resolution of Motion to Enforce the Protective Order and to Disqualify, and for good cause shown, hereby GRANTS the motion to stay deadlines.

It is hereby ORDERED that:

1.      The case deadlines set forth in the Scheduling Order (ECF No. 90) are hereby

1

stayed pending resolution of Blendtec's Motion (ECF No. 110).

2. Within ten (10) calendar days of the Court's Order on the Motion, the parties shall meet and confer on an amended scheduling order.

3. Within fifteen (15) calendar days of the Court's Order on the Motion, the parties will jointly submit a Proposed Fourth Amended Scheduling Order that will set the close of fact discovery approximately ninety (90) days from the Court's Order on the Motion, and will set other deadlines proportionally therefrom.

DATED this _____ day of June, 2023.

BY THE COURT

_____
Hon. Dustin B. Pead
U.S. DISTRICT COURT MAGISTRATE JUDGE