# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN CONNECTION WITH BLENDTEC'S REPLY<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Local Rule 5-3(b)(2), Plaintiff Blendtec Inc. moves this Court for leave to file under seal unredacted versions of certain documents as set forth in its motion. (ECF No. 141.) Blendtec is filing the documents under seal because Blendjet designated the documents, or text being quoted from the documents, as "CONFIDENTIAL" and/or "CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION" pursuant to the Standard Protective Order governing this case. If Blendjet seeks to have the documents remain under seal, it must file a motion for leave to file under seal within 7 days of service of this notice. DUCivR 5-3(b)(2)(C)(i).

The motion is GRANTED.

DATED this 5 June 2023.

Dustin B. Pead
United States Magistrate Judge