## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING BLENDJET INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendant BlendJet's moves the court for leave to file under seal an unredacted version of BlendJet's Objections to new evidence submitted by Blendtec in support of its Reply in Support of its Motion to Enforce the Protective Order. (ECF No. 157.)

"The records of the court are presumptively open to the public," and sealing court documents is "highly discouraged." DUCivR 5-3(a)(1). The right of access to judicial records, however, is not absolute. *Colony Ins. Co. v. Burke*, 698 F.3d 1222, 1241 (10th Cir. 2012). "[T]he presumption in favor of access to judicial records may be overcome where countervailing interests heavily outweigh the public interests in access." *Id*. (internal quotation marks omitted). "The burden is on the party seeking to restrict access to show some significant interest that outweighs the presumption." *Id.* (internal quotation marks omitted).

Blendjet's stated reason for filing these documents under seal is that they are designated "CONFIDENTIAL INFORMATION—ATTORNEYS' EYES ONLY pursuant to the Standard Protective Order by BlendJet" and they contain "non-public and sensitive information" that could cause competitive harm. (ECF No. 157 p. 2.) The mere fact that a party designates documents as confidential is not a sufficient reason by itself to seal documents. DUCivR 5-3(a)(1). Yet, if there is certain information that may be harmful to a party if released, then that

may overcome the presumption in favor of access to public access.

 The court finds good cause that the documents should be sealed here and GRANTS the motion.


 DATED this 7 June 2023.

_____
Dustin B. Pead
United States Magistrate Judge