# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET, INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL REPLY BRIEF**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Local Rule 5-3(b)(2), Plaintiff Blendtec Inc. moves this Court for leave to file under seal certain documents. (ECF No. 162.) Blendtec is filing the documents under seal because Blendjet designated the documents, or text being quoted from the documents, as "CONFIDENTIAL" and/or "CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION" pursuant to the Standard Protective Order governing this case. If Blendjet seeks to have the documents remain under seal, it must file a motion for leave to file under seal within 7 days of service of this notice. DUCivR 5-3(b)(2)(C)(i).

The motion is GRANTED.

DATED this 14 June 2023.

_____
Dustin B. Pead
United States Magistrate Judge