Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **STIPULATED MOTION TO STAY MEMORANDUM DECISION AND ORDER DATED NOVEMBER 15, 2023**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Blendtec Inc. ("Blendtec") and defendant BlendJet, Inc. ("BlendJet"), through counsel, hereby stipulate and jointly move the Court to stay the Court's Memorandum Decision and Order (the "Memorandum Decision"), dated November 15, 2023, (filed under seal as ECF No. 167), pending resolution of Blendtec's Objection to the Memorandum Decision that Blendtec will file on or by December 4, 2023.

In support of this request, the parties stipulate and agree as follows:

1. BlendJet will continue to restrict Patrick McGill's access to and use of all of Blendtec's Attorneys Eyes Only ("AEO") information, including AEO information produced in response to BlendJet's third party subpoenas, pending issuance of the Court's Order on Blendtec's Objection.

2. Blendtec will substantially complete its document production on or before December 31, 2023.

3. Blendtec will provide BlendJet with the categories of documents that will be part of that production and an estimate of the volume of that production by December 8, 2023.

4. Within fifteen (15) calendar days of receipt of the Court's Order on Blendtec's Objection: The parties will jointly submit a Proposed Fourth Amended Scheduling Order that will set the close of fact discovery approximately ninety (90) days from the Court's Order on the Objection, and will set other deadlines proportionally therefrom.

For the convenience of the court, a Proposed Order is filed simultaneously herewith. Respectfully submitted this 1st day of December, 2023.

| *Attorneys for Plaintiff Blendtec Inc.:* | *Attorneys for Defendant BlendJet Inc.:* |
|---|---|
| **DORSEY & WHITNEY LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| /s/ Tamara L. Kapaloski | /s/Jesse A. Salen |
| Brett Foster (#6089) | Martin R. Bader (*Pro hac vice*) |
| Grant Foster (#7202) | Jesse A. Salen (*Pro hac vice*) |
| Tamara L. Kapaloski (#13471) | |
| | **MCGILL & CO.** |
| | Patrick McGill (*Pro hac vice*) |

                                        **PARSONS BEHLE & LATIMER**

                                        Nathan B. Thomas (USB #11965)
                                        Elizabeth M. Butler (USB #13658)

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send an electronic notification to counsel of record for all parties, including the following:

Patrick M. McGill: patrick@mcgillco.com
Jesse A. Salen: jsalen@sheppardmullin.com
Martin R. Bader: mbader@sheppardmullin.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: lbutler@parsonsbehle.com

*/s/ Tamara L. Kapaloski*
Tamara L. Kapaloski