UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO STAY MEMORANDUM DECISION AND ORDER DATED NOVEMBER 15, 2023**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

This Court, having read and considered the parties Stipulated Motion to Stay Memorandum Decision and Order Dated November 15, 2023 ("Motion to Stay"), and for good cause shown, hereby GRANTS the Motion to Stay.

It is hereby ORDERED that:

1. Patrick McGill's access to and use of all of Blendtec's Attorneys Eyes Only ("AEO") information, including AEO information produced in response to BlendJet's third party subpoenas, is and shall continue to be restricted pending issuance of the Court's Order on

Blendtec's Objection.

2. Blendtec will substantially complete its document production on or before December 31, 2023.

3. Blendtec will provide BlendJet with the categories of documents that will be part of that production and an estimate of the volume of that production by December 8, 2023.

4. Within fifteen (15) calendar days of receipt of the Court's Order on Blendtec's Objection: The parties will jointly submit a Proposed Fourth Amended Scheduling Order that will set the close of fact discovery approximately ninety (90) days from the Court's Order on the Objection, and will set other deadlines proportionally therefrom.

DATED this 4 day of December, 2023.

BY THE COURT

_____
Hon. Dustin B. Pead
U.S. MAGISTRATE JUDGE