# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING BLENDTEC'S MOTION FOR LEAVE TO FILE UNDER SEAL BLENDTEC'S RULE 72(a) OBJECTION TO MAGISTRATE JUDGE ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Based on the Motion for Leave to File Under Seal Blendtec's Rule 72(a) Objection to Magistrate Judge Order ("Motion"), and for good cause shown, the Court hereby ORDERS that Blendtec's Objection is SEALED.

DATED this 5 day of December, 2023.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead