IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>              Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>              Defendants. | **ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:21-cv-668<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

      On November 15, 2023, Magistrate Judge Dustin B. Pead denied Plaintiff Blendtec Inc.'s (Blendtec) motions to enforce the standard protective order and disqualify Defendant Blendjet Inc.'s (Blendjet) counsel Patrick McGill (ECF No. 105) and to compel Mr. McGill and Sheppard Mullin—also representing Blendjet—to produce documents responsive to subpoenas (ECF No. 107). (Order & Memo. Decision, ECF No. 167.) Blendtec timely objected to "Judge Pead's decision to allow Mr. McGill to access and use Blendtec's Confidential Attorneys Eyes Only … information." (Objection, ECF No. 171); Fed. R. Civ. P. 72(a) (allowing parties 14 days to object to a magistrate judge's order on non-dispositive pretrial matters).

      DUCivR 72-3 allows the court to order a response and set a briefing schedule on the objection. Accordingly, the court ORDERS Blendjet to file a response to Blendtec's objection by December 26, 2023. Blendtec must file any reply by January 2, 2023.

      DATED this 11th day of December, 2023.

                                  BY THE COURT:

                                  _____
                                  TENA CAMPBELL
                                  United States District Judge