Martin R. Bader (*Pro hac vice*)
mbader@sheppardmullin.com
Jesse A. Salen (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Patrick McGill (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, California 92037
Telephone: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING FOURTH AMENDED SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court having read and considered the Parties' Stipulated Motion to Amend Scheduling Order, the stipulated Fourth Amended Scheduling Order, and for good cause shown, hereby ORDERS that the following matters are scheduled and may not be changed without Court approval:

| Date per Third Amended Scheduling Order (ECF 90) | Stipulated New Date | Event |
| --- | --- | --- |
| June 13, 2023 | September 13, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| June 29, 2023 | September 27, 2024 | Close of fact discovery |
| June 29, 2023 | September 27, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| July 27, 2023 | October 18, 2024 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| September 28, 2023 | December 9, 2024 | Rule 26(a)(2) Expert Reports – counter reports |
| October 30, 2023 | January 16, 2025 | Last day for expert discovery |
| December 14, 2023 | February 14, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| December 21, 2023 | February 21, 2025 | Evaluate case for settlement/ADR |
| March 22, 2024 | April 28, 2025 | Plaintiff's Rule 26(a)(3) pretrial disclosures |
| April 5, 2024 | May 12, 2025 | Defendant's Rule 26(a)(3) pretrial disclosures |
| April 19, 2024 | May 19, 2025 | Special Attorney Conference |
| May 13, 2024 at 3:00 pm | June 24, 2025 | Final Pretrial Conference |
| June 3, 2024 at 8:30 am | July 14, 2025 at 8:30 am | Trial |

All other provisions in the Scheduling Order, entered as ECF No. 25, the First Amended Scheduling order, entered as ECF No. 28, the Second Amended Scheduling Order, entered as ECF

No. 35, and the Third Amended Scheduling Order, entered as ECF No. 90, not modified above shall remain the same.

DATED: April 22, 2024.

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead