THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED FOURTH AMENDED SCHEDULING ORDER**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

The Court having read and considered the Parties' Stipulated Motion to Amend Scheduling Order, the stipulated Fourth Amended Scheduling Order, and for good cause shown, hereby ORDERS that the following matters are scheduled and may not be changed without Court approval:

| Date per Third Amended Scheduling Order (ECF 90) | Stipulated New Date | Event |
|---|---|---|
| June 13, 2023 | September 13, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| June 29, 2023 | September 27, 2024 | Close of fact discovery |
| June 29, 2023 | September 27, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| July 27, 2023 | October 18, 2024 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| September 28, 2023 | December 9, 2024 | Rule 26(a)(2) Expert Reports – counter reports |
| October 30, 2023 | January 16, 2025 | Last day for expert discovery |
| December 14, 2023 | February 14, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* |

| Date per Third Amended Scheduling Order (ECF 90) | Stipulated New Date | Event |
|---|---|---|
| | | motions to exclude expert testimony |
| | February 21, 2025 | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed |
| December 21, 2023 | February 21, 2025 | Evaluate case for settlement/ADR |

If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

All other provisions in the Scheduling Order, entered as ECF No. 25, the First Amended Scheduling order, entered as ECF No. 28, the Second Amended Scheduling Order, entered as ECF No. 35, and the Third Amended Scheduling Order, entered as ECF No. 90, not modified above shall remain the same.

DATED this 22 April 2024.

_____
Dustin B. Pead
United States Magistrate Judge