# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Blendtec Inc, a Utah corporation,<br><br>　　　　　　　　　**Plaintiff(s),**<br><br>**vs.**<br><br>Blendjet Inc, a Delaware corporation,<br><br>　　　　　　　　　**Defendant(s).** | Case No. 2:21-CV-00668 |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney:  Tamara Kapaloski, Dorsey & Whitney

☐ Party:  Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| March 5, 2024 | Motion Hearing on Objection to Magistrate Order |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:　April 29, 2024　　　　　　　　Laura Robinson
　　　　　　　　　　　　　　　　　　　Court Reporter