MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br>Plaintiff,<br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br>Defendant. | **NOTICE OF INTENT TO REQUEST REDACTION**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

4857-1005-1008.v1

## **NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that the undersigned attorney requests redaction of the following transcript(s):

**Date**          **Type of Hearing Held**
March 5, 2024     Motion Hearing on Plaintiff's Rule 72(a) Objections

The Redaction Request will be filed with the court and court reporter by June 10, 2024.

Respectfully submitted this 20th day of May, 2024.

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Martin R. Bader (*Pro hac vice*)
Jesse A. Salen (*Pro hac vice*)

**MCGILL & CO., P.C.**
Patrick McGill (*pro hac vice*)

**PARSONS BEHLE & LATIMER**
Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)


*/s/Nathan D. Thomas*

*Attorneys for Defendant BlendJet, Inc.*


cc:    Laura W. Robinson, laura_robinson@utd.uscourts.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

    Brett Foster (#6089)
    Grant Foster (#7202)
    Tamara Kapaloski (#13471)
    **DORSEY & WHITNEY LLP**
    111 S. Main Street, Suite 2100
    Salt Lake City, UT  84111
    Telephone: (801) 933-7360
    Facsimile:  (801) 933-7373
    foster.brett@dorsey.com
    foster.grant@dorsey.com
    kapaloski.tammy@dorsey.com

Notice has also been given by electronic mail on May 20th, 2024, to Court Reporter Laura W. Robinson at laura_robinson@utd.uscourts.gov

                                                */s/Nathan D. Thomas*