Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **FIFTH STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b)(4), and for good cause, Plaintiff Blendtec Inc. ("Blendtec") and defendant BlendJet, Inc. ("BlendJet"), through counsel, hereby stipulate and jointly move the Court to modify the Court's April 22, 2024 Fourth Amended Scheduling Order (ECF No. 184). Due to unavoidable scheduling conflicts for Blendtec's counsel that arose during the lengthy stay of proceedings pending resolution of a motion in this case, the parties request a brief extension of time to conclude fact and expert witness discovery, with an equivalent extension of other case deadlines.

The parties hereby stipulate and jointly move the Court to amend all remaining deadlines in the Scheduling Order as follows:

| Date per Fourth Amended Scheduling Order (ECF 184) | Stipulated New Date | Event |
|---|---|---|
| September 13, 2024 | November 13, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| September 27, 2024 | November 20, 2024 | Close of fact discovery |
| September 27, 2024 | November 20, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| October 18, 2024 | December 18, 2024 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| December 9, 2024 | February 10, 2025 | Rule 26(a)(2) Expert Reports – counter reports |
| January 16, 2025 | March 20, 2025 | Last day for expert discovery |
| February 14, 2025 | April 18, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| February 21, 2025 | April 25, 2025 | Evaluate case for settlement/ADR |

If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

All other provisions of the prior Scheduling Orders entered in this case (ECF No. 25, ECF No. 28, ECF No. 35, ECF No. 90, and ECF No. 184) not modified above shall remain the same. The parties have submitted herewith a proposed order granting the requested relief.

Respectfully submitted this 18th day of June, 2024.

| *Attorneys for Plaintiff Blendtec Inc.:* | *Attorneys for Defendant BlendJet Inc.:* |
|---|---|
| **DORSEY & WHITNEY LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| /s/ Tamara L. Kapaloski<br>Brett Foster (#6089)<br>Grant Foster (#7202)<br>Tamara L. Kapaloski (#13471) | /s/ Jesse A. Salen<br>Martin R. Bader (*Pro hac vice*)<br>Jesse A. Salen (*Pro hac vice*) |
| | **MCGILL & CO.** |
| | Patrick McGill (*Pro hac vice*) |
| | **PARSONS BEHLE & LATIMER** |
| | Nathan B. Thomas (USB #11965)<br>Elizabeth M. Butler (USB #13658) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2024, a true and correct copy of the foregoing was served on the following counsel of record via the Court's CM/ECF system:

Martin R. Bader: mbader@sheppardmullin.com
Jesse A. Salen: jsalen@sheppardmullin.com
Patrick M. McGill: patrick@mcgillco.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: ebutler@parsonsbehle.com

                                                */s/ Tamara L. Kapaloski*