# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | ORDER GRANTING FIFTH AMENDED SCHEDULING ORDER<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

The Court having read and considered the stipulated Fifth Amended Scheduling Order, and for good cause shown, hereby ORDERS that the following matters are scheduled and may not be changed without Court approval:

| Date per Fourth Amended Scheduling Order (ECF 184) | Stipulated New Date | Event |
|---|---|---|
| September 13, 2024 | November 13, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| September 27, 2024 | November 20, 2024 | Close of fact discovery |
| September 27, 2024 | November 20, 2024 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| October 18, 2024 | December 18, 2024 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| December 9, 2024 | February 10, 2025 | Rule 26(a)(2) Expert Reports – counter reports |
| January 16, 2025 | March 20, 2025 | Last day for expert discovery |
| February 14, 2025 | April 18, 2025 | Deadline for filing dispositive or potentially dispositive |

| Date per Fourth Amended Scheduling Order (ECF 184) | Stipulated New Date | Event |
|---|---|---|
|  |  | motions including *Daubert* motions to exclude expert testimony |
| February 21, 2025 | April 25, 2025 | Evaluate case for settlement/ADR |
|  | April 25, 2025 | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. |

If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

All other provisions of the prior Scheduling Orders entered in this case (ECF No. 25, ECF No. 28, ECF No. 35, ECF No. 90, and ECF No. 184) not modified above shall remain the same.

DATED this 19 June 2024.

_____
Dustin B. Pead
United States Magistrate Judge