MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California  92130-4092
Telephone:  858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel:  (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **MOTION TO REDACT TRANSCRIPT (RE DKT 185)**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On June 10, 2024, Defendant BlendJet Inc. filed a request for redaction of several excerpts from the transcript of a March 5, 2024 hearing before the Court. (*See* Dkts 185, 188.) Now, pursuant to DUCivR 5-3 and the Standard Protective Order that applies in all civil cases in the U.S. District Court for the District of Utah, BlendJet hereby moves this Court to redact the following excerpts from the transcript related to the following hearing before the Court:

**Date:         March 5, 2024**
              **Hearing: Motion Hearing on Objection to Magistrate Judge Order**

Good cause exists to redact portions of the aforementioned transcript because the excerpts identified below recite, or directly reference, information that has been produced by BlendJet in this litigation and designated as CONFIDENTIAL INFORMATION—ATTORNEYS' EYES ONLY pursuant to the Standard Protective Order, for the reasons outlined below. Therefore, these excerpts contain non-public and sensitive information that, if publicly disclosed, could cause BlendJet competitive harm. *See* DUCivR 26-2; DUCivR 5-3(b)(2)(C)(i).

As such, BlendJet hereby requests redactions of the following portions of the transcript of the March 5, 2024 hearing before the Court, for the reasons identified below:

| Transcript Excerpt | Reason for redaction |
|---|---|
| Page 11, Lines 17-24 | References a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 12, Lines 18-24 | Presents and discusses a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and |

| | |
|---|---|
| | strategies that is not otherwise publicly available. |
| Page 13, Line 7 | References a specific business opportunity being pursued by BlendJet with a third party – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 13, Lines 18-21 | Presents and discusses a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 13, Lines 24-25 | Presents and discusses a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 14, Lines 1-25 | Presents and discusses internal correspondence regarding a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 15, Lines 1-25 | Presents and discusses internal correspondence (including communications seeking legal advice) regarding a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 16, Lines 1-25 | Presents and discusses internal correspondence regarding a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly |

| | |
|---|---|
| | available. |
| Page 17, Lines 1-24 | Presents and discusses internal correspondence regarding a specific business opportunity being pursued by BlendJet with a third party and the terms thereof – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 18, Lines 14-25 | Presents and discusses internal correspondence regarding drafts of business proposals and corporate financial planning, as well as personal and confidential financial information related to Mr. McGill – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 19, Lines 1-25 | Presents and discusses internal correspondence regarding product regulatory and compliance matters – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 20, Lines 1-10 | Presents and discusses internal correspondence regarding drafts of business proposals – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |
| Page 26, Lines 9-15 | Presents and discusses internal correspondence regarding intellectual property enforcement issues – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective intellectual property enforcement strategies that is not otherwise publicly available. |
| Page 26, Lines 22-25 | Presents and discusses internal correspondence regarding brand development strategy and engagement with a third-party brand development firm – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |

| Page 27, Lines 1-17 | Presents and discusses internal correspondence regarding brand development strategy and intellectual property enforcement matters – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and intellectual property enforcement strategies that is not otherwise publicly available. |
|---|---|
| Page 34, Lines 2-5 | Presents and discusses internal correspondence regarding a draft of business proposal – information that was designated as CONFIDENTIAL INFORMATION-ATTORNEYS' EYES ONLY when produced. Disclosure of this information to competitors could lead to harm through disclosure of prospective business partners and strategies that is not otherwise publicly available. |

September 3, 2024

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Martin R. Bader (*pro hac vice*)
Jesse A. Salen (*pro hac vice*)

**MCGILL & CO., P.C.**
Patrick McGill (*pro hac vice*)

**PARSONS BEHLE & LATIMER**
Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)

*/s/ Patrick McGill*

*Attorneys for Defendant BlendJet, Inc.*

cc: Laura W. Robinson, laura_robinson@utd.uscourts.gov.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

Notice has also been given by electronic mail on September 3, 2024, to Court Reporter Laura W. Robinson at laura_robinson@utd.uscourts.gov

/s/ Patrick McGill