Brett Foster (#6089)
Grant Foster (#7202)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
foster.grant@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | NOTICE OF WITHDRAWAL OF COUNSEL (GRANT FOSTER)<br><br>Civil No. 2:21-cv-00668-TC-DBP<br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.4(b), please take notice that Grant Foster hereby withdraws as counsel for Plaintiff Blendtec, Inc. ("Plaintiff").  Plaintiff remains represented by counsel of record in the above-captioned matter who are aware of and will comply with the pending deadlines and trial date.

//

//

//

//

1

DATED this 17th day of September, 2024.

                                        DORSEY & WHITNEY LLP

                                        /s/ *Tamara L. Kapaloski*
                                        Brett Foster (#6089)
                                        Grant Foster (#7202)
                                        Tamara L. Kapaloski (#13471)
                                        *Attorneys for Plaintiff Blendtec Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2024, a true and correct copy of the foregoing was served on the following counsel of record via the Court's CM/ECF system:

Martin R. Bader: mbader@sheppardmullin.com
Jesse A. Salen: jsalen@sheppardmullin.com
Patrick M. McGill: patrick@mcgillco.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: ebutler@parsonsbehle.com

                                                                             */s/ Tamara L. Kapaloski*