Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

Dana Herberholz (*Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
101 S. Capitol Boulevard, Suite 1701
Boise, ID  83702-7705
Telephone: (208) 617-2550
Facsimile: (208) 567-4992
herberholz.dana@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

I move for the pro hac vice admission of Dana Herberholz (Applicant) as counsel for Blendtec, Inc., and I consent to serve as local counsel.  I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing.  I certify that the application is true and accurate.

DATED this 19th day of September, 2024.

                          DORSEY & WHITNEY LLP

                          /s/ *Brett Foster*
                          Brett Foster (#6089)
                          Tamara L. Kapaloski (#13471)
                          Dana Herberholz (*Pro Hac Vice*)
                          *Attorneys for Plaintiff Blendtec Inc.*

4874-0661-5782\1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2024, a true and correct copy of the foregoing was served on the following counsel of record via the Court's CM/ECF system:

Martin R. Bader: mbader@sheppardmullin.com
Jesse A. Salen: jsalen@sheppardmullin.com
Patrick M. McGill: patrick@mcgillco.com
Nathan D. Thomas: nthomas@parsonsbehle.com
Elizabeth M. Butler: ebutler@parsonsbehle.com

*/s/ Trudi Davis*