

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Brett Foster |
| Firm: | Dorsey & Whitney |
| Address: | 111 South Main Street, Suite 2100 |
| | Salt Lake City, UT  84111 |
| Telephone: | (801) 933-7360 |
| Email: | foster.brett@dorsey.com |
| Pro Hac Vice Applicant: | Dana Herberholz |
| Firm: | Dorsey & Whitney |
| Address: | 101 S. Capitol Boulevard, Suite 1701 |
| | Boise, ID  83702-7705 |
| Telephone: | (208) 617-2550 |
| Email: | herberholz.dana@dorsey.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Idaho | 7440 | 09/28/2006 |
| USPTO | 68,049 | 09/09/2011 |
| Washington | 45835 | 02/13/2013 |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

4854-4774-4998\1

If yes, please explain:

[ ]

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| *Axcess Global Sciences, LLC v. New U Life Disc* | 2-21-cv-00407 | September 15, 2021 |
| *Axcess Global Sciences, LLC v. New U Life Disc* | 2-21-cv-00215 | July 9, 2021 |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

[ ]

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

September 19, 2024
Date