Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

Dana Herberholz (*Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
101 S. Capitol Boulevard, Suite 1701
Boise, ID  83702-7705
Telephone: (208) 617-2550
Facsmilie: (208) 567-4992
herberholz.dana@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF DANA HERBERHOLZ**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Dana Herberholz.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

4883-1310-9734\1

DATED this \_\_\_\_ day of September, 2024.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead

4883-1310-9734\1