# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | ORDER GRANTING MOTION TO REDACT TRANSCRIPT<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Defendant's Motion to Redact Transcript.[1] BlendJet moves the court to redact certain excepts from the transcript related to the March 5, 2024, hearing asserting they recite, or directly reference, information that has been designed as CONFIDENTIAL INFORMATION—ATTORNEYS' EYES ONLY under the Standard Protective Order.

For good cause shown and on account of no opposition being filed, the court GRANTS the motion.

DATED this 23 September 2024.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 191.