# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF DANA HERBERHOLZ**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Dana Herberholz. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 23 September 2024.

_____
Dustin B. Pead
United States Magistrate Judge