MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **SIXTH STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b)(4), and for good cause, Defendant BlendJet, Inc. ("BlendJet") and Plaintiff Blendtec Inc. ("Blendtec"), through counsel, hereby stipulate and jointly move the Court to modify the Court's June 20, 2024 Fifth Amended Scheduling Order (ECF No. 190). Good cause exists for modification of the current scheduling order because the parties are presently re-engaged in discussions regarding a potential settlement that stands to resolve this matter, if successful. The parties wish to secure adequate time to fully-explore and complete their negotiations, in light of the coming holiday season and other pre-existing professional and personal commitments.

The parties hereby stipulate and jointly move the Court to amend all remaining deadlines in the Scheduling Order as follows:

| Date per Fifth Amended Scheduling Order (ECF 190) | Stipulated New Date | Event |
|---|---|---|
| November 13, 2024 | February 13, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| November 27, 2024 | February 27, 2025 | Close of fact discovery |
| November 27, 2024 | February 27, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| December 18, 2024 | March 18, 2025 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| February 10, 2025 | May 15, 2025 | Rule 26(a)(2) Expert Reports – counter reports |
| March 20, 2025 | June 25, 2025 | Last day for expert discovery |
| April 18, 2025 | July 25, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |

| Date per Fifth Amended Scheduling Order (ECF 190) | Stipulated New Date | Event |
|---|---|---|
| April 25, 2025 | July 31, 2025 | Evaluate case for settlement/ADR |

If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

All other provisions of the prior Scheduling Orders entered in this case (ECF Nos. 25, 28, 35, 90, 184, and 190) not modified above shall remain the same. The parties have submitted herewith a proposed order granting the requested relief.

Respectfully submitted this 2nd day of October, 2024.

| *Attorneys for Plaintiff Blendtec Inc.:* | *Attorneys for Defendant BlendJet Inc.:* |
|---|---|
| **DORSEY & WHITNEY LLP** | **MCGILL & CO., P.C.** |
| /s/Tamara L. Kapaloski<br>Brett Foster (#6089)<br>Tamara L. Kapaloski (#13471)<br>Dana Herberholz (*pro hac vice*) | /s/Patrick McGill<br>Patrick McGill (*Pro hac vice*)<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>Martin R. Bader (*Pro hac vice)*<br>Jesse A. Salen (*Pro hac vice*)<br><br>**PARSONS BEHLE & LATIMER**<br><br>Nathan B. Thomas (USB #11965)<br>Elizabeth M. Butler (USB #13658) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all parties, including the following:

Brett Foster (#6089)
Tamara Kapaloski (#13471)
Dana Herberholz (*pro hac vice*)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

 */s/Patrick McGill* 