MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California  92130-4092
Telephone:  858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel:  (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING SIXTH AMENDED SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court having read and considered the stipulated Sixth Amended Scheduling Order, and for good cause shown, hereby ORDERS that the following matters are scheduled and may not be changed without Court approval:

| Date per Fifth Amended Scheduling Order (ECF 190) | Stipulated New Date | Event |
| --- | --- | --- |
| November 13, 2024 | February 13, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| November 20, 2024 | February 27, 2025 | Close of fact discovery |
| November 20, 2024 | February 27, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| December 18, 2024 | March 18, 2025 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| February 10, 2025 | May 15, 2025 | Rule 26(a)(2) Expert Reports – counter reports |
| March 20, 2025 | June 25, 2025 | Last day for expert discovery |
| April 18, 2025 | July 25, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| April 25, 2025 | July 31, 2025 | Evaluate case for settlement/ADR |

If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

All other provisions of the prior Scheduling Orders entered in this case (ECF No. 25, ECF No. 28, ECF No. 35, ECF No. 90, ECF No. 184, and ECF 190) not modified above shall remain the same.

DATED: _____, 2024,

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead