Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING SEVENTH STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court having read and considered the Seventh Stipulated Motion to Amend Scheduling Order, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that the following matters are scheduled and may not be changed without Court approval:

| Date per Sixth Amended Scheduling Order (ECF 197) | Stipulated New Date | Event |
|---|---|---|
| February 13, 2025 | May 9, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| February 27, 2025 | May 30, 2025 | Close of fact discovery |

1

| Date per Sixth Amended Scheduling Order (ECF 197) | Stipulated New Date | Event |
|---|---|---|
| February 27, 2025 | May 30, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| March 18, 2025 | June 20, 2025 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| May 15, 2025 | August 1, 2025 | Rule 26(a)(2) Expert Reports – counter reports |
| June 25, 2025 | August 29, 2025 | Last day for expert discovery |
| July 25, 2025 | October 24, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| July 31, 2025 | November 24, 2025 | Evaluate case for settlement/ADR |

All other provisions in the prior Scheduling Orders, entered in this case (ECF No. 25, ECF No. 28, ECF No. 35, ECF No. 90, ECF No. 184, and ECF 197), not modified above shall remain the same.

DATED: February _____, 2025,

BY THE COURT:

_____
U.S. Magistrate Judge Dustin B. Pead