Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

---

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

The Court has reviewed the Motion to Consolidate (the "Motion") submitted by Plaintiff Blendtec Inc. ("Blendtec") and has determined that consolidation of the related actions will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1.    Pursuant to Federal Rule of Civil Procedure 42(a) and DUCivR 42-1, the Court hereby consolidates *Blendtec Inc. v. Blendjet Inc.*, No. 2:25-cv-00096-DBP (the "Related Action") under the docket number of this first filed case: 2:21-cv-00668-TC-DBP (the "Consolidated Action").

1

2.      No further filings shall be made in Case No. 2:25-cv-0096-DBP, which shall be administratively closed.

3.      All papers previously filed and served to date in the Related Action are deemed part of the record in the Consolidated Action.

**SO ORDERED.**

DATED this ___th day of February, 2025.

_____
Hon. Tena Campbell
United States District Judge

2