MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware Corporation,<br>Defendant. | **JOINT AND STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE**<br><br>Case No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

4925-1478-2757.v2

Plaintiff Blendtec Inc. ("Plaintiff") and defendant BlendJet Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order extending Defendant's time to respond to Plaintiff's Motion to Consolidate [Dkt. No.200] (the "Motion").

Defendant's response to the Motion is presently due on March 6, 2025. The Motion seeks to consolidate the above-captioned action (the "2021 Action") with the newly filed matter entitled *Blendtec, Inc. v. BlendJet, Inc., et al.*, Case No. 2:25cv-00096-DBP, brought by Plaintiff against Defendant BlendJet as well as additional parties (the "2025 Action"). Defendant BlendJet requested three (3) additional weeks to respond to the Motion and to coordinate its representation in the 2025 Action. Plaintiff's counsel agreed. Accordingly, for good cause appearing, the parties jointly hereby move the Court for an order extending the deadline for Defendant to respond to the Motion to **March 27, 2025**. A proposed order is attached hereto.

Submitted this 6th day of March 2025.

| | |
|---|---|
| /s/ *Nathan D. Thomas*<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Martin R. Bader (*pro hac vice*)<br>Jesse A. Salen (*pro hac vice*)<br><br>**MCGILL & CO., P.C.**<br>Patrick McGill (*pro hac vice*)<br><br>**PARSONS BEHLE & LATIMER**<br>Nathan D. Thomas (USB #11965)<br>Elizabeth M. Butler (USB #13658)<br><br>*Attorneys for Defendant* | /s/ *Tamara Kapaloski*<br>(signed by Nathan Thomas with permission via electronic mail dated March 6, 2025)<br>**DORSEY & WHITNEY LLP.**<br>Brett Foster<br>Tamara Kapaloski<br>111 South Main Street, Suite 2100<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of March 2025, that a true and correct copy of the foregoing has been filed with the Clerk of Court, by using the CM/ECF system to deliver a true and correct copy of the foregoing to the following:

>Brett Foster
>Tamara Kapaloski
>**DORSEY & WHITNEY LLP**
>111 S. Main St., Suite 2100
>Salt Lake City, UT 84111
>Tel.: (801) 933-7360
>foster.brett@dorsey.com
>kapaloski.tammy@dorsey.com
>*Attorneys for Plaintiff Blendtec*

                                                /s/ Nathan D. Thomas