THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware Corporation,<br>Defendant. | **ORDER GRANTING JOINT AND STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE**<br><br>Case No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

For the reasons set forth in the Stipulated Motion for Extension of Time for Defendant to Respond to Plaintiff's Motion to Consolidate (the "Motion"), it is hereby ordered that the deadline for Defendant to file a response to the Motion is extended to **Thursday, March 27, 2025**.

Entered this 7 day of March, 2025.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

Approved as to form:

| | |
|---|---|
| /s/ *Nathan D. Thomas* | /s/ *Tamara Kapaloski* |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | (signed by Nathan Thomas with permission via electronic mail dated March 6, 2025) |
| Martin R. Bader (*pro hac vice*) | **DORSEY & WHITNEY LLP.** |
| Jesse A. Salen (*pro hac vice*) | Brett Foster |
| | Tamara Kapaloski |
| **MCGILL & CO., P.C.** | 111 South Main Street, Suite 2100 |
| Patrick McGill (*pro hac vice*) | Salt Lake City, Utah 84111 |
| | |
| **PARSONS BEHLE & LATIMER** | *Attorneys for Plaintiff* |
| Nathan D. Thomas (USB #11965) | |
| Elizabeth M. Butler (USB #13658) | |

*Attorneys for Defendant*