MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, | **MOTION FOR WITHDRAWAL OF COUNSEL** |
| v. | Case No. 2:21-cv-00668-TC-DBP |
| BLENDJET INC., a Delaware Corporation, Defendant. | Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.3, Nathan D. Thomas and Elizabeth M. Butler, and the law firm

of Parsons Behle & Latimer, Martin Bader, Jesse Salen, and the law firm of Sheppard, Mullin,

Richter & Hampton, LLP, and Patrick McGill and the law firm of McGill & Co., P.C. (collectively, "Counsel"), hereby move to withdraw as counsel for:

    Client:    BlendJet Inc.
                  535 Getty Court, Suite A
                  Benicia, CA 94510
                  Tel.: (844) 588-1555
                  Email: John@BlendJet.com
                            Ryan@BlendJet.com

The reasons for withdrawal are as follows: There has been a breakdown in the attorney-client relationship and BlendJet is currently unable to fulfill its obligations to counsel.

In the event this motion is granted, new counsel for BlendJet must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear *pro se* but must be represented by an attorney who is admitted to practice in this court.

    ____ This Motion is made with the client's consent, which is attached to this motion.

      X    This motion is made without the client's consent and is accompanied by:

         X   certification that Client has been served with (i) a copy of this motion, (ii) the attached written description of the status of the case, Exhibit A hereto, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and the possibility of sanctions  (*see* Certificate of Service on Client attached hereto as Exhibit B); or

      ____certification that the Client cannot be located or, for any other reason, cannot be notified of the pendency of the motion and the status of the case.

 _X_ The undersigned certify

   _X_ no trial date is set; or

   ____trial is set for _____ and

     ____a certification signed by the substituting attorney is attached, indicating such attorney has been advised of the trial date and will be prepared for trial; or

     ____a certification signed by Counsel is attached indicating that Client is prepared for trial as scheduled and is eligible pursuant to DUCivR 83-1.3 to appear pro se at trial; or

     ____the following specific facts justify withdrawal of counsel without present appearance of substitute counsel or appearance by the individual party:

 _X_ The form of an order is attached to this motion and has been submitted in word format by email to the presiding judge in this case.

Submitted this 27th day of March 2025.

| | |
|---|---|
| /s/ *Nathan D. Thomas* | /s/ *Martin Bader* |
| /s/ *Elizabeth M. Butler* | /s/ *Jesse Salen* |
| (signed by Nathan Thomas with permission via electronic mail dated March 27, 2025) | (signed by Nathan Thomas with permission via electronic mail dated March 27, 2025) |
| **PARSONS BEHLE & LATIMER** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Nathan D. Thomas (USB #11965) | Martin R. Bader (*pro hac vice*) |
| Elizabeth M. Butler (USB #13658) | Jesse A. Salen (*pro hac vice*) |

4932-4046-0079.v1

        <u>/s/ *Patrick McGill*</u>
        (signed by Nathan Thomas with permission via electronic mail dated March 27, 2025)
        **MCGILL & CO., P.C.**
        Patrick McGill (*pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of March 2025, that a true and correct copy of the foregoing has been filed with the Clerk of Court, by using the CM/ECF system to deliver a true and correct copy of the foregoing to the following:

>Brett Foster
>Tamara Kapaloski
>**DORSEY & WHITNEY LLP**
>111 S. Main St., Suite 2100
>Salt Lake City, UT 84111
>Tel.: (801) 933-7360
>foster.brett@dorsey.com
>kapaloski.tammy@dorsey.com
>*Attorneys for Plaintiff Blendtec*
>
>Dana M. Herberholz (*pro hav vice*)
>**DORSEY & WHITNEY LLP**
>101 S Capital Blvd Ste 1701
>Boise, ID 83702
>Telephone: (208) 617-2550
>Fax: (208) 567-4992
>herberholz.dana@dorsey.com

                                                                        */s/ Nathan D. Thomas*