# EXHIBIT A

Case 2:21-cv-00668-TC-DBP   Document 204-1   Filed 03/27/25   PageID.3635   Page 1 of 3

4898-1804-0367.v1

**Status of Blendtec, Inc. v. BlendJet Inc., Case No. 2:21-cv-00668-TC-DBP**

Counsel for BlendJet Inc. ("BlendJet") hereby provides the following written description of the status of the matter entitled *Blendtec, Inc. v. BlendJet Inc.*, Case No. 2:21-cv-00668-TC-DBP (the "2021 Action") as referred to in the Motion for Withdrawal of Counsel to which this document is attached.

Blendtec, Inc. ("Blendtec") initiated the above-captioned action (the "2021 Action") on November 12, 2021, asserting claims of: (1) trademark infringement under §32 of the Lanham Act; (2) unfair competition and false designation of origin under § 43 of the Lanham Act; (3) common law unfair competition; (4) federal trademark dilution under § 43 of the Lanham Act; (5) common law trademark infringement and unfair competition; (6) violation of the Utah Deceptive Trade Practices Act; (7) violation of the Utah Registration and Protection of Trademarks and Service Marks Act; (8) violation of the Utah Unfair Competition Act; and (9) cancellation of trademark registration numbers 5,750,510, 5,950,040, under 15 U.S.C. §1119. [Dkt. No. 1].

There are no hearings currently pending in the 2021 matter and trial has not been set.

One motion is currently pending. Blendtec filed a motion to consolidate on February 20, 2025, by which it seeks to consolidate the newly filed action of *Blendtec, Inc. v. BlendJet Inc., et al.*, Case No. 2:25-cv-0006 (the "2025 Action") into the above captioned action. [Dkt. No. 200]. BlendJet has not appeared in the 2025 Action. Its response to the motion to consolidate is currently due on March 27, 2025. [Dkt. No. 203]. Counsel for BlendJet concurrent with the filing of is Motion for Withdrawal of Counsel is filing a motion to extend that deadline.

Discovery is ongoing in the 2021 Action and governed by the operative scheduling order entered on February 7, 2025 [Dkt. No. 199] and which provides as follows.

| Date per Sixth Amended Scheduling Order (ECF 197) | Stipulated New Date | Event |
|---|---|---|
| February 13, 2025 | May 9, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – parties bearing the burden of proof |
| February 27, 2025 | May 30, 2025 | Close of fact discovery |
| February 27, 2025 | May 30, 2025 | Rule 26(a)(2) Expert disclosures (subject and identity of experts) – counter disclosures |
| March 18, 2025 | June 20, 2025 | Rule 26(a)(2) Expert Reports – parties bearing burden of proof |
| May 15, 2025 | August 1, 2025 | Rule 26(a)(2) Expert Reports – counter reports |
| June 25, 2025 | August 29, 2025 | Last day for expert discovery |
| July 25, 2025 | October 24, 2025 | Deadline for filing dispositive or potentially dispositive motions including *Daubert* motions to exclude expert testimony |
| July 31, 2025 | November 24, 2025 | Evaluate case for settlement/ADR |
|  | October 31, 2025 | Deadline for filing a request for scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. |

2