# EXHIBIT B

MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, | **CERTIFICATE OF SERVICE ON CLIENT** |
| v. | Case No. 2:21-cv-00668-TC-DBP |
| BLENDJET INC., a Delaware Corporation, Defendant. | Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.3, I, Nathan D. Thomas, counsel for Defendant BlendJet Inc.

("BlendJet"), in the above-captioned matter, hereby certify that on March 27, 2025, I caused a

4936-6011-1919.v1

true and correct copy of the Motion for Withdrawal of Counsel and the written statement of the status of the case attached thereto as <u>Exhibit A</u>, filed in the above captioned matter on March 27, 2025, to be served by email and U.S. Mail on BlendJet Inc., as follows:

>BlendJet Inc.
>535 Getty Court, Suite A
>Benicia, CA 94510
>Email: John@BlendJet.com
>         Ryan@BlendJet.com

                                           _/s/ Nathan D. Thomas_____

4936-6011-1919.v1