MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| BLENDTEC INC., a Utah corporation, Plaintiff, | **ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL** |
|---|---|
| v. | Case No. 2:21-cv-00668-TC-DBP |
| BLENDJET INC., a Delaware Corporation, Defendant. | Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Pursuant to Motion for Withdrawal of Counsel filed by Nathan D. Thomas and Elizabeth

M. Butler, and the law firm of Parsons Behle & Latimer, Martin Bader, Jesse Salen, and the law

4927-5195-9343.v1

firm of Sheppard, Mullin, Richter & Hampton, LLP, and Patrick McGill and the law firm of McGill & Co., P.C. (collectively, "Counsel") and DUCivR 83-1.4, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Defendant BlendJet Inc. ("Client").

With regard to Client's continued representation, the Court ORDERS as follows:

Within 21 days, new counsel shall file a Notice of Appearance on behalf of any corporation, association, partnership or other artificial entity whose attorney has withdrawn. Pursuant to DUCivR 83-1.3, no such entity may appear *pro se*, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

\_\_\_\_\_ All litigation dates pursuant to the controlling scheduling order remain in effect.

\_\_\_\_\_ A scheduling conference is scheduled for _____, \_\_\_\_ at \_\_\_\_\_ \_\_.m.

\_\_\_\_\_ The action shall be stayed until twenty-one (21) days after entry of this order.

## NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the address set forth in the Motion for Withdrawal of Counsel and to all other parties.

Entered this \_\_\_ day of _____, 2025.

BY THE COURT:

_____

4927-5195-9343.v1