MARTIN R. BADER (*Pro hac vice*)
mbader@sheppardmullin.com
JESSE A. SALEN (*Pro hac vice*)
jsalen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900

PATRICK McGILL (*Pro hac vice*)
patrick@mcgillco.com
MCGILL & CO., P.C.
5580 La Jolla Blvd, Suite 39
La Jolla, CA  92037
Tel: (619) 974-8886

Nathan D. Thomas (USB #11965)
Elizabeth M. Butler (USB #13658)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 532-1234
nthomas@parsonsbehle.com
lbutler@parsonsbehle.com

*Attorneys for Defendant BlendJet Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, v. BLENDJET INC., a Delaware Corporation, Defendant. | **ORDER GRANTING MOTION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO CONSOLIDATE** <br><br> Case No. 2:21-cv-00668-TC-DBP <br><br> Judge Tena Campbell <br> Magistrate Judge Dustin B. Pead |

4930-9172-1775.v1

For the reasons set forth in Defendant BlendJet Inc.'s Motion for Further Extension of Time for Defendant to Respond to Plaintiff's Motion to Consolidate (the "Motion"), it is hereby ordered that the deadline for Defendant to file a response to the Motion is extended to **Thursday, May 26, 2025**.

Entered this ___ day of _____, 2025.

                                                       BY THE COURT:

                                                       _____