THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLENDJET INC., a Delaware corporation,<br><br>Defendant. | ORDER GRANTING IN PART MOTION TO FURTHER EXTEND TIME<br><br>Case No. 2:21-cv-00668-TC-DBP<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Defendant BlendJet Inc.'s Motion to Further Extend Time to File Opposition to Plaintiff's Motion to Consolidate.[1] Defendant requests an additional sixty days to respond. Plaintiff Blendtec Inc. opposes the motion arguing the motion is improper because Defendant is without counsel based on the motion to withdraw counsel, Blendjet cannot avoid the infringement claims by assigning its trademarks at issue, and Blendtec is filing a preliminary injunction motion in the closely related case that is subject to possible consolidation.

The court agrees that a sixty-day extension is too long. However, it will allow an extension of time of 30 days to file an opposition. Accordingly, the Motion is GRANTED in PART.

IT IS SO ORDERED.

DATED this 10 April 2025.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 205.