## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| BLENDTEC INC., a Utah corporation, Plaintiff, | **ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL** |
| v. | Case No. 2:21-cv-00668-TC-DBP |
| BLENDJET INC., a Delaware Corporation, Defendant. | Judge Tena Campbell Magistrate Judge Dustin B. Pead |

Pursuant to Motion for Withdrawal of Counsel filed by Nathan D. Thomas and Elizabeth

M. Butler, and the law firm of Parsons Behle & Latimer, Martin Bader, Jesse Salen, and the law

firm of Sheppard, Mullin, Richter & Hampton, LLP, and Patrick McGill and the law firm of

McGill & Co., P.C. (collectively, "Counsel") and DUCivR 83-1.4, the Court ORDERS that

Counsel may withdraw, and is hereby removed, as counsel for Defendant BlendJet Inc.

("Client").

With regard to Client's continued representation, the Court ORDERS as follows:

Within 21 days, new counsel shall file a Notice of Appearance on behalf of any

corporation, association, partnership or other artificial entity whose attorney has withdrawn.

Pursuant to DUCivR 83-1.3, no such entity may appear *pro se*, but must be represented by an

attorney who is admitted to practice in this court.

A party who fails to file a Notice of Appearance as set forth above, may be subject to

sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to

dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

_____ All litigation dates pursuant to the controlling scheduling order remain in effect.

_____ A scheduling conference is scheduled for _____, ____ at _____

__.m.

___X__ The action shall be stayed until twenty-one (21) days after entry of this order.

<u>NOTICE TO PARTY</u>

The Court will cause this Order to be sent to Client at the address set forth in the Motion

for Withdrawal of Counsel and to all other parties.

Entered this 10 day of April, 2025.

BY THE COURT:

_____

Dustin B. Pead
United States Magistrate Judge