Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO STAY SCHEDULING ORDER DEADLINES**<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court having read and considered the Motion to Stay Scheduling Order Deadlines, and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that the case deadlines set forth in the Scheduling Order (Dkt. 199) are hereby stayed pending decision on Blendtec's motion to consolidate this case into Civil Action No. 2:25-cv-00096-RJS-DBP (the "2025 Action").

1

DATED: February _____, 2025,

                                                        BY THE COURT:

                                                        _____
                                                        U.S. Magistrate Judge Dustin B. Pead