**EXHIBIT A**

| | |
|---|---|
| **From:** | Kapaloski, Tammy |
| **To:** | "Wheatley, Lucy Jewett"; Smith, Kyle S.; Maupin, Jessica S.; ghofmann@ck.law; ktunacik@ck.law |
| **Cc:** | Foster, Brett |
| **Subject:** | RE: Activity in Case 2:21-cv-00668-TC-DBP Blendtec v. Blendjet Order on Motion to Consolidate Cases |
| **Date:** | Thursday, May 29, 2025 10:58:00 AM |

Hello Lucy,

This is to confirm that Blendtec agrees to produce to MavorCo all of the documents that were produced in the 2021 Action, and that this will be done as soon as possible.

Regards,
Tammy

**From:** Wheatley, Lucy Jewett <LWheatley@mcguirewoods.com>
**Sent:** Thursday, May 22, 2025 12:28 PM
**To:** Kapaloski, Tammy <kapaloski.tammy@dorsey.com>; Smith, Kyle S. <ksmith@mcguirewoods.com>; Maupin, Jessica S. <jmaupin@mcguirewoods.com>; ghofmann@ck.law; ktunacik@ck.law
**Cc:** Foster, Brett <foster.brett@dorsey.com>
**Subject:** RE: Activity in Case 2:21-cv-00668-TC-DBP Blendtec v. Blendjet Order on Motion to Consolidate Cases

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Hi Tammy,

We will not object to that, provided Blendtec agrees to promptly produce all of the discovery (from both sides and third parties) to MavorCo. MavorCo does not have access to these documents.

Regards,

Lucy

**Lucy Jewett Wheatley**
Partner
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 4320
M: +1 410 804 2509
F:  +1 804 698 2017
lwheatley@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

**From:** kapaloski.tammy@dorsey.com <kapaloski.tammy@dorsey.com>
**Sent:** Thursday, May 22, 2025 2:18 PM
**To:** Wheatley, Lucy Jewett <LWheatley@mcguirewoods.com>; Smith, Kyle S. <ksmith@mcguirewoods.com>; Maupin, Jessica S. <jmaupin@mcguirewoods.com>; ghofmann@ck.law; ktunacik@ck.law
**Cc:** foster.brett@dorsey.com
**Subject:** FW: Activity in Case 2:21-cv-00668-TC-DBP Blendtec v. Blendjet Order on Motion to Consolidate Cases

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Dear Counsel,

Please see the attached decision that the Court entered yesterday in the 2021 Action. In view of the Court's direction regarding discovery (page 5 of the Order), we will circulate a proposed stipulated motion and order permitting the discovery from the 2021 Action to be available in the 2025 Action.

Regards,
Tammy

**From:** utd_enotice@utd.uscourts.gov <utd_enotice@utd.uscourts.gov>
**Sent:** Wednesday, May 21, 2025 4:17 PM
**To:** ecf_notice@utd.uscourts.gov
**Subject:** Activity in Case 2:21-cv-00668-TC-DBP Blendtec v. Blendjet Order on Motion to Consolidate Cases

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

## US District Court Electronic Case Filing System

### District of Utah

### Notice of Electronic Filing

The following transaction was entered on 5/21/2025 at 4:17 PM MDT and filed on 5/21/2025

**Case Name:**     Blendtec v. Blendjet
**Case Number:**   2:21-cv-00668-TC-DBP
**Filer:**

**Document Number:** 213

**Docket Text:**
**MEMORANDUM DECISION AND ORDER denying without prejudice [200] Motion to Consolidate 2:25cv00096 into this action. Plaintiff is ordered to show cause within 14 days of this Order why this action should not be dismissed. Signed by Judge Tena Campbell on 5/21/25 (alt)**

**2:21-cv-00668-TC-DBP Notice has been electronically mailed to:**

Brett L. Foster    foster.brett@dorsey.com, brett-foster-2631@ecf.pacerpro.com, davis.trudi@dorsey.com, stucki.sherri@dorsey.com

Dana M. Herberholz    herberholz.dana@dorsey.com, dana-herberholz-1979@ecf.pacerpro.com, sattler.carla@dorsey.com, shippy.emma@dorsey.com, vanmaren.kimberly@dorsey.com

Tamara L. Kapaloski    kapaloski.tammy@dorsey.com, davis.trudi@dorsey.com, stucki.sherri@dorsey.com, tamara-kapaloski-7290@ecf.pacerpro.com

**2:21-cv-00668-TC-DBP Notice has been delivered by other means to:**

Blendjet
535 GETTY CT STE A
BENICIA, CA 94510

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=5/21/2025] [FileNumber=6159693-0
] [8bc25d3648dc37a8b4aaf11c172b8e99f2baad2355bdf9a3aefe99f01a2d0410943
8788a92f8aef6f6b7a65e42ea996561802da4f91a2e853715e4a210cb3499]]

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*