# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION REGARDING DISCOVERY<br><br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court having read and considered the Response to Order to Show Cause and Unopposed Motion Regarding Discovery filed by Plaintiff Blendtec Inc. ("Blendtec"), and for good cause shown, hereby GRANTS the motion. It is hereby ORDERED that all discovery from the 2021 Action be made available to the parties in Civil Action No. 2:25-cv-00096-RJS-DBP (the "2025 Action") as if produced therein. The confidentiality designations (Confidential Information and Confidential Information - Attorneys' Eyes Only) made by the parties in the 2021 Action pursuant to the Court's Standard Protective will be governed by the Court's Standard Protective Order in the 2025 Action.

DATED: May _____, 2025,

BY THE COURT:

_____
Tena Campbell
United States District Judge

1