Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **MOTION TO DISMISS UNDER FED. R. CIV. P. 41(a)(2)**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 41(a)(2) and the Court's May 29, 2025, Order (Dkt. No. 215), Plaintiff Blendtec Inc. ("Blendtec") hereby respectfully submits this Motion to Dismiss.

Dismissal under Rule 41(a)(2) is appropriate. That rule provides, in pertinent part, as follows:

> an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Fed. R. Civ. P. 41(a)(2).

Defendant Blendjet is not represented in this case and failed to enter a notice of appearance

of new counsel within the deadline ordered by the Court. *See* Dkt. No. 213 (Court's May 21, 2025, Order) at p. 3 ("Blendjet has not obtained replacement counsel . . . and the time for doing so has passed."). As a result, the Court Ordered Blendtec to show cause why this action should not be dismissed. *Id*. at 5. In its response to the Court's Order to Show Cause, Blendtec advised the Court that it does "not oppose the dismissal of this action and will pursue its claims against Blendjet and Mavorco in the 2025 Action." Dkt. No. 214 at 1. Thereafter, the Court issued an order transferring discovery in this action to the 2025 Action and further ordered Blendtec to file dismissal papers for this action within 30 days from the date of the order. Dkt. No. 215.

For the reasons stated above, this case should be dismissed without prejudice such that Blendtec may continue to pursue its claims against Defendants in the 2025 Action. Blendtec respectfully requests that the Court enter the proposed order attached herewith as an order of the Court.

Respectfully submitted this 27th day of June, 2025.

                **DORSEY & WHITNEY LLP**

                */s/ Tamara L. Kapaloski*
                Brett Foster (#6089)
                Tamara L. Kapaloski (#13471)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of June, 2025, a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system.

*/s/ Tamara L. Kapaloski*