Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Blendtec Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS UNDER FED. R. CIV. P. 41(a)(2)**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court has reviewed Plaintiff's Motion to Dismiss under Fed. R. Civ. P. 41(a)(2), and the other papers filed in this case. Having found good cause, the Court hereby orders as follows: the Motion to Dismiss is granted and this case is hereby DISMISSED without prejudice; Blendtec will pursue its claims against Defendants in the 2025 Action.

//

//

//

//

DATED this ___th day of June, 2025.

                                BY THE COURT:

                                _____
                                The Honorable Judge Tena Campbell
                                United States District Court Judge