# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BLENDTEC INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**BLENDJET INC.**, a Delaware corporation,<br><br>    Defendant. | **ORDER GRANTING MOTION TO DISMISS**<br><br>Civil No. 2:21-cv-00668-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

The Court has reviewed Plaintiff Blendtec Inc.'s Motion to Dismiss under Fed. R. Civ. P. 41(a)(2), and the other papers filed in this case. Having found good cause, the Court hereby orders as follows: the Motion to Dismiss is GRANTED and this case is hereby DISMISSED without prejudice.  Blendtec may pursue its claims against Blendjet Inc. in the 2025 Action.

DATED this 30th day of June, 2025.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge