AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

BLENDTEC INC.,

    Plaintiff,

v.

BLENDJET INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:24-cv-00668-TC-DBP

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

June 30, 2025

*Date*

BY THE COURT:

/s/ Tena Campbell

Tena Campbell
United States District Court Judge